# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

|  |  |
|---|---|
| MARK ISAAC SNARR,<br>*Movant.* | **No. 1:09-cr-00015-MAC-KFG** |
| -v- | **CAPITAL § 2255 PROCEEDINGS** |
| UNITED STATES,<br>*Respondent.* | HON. MARCIA CRONE<br>United States District Court Judge |

## ORDER

AND NOW, this ____ day of _____, 2013 this Court GRANTS Movant's Motion for Appointment of Counsel.

1. The Court finds that Movant Mark Isaac Snarr is eligible for the appointment of counsel to represent him in a to-be-filed section 2255 Motion with respect to his capital conviction and sentence.

2. The Court finds that proposed counsel Robert Lee and the Federal Public Defender for the District of Utah, Kathryn Nester, are qualified to represent Mr. Snarr and accordingly, their appointment is granted.

3. The Court finds that Mr. Snarr is indigent and accordingly he may proceed in this action *in forma pauperis*.

**SO ORDERED.**

_____