| **UNITED STATES DISTRICT COURT** | | **EASTERN DISTRICT OF TEXAS** |
|---|---|---|

| | | |
|---|---|---|
| MARK ISAAC SNARR, | § | |
| | § | |
| Movant, | § | |
| | § | |
| *versus* | § | NO. 1:09-CR-00015-MAC-KFG |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent. | § | |

## ORDER APPOINTING COUNSEL PURSUANT TO 18 U.S.C. § 3599

Movant Mark Isaac Snarr has moved the court for appointment of counsel pursuant to 18 U.S.C. § 3599. After considering said Motion, the court is of the opinion that said Motion should be, and hereby is, GRANTED.  Mr. Robert Lee and Ms. Kathryn Nester, Federal Public Defender for the District of Utah, are appointed as co-counsel to assist in the representation of Mr. Snarr.

**SIGNED this the 20th day of December, 2013.**

_____

KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE