**MARK ISAAC SNARR,**
*Movant*,

v.                       **Civil Action No. 1:13cv724**
                            **Crim. No. 1:09-cr-00015**

**UNITED STATES OF AMERICA,**
*Respondent.*

### Snarr's Motion to Place this Case on the Active Docket

Movant Mark Isaac Snarr, by counsel, states the following in response to the Court's

March 19, 2014, Memorandum Order Adopting the Magistrate Judge's Report and

Recommendation (ECF 4):

1. On January 9, 2014, the United States Magistrate Judge issued a Report and

Recommendation that § 2255 proceeding in this matter be administratively closed until Mr. Snarr

asks the Court to return the case to the active docket. (ECF 3). The Court reasoned that, until

certiorari litigation pending before the Supreme Court of the United States was resolved, Mr.

Snarr's conviction and sentence were not final. The parties did not object to the Magistrate

Judge's recommendation.

2. On March 19, 2014, this Court adopted the Magistrate Judge's Report and

declared the matter administratively closed. (ECF 4). The Court also invited petitioner to file a

motion to place the case back on the active docket once the Supreme Court issued a decision or

when petition was ready to file a § 2255 motion.

3. Mr. Snarr hereby gives notice to this Court that, on February 24, 2014, the

Supreme Court of the United States denied his petition for writ of certiorari. *U.S. v. Snarr*, 134 S.

1

Ct. 1274. Mr. Snarr also advises the Court of his intention to pursue available post-conviction review of his case.

WHEREFORE, because the Supreme Court issued a decision resolving certiorari proceedings and making this Court's judgment in the underlying matter final, Mr. Snarr asks that the Court place his post-conviction case on the active docket. A copy of a proposed Order is attached.

Respectfully submitted,

____/s/_____

Robert Lee
Virginia Capital Representation Resource Center
2421 Ivy Road, Suite 301
Charlottesville, Virginia 22903
(434) 817-2970
roblee@vcrrc.org

Kathryn Nester
Federal Public Defender
46 W. Broadway, Suite 110
America Towers Plaza
Salt Lake City, Utah 84101
(801) 524-4010
Kathy_Nester@fd.org

## CERTIFICATE OF SERVICE

This is to certify that, on this April 7, 2014, counsel of record have been served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5 (a)(3).

____/s/_____

2