**UNITED STATES DISTRICT COURT**    **EASTERN DISTRICT OF TEXAS**

MARK ISAAC SNARR, #11093-81,    §
§
       Petitioner,    §
§
*versus*    §    CIVIL ACTION NO. 1:13cv724
§    CRIM. NO. 1:09-CR-00015(1)
UNITED STATES OF AMERICA,    §
§
       Respondent.    §

### MEMORANDUM ORDER ADOPTING
### THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner Mark Isaac Snarr, by counsel, has filed a motion to place this case on the active docket to post-conviction proceeding pursuant to 28 U.S.C. § 2255.

On March 19, 2014, the Court ordered this matter Administratively Closed. (ECF 4). The Court also provided that Petitioner could file a motion to place the case back on the active docket once the Supreme Court issues a decision and it becomes final or, alternatively, when he is ready to file a § 2255 motion.

On April 7, 2014, Petitioner filed such a motion advising the Court that the Supreme Court issued a final decision with regard to certiorari litigation related to Petitioner appeal of his conviction and sentences. *See U.S. v. Snarr*, 134 S. Ct. 1274 (February 24, 2014).

### ORDER

In light of the above circumstances, the Court orders that the matter is PLACED ON THE ACTIVE DOCKET to allow Petitioner to pursue issues related to a § 2255 motion and other matters associated with counsel appointment pursuant to 18 U.S. C. §

3599.

SIGNED  at Beaumont, Texas, this __ day of April, 2014.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE