**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

**MARK ISAAC SNARR,**
    *Movant,*

   v.          **Civ. Act. No. 1:13-cv-724**
              **(Related matter: *USA v. Snarr*, 1:09-cr-015)**

**UNITED STATES OF AMERICA,**
    *Respondent.*

---

### MOTION FOR MAINTENANCE AND PRESERVATION OF DOCUMENTS

---

MARK ISAAC SNARR, by and through undersigned counsel, respectfully moves the Court to issue orders as noted below to ensure the preservation of documents that are from or are related to Snarr's trial for capital murder (*USA v. Snarr*, 1:09-cr-015). In this motion Snarr does not ask for the production of, or access to, any of these documents. He does not ask the Court to rule that Snarr has a legal right to obtain these documents or that the documents would be admissible in future proceedings. He does not ask the Court to confirm that each requested document exists. Snarr merely asks the Court to preserve the *status quo* by ordering the maintenance and preservation of all the documents described below, to the extent they exist and are held by the designated custodian.

## I. DOCUMENTS IN THE CUSTODY OR CONTROL OF THE CLERK OF THE COURT

Snarr asks the Court to issue an order directing the Clerk of the Court to maintain and preserve all documents in his or her custody or control that are from the above-referenced matter, whether pretrial, trial, or post-trial, including but not limited to the following:

a.  All exhibits, demonstrative and otherwise, offered by either party at any point in the related capital murder proceedings, regardless whether the exhibit was admitted into evidence.

b.  All audiotapes, stenotype tapes, notes, or other materials submitted to the court by the court reporter(s), regardless whether the proceeding was held in open court, *in camera*, or *ex parte*, and regardless whether the proceeding was transcribed.

c.  Questionnaires from all prospective jurors, and photographs of all prospective jurors, regardless whether the individual was seated at trial as a juror.

d.  All lists and notes identifying the individuals who were sworn and seated for any part of the trial, either as regular jurors or as alternate jurors.

e.  All lists identifying the prospective jurors who were peremptorily struck by the United States, the prospective jurors who were peremptorily struck by counsel for Mr. Garcia, and the prospective jurors who were peremptorily struck by counsel for Mr. Snarr.

f.  All transcripts of *ex parte* or *in camera* proceedings, and all exhibits, notes or other documents from such proceedings.

g. Any bench notes, other notes, and research memoranda prepared by the trial judge or her law clerks with respect to the trial or pretrial proceedings that are in the custody of the clerk of the court.

## II. DOCUMENTS IN THE CUSTODY OR CONTROL OF THE COURT REPORTER(S)

Snarr asks the Court to issue an order to the court reporter(s) who recorded any pretrial, trial, or post-trial proceedings related to Snarr's prosecution for capital murder, directing the reporter(s) to maintain and preserve all documents in their custody or control, including but not limited to the following:

a. The audiotapes and stenotype tapes of all recorded proceedings, whether in open court, *in camera*, or *ex parte.*

b. The transcripts of all recorded proceedings, whether in open court, *in camera*, or *ex parte.*

c. All notes taken by the reporter during any proceeding he or she attended, including but not limited to notes of statements made by the court or by counsel for any party.

## III. DOCUMENTS IN THE CUSTODY OR CONTROL OF ANY COURT PERSONNEL

Snarr asks the Court to issue an order directing any court personnel, including the trial judge, to maintain and preserve all documents in his or her custody or control, including but not limited to the following:

a. All documents identified in above Sections I and II, regardless whether the clerk of the court or the court reporter(s) also may have copies of those documents.

b. Notes, minutes, reports, correspondence, or other documents made by the trial judge, the judge's law clerk(s), the judge's courtroom deputy, or other court personnel with

respect to any *ex parte* or *in camera* proceedings, whether pretrial, trial, or post-trial regarding this matter.

c.  All juror questionnaires, juror photographs, and documents identifying the jurors who were seated, the prospective jurors who were removed by peremptory strikes, and the name of the party who exercised each peremptory strike.

d.  All documents relating to the defense budgeting and payment, including but not limited to the vouchers submitted by defense counsel, the back-up documentation for each voucher, the court's certification of each voucher, and defense counsel's requests for authorization to incur or to be reimbursed for expenses.

WHEREFORE, for the reasons stated above, the Court should grant Movant's motions or provide such other relief as the Court finds appropriate to effect preservation of the record and materials related to the investigation and presentation of a motion pursuant to 28 U.S.C § 2255.

Respectfully submitted,

\_\_\_\_/s/_____

Robert Lee
Virginia Capital Representation Resource Center
2421 Ivy Road, Suite 301
Charlottesville, Virginia 22903
(434) 817-2970
roblee@vcrrc.org

Kathryn Nester
Federal Public Defender
46 W. Broadway, Suite 110
America Towers Plaza
Salt Lake City, Utah 84101
(801) 524-4010
Kathy_Nester@fd.org

## CERTIFICATE OF SERVICE

This is to certify that, on this May 7, 2014, counsel of record have been served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5 (a)(3).

_____/s/_____


## CERTIFICATE OF CONFERENCE

Counsel hereby states that counsel has complied with the meet and confer requirement in Local Rule CV-7(h). On Monday, May 5, 2014, counsel left a message by telephone voicemail with Assistant United States Attorney Joseph Batte asking to discuss the government's position on Snarr's motion. As of the date and time of this filing, counsel had received no response to his request and, therefore, cannot provide the Court with the government's position on the motion.

_____/s/_____