IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

MARK ISAAC SNARR, #11093-081      §

VS.      §      CIVIL ACTION NO. 1:13cv724
     CRIM. NO. 1:09-CR-00015(1)

UNITED STATES OF AMERICA      §

O R D E R

Came on for consideration, Snarr's motion to place the case back on the active docket (docket entry #5). Previously, on March 19, 2014, the case was administratively closed while Snarr's direct appeal was pending. He was instructed to notify the Court once the Supreme Court issued a decision, and then his case would be returned to the active docket. In the present motion, Snarr advised the Court that the Supreme Court denied his petition for a writ of certiorari. *Snarr v. United States*, 134 S. Ct. 1274 (2014). The case is thus ready to be returned to the active docket. The Court will set the deadline for filing a § 2254 motion at one year from the issuance of the decision by the Supreme Court, although the setting of this date is not determinative of whether the petition is timely for purposes of the statute of limitations established by AEDPA. *See Prieto v. Quarterman*, 456 F.3d 511, 514-15 (5th Cir. 2013). The parties should assure themselves that their filings are timely under applicable law and procedural rules. The Court will examine the petition for timeliness once all pleadings and the state court records are filed. It is therefore

**ORDERED** that Snarr's motion to place the case on the active docket (docket entry #5) is **GRANTED** and the case is returned to the active docket. It is further

1

**ORDERED** that the deadline for Snarr to file a § 2254 motion is February 23, 2015.  The case may be dismissed for want of prosecution if the petition is not timely filed.  It is further

**ORDERED** that the deadline for the Government to file a response to any § 2255 motion filed in this case is three months from the time the § 2255 motion is filed.

The parties are placed on notice regarding the local rules concerning page limits in death penalty cases.  Local Rule CV-3.


**SIGNED this the 23rd day of June, 2014.**


_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE