**MARK ISAAC SNARR,**
   *Movant,*

              **CAPITAL § 2255 Proceeding**
**v.**            **Civ. Act. No. 1:13-CV-724**
           **(Related matter: USA v. Snarr, 1:09-CR-015)**

**UNITED STATES OF AMERICA,**
   *Respondent.*

## MOTION FOR EXTENSION OF TIME TO FILE BUDGET

Movant, MARK ISAAC SNARR, an indigent federal prisoner under sentence of death imposed by this Court, respectfully moves the Court for an extension of time in which to submit budget materials requested by the Court.

1. Petitioner, Mark Isaac Snarr, is a federal prisoner sentenced to death as a result of his convictions in this Court (No.1:09-CR-00015).

2. On June 23, 2014, this Court issued a sealed, ex parte order regarding submission of an estimated proposed budget for counsel appointed pursuant to the Criminal Justice Act (CJA). (*Snarr v. USA*, No. 1:13-CV-724 (E.D. Tx.) ECF 8, Under Seal). Counsel for Mr. Snarr's co-defendant also was directed to file his estimated proposed budget by the same date. (*Garcia v. USA*, No. 1:13-CV-723 (E.D. Tx.)).

3. Counsel for Mr. Garcia and Mr. Snarr have been engaged in discussions regarding coordination of the budget requests in the two cases and possible shared costs. Mr. Snarr and Mr. Garcia request an extension of time in which to submit this matter. Counsel for Garcia are in the midst of extensive briefing due this week in another capital case, as well as the need to consult

further with co-defendant Mark Isaac Snarr's counsel, who currently is on vacation. It is undersigned counsel's understanding that Mr. Garcia's counsel also will be filing this week a motion for extension of time to file his submission.

4.    Mr. Snarr and Mr. Garcia request an extension of thirty (30) days to complete and submit estimated CJA budgets.

WHEREFORE, Mr. Snarr respectfully requests that the Court grant an extension of thirty (30) days for the submission of an estimated proposed budget for counsel appointed pursuant to the CJA in this case. A proposed order accompanies this motion.

Respectfully submitted,

___/s/_____

Robert Lee
Virginia Capital Representation Resource Center
2421 Ivy Road, Suite 301
Charlottesville, Virginia 22903
(434) 817-2970
roblee@vcrrc.org

**CERTIFICATE OF SERVICE**

This is to certify that, on this August 7, 2014, counsel of record have been served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5 (a)(3).

\_\_\_/s/_____

**CERTIFICATE OF CONFERENCE**

Counsel hereby states that counsel has complied with the meet and confer requirement in Local Rule CV-7(h). On August 7, 2014, co-defendant Garcia's counsel contact Assistant United States Attorney Joseph Batte by telephone on behalf of Garcia and Snarr and confirmed that the government did not oppose this motion.
.

\_\_\_/s/_____