**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**


**MARK ISAAC SNARR,**
            *Movant*,

                                                    **CAPITAL § 2255 Proceeding**
    **v.**                                          **Civ. Act. No. 1:13-cv-724**
                                                    **(Related matter: USA v. Snarr, 1:09-cr-015)**


**UNITED STATES OF AMERICA,**
            *Respondent.*


**ORDER**


AND NOW, this _____ day of August, 2014, this Court GRANTS Movant's Motion for Extension of Time to File Budget filed on August 7, 2014 .

1.      Upon consideration of motion of Movant, the Court hereby extends by thirty (30) days the time provided for Movant to submit an estimated proposed budget for counsel appointed pursuant to the Criminal Justice Act as directed in *Snarr v. USA*, No. 1:13-cv-724 (E.D. Tx), ECF 8, Under Seal).


**SO ORDERED.**