IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

MARK ISAAC SNARR, #11093-81, §
§
*Movant,* §
§        CIVIL ACTION NO. 1:13CV724
v. §        CRIM. NO. 1:09CR00015(1)
§
UNITED STATES OF AMERICA, §
§
*Respondent.* §

## ORDER

Came on for consideration, Movant's Motion for Extension of Time to File Budget (docket entry #9). He noted that his budget was due at the same time as that of his trial co-Defendant, which was August 8, 2014. In support of his motion, he asserted that he needs to consult with counsel for co-Defendant Edgar Baltazar Garcia and that counsel is in the midst of briefing due in another capital case. Both counsel have engaged in discussions to coordinate budget requests and shared costs. Movant notes that co-Defendant Garcia has filed a similar motion for extension of time to file a budget. Movant requests that the deadline for submitting his budget be extended by thirty days. The motion is reasonable. It is therefore

**ORDERED** that Movant's Motion for Extension of Time to File Budget (docket entry #9) is **GRANTED** and the deadline for Movant to submit his budget is September 8, 2014.

**SIGNED this the 12th day of August, 2014.**

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE