**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| **MARK ISAAC SNARR,** | § | |
| **Petitioner** | § | |
| | § | |
| **v.** | § | **1:13-cv-724-MAC-KFG** |
| | § | |
| **UNITED STATES OF AMERICA** | § | |
| **Respondent** | § | |

**UNOPPOSED MOTION OF PETITIONER SNARR FOR LEAVE
TO SUBMIT MOTION FOR EXPERT VISITATION
*EX PARTE* AND UNDER SEAL**

Movant, MARK ISAAC SNARR, <u>respectfully seeks</u> leave from this Honorable Court to submit *ex parte* and under seal his Motion for Expert Visitation, pursuant to Local Rules CV-5 & CV-7.

1. The Motion for Expert Visitation is appropriately filed *ex parte* and under seal to protect the petitioner from premature disclosure of his legal strategy or theory and/or privileged information.

2. Undersigned counsel has conferred with Counsel for the Government, Assistant United States Attorney Joseph Batte, who expressed no opposition to this motion.

WHEREFORE, PREMISES CONSIDERED, Mr. Snarr respectfully moves this Honorable Court to grant him leave to file his Motion for Expert Visitation *Ex Parte* and under seal.

DATED this 30th day of December, 2014.

Respectfully submitted,

*/s/ Kathryn N. Nester*_____
Attorneys for Petitioner Snarr

Kathryn N. Nester
Federal Public Defender
District of Utah
Utah Bar #13967
46 W. Broadway, Suite 110
Salt Lake City, UT  84101
(801) 524-4010
(801) 524-4060
kathy_nester@fd.org

Rob Lee – Lead Counsel
Executive Director
Virginia Capital Representation Resource Center
Mississippi Bar # 9474
2421 Ivy Road, Suite 301
Charlottesville, VA  22903
(434) 817-2970
(434) 817-2972
roblee@vcrrc.org

**CERTIFICATE OF SERVICE**

This is to certify that on this the 30th day of December, 2014, counsel of record have been served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and first class mail, on this the same date.

*/s/ Kathryn N. Nester*

**CERTIFICATE OF CONFERENCE**

This is to certify that Kathryn N. Nester, Attorney for Petitioner, conferred with Assistant United States Attorney Joseph Batte, Attorney for the Government, and he has no opposition to this motion.

*/s/ Kathryn N. Nester*