IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

MARK ISAAC SNARR, #11093-081 §

v. § CIVIL ACTION NO. 1:13cv724
CRIM. NO. 1:09-CR-00015(1)

UNITED STATES OF AMERICA §

O R D E R

Pending before the Court is Movant Snarr's unopposed motion for leave to submit motion for expert visitation *ex parte* and under seal (doc. 11). He desires to file the motion for expert visitation *ex parte* and under seal to protect him from premature disclosure of his defense strategy or theory and/or privileged information. Snarr asserts that the Government has expressed no opposition to the motion. The motion is reasonable. It is therefore

**ORDERED** that Snarr's unopposed motion for leave to submit motion for expert visitation *ex parte* and under seal (doc. 11) is **GRANTED**.

**SIGNED this the 6th day of January, 2015.**

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE