# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### BEAUMONT DIVISION

_____

MARK ISAAC SNARR,

    Petitioner

§
§
§
§
§
§
§
§
§
§
§

v.

**CIVIL ACTION NO. 1:13-cv-724-MAC-KFG**
**CRIMINAL NO. 1:09-CR-00015(1)**

UNITED STATES OF AMERICA

    Respondent

_____

## UNOPPOSED SECOND MOTION OF PETITIONER SNARR FOR LEAVE TO SUBMIT MOTION FOR EXPERT VISITATION _EX PARTE_ AND UNDER SEAL

Movant, MARK ISAAC SNARR, respectfully seeks leave from this Honorable Court to submit _ex parte_ and under seal his Second Motion for Expert Visitation, pursuant to Local Rules CV-5 & CV-7.

1. The Motion for Expert Visitation is appropriately filed _ex parte_ and under seal to protect the petitioner from premature disclosure of his legal strategy or theory and/or privileged information.

2. Undersigned counsel has conferred with Counsel for the Government, Assistant United States Attorney Joseph Batte, who expressed no opposition to this motion.

WHEREFORE, PREMISES CONSIDERED, Mr. Snarr respectfully moves this Honorable Court to grant him leave to file his Second Motion for Expert Visitation _Ex Parte_ and under seal.

DATED this 16th day of January, 2015.

Respectfully submitted,

*/s/ Kathryn N. Nester*_____
Attorneys for Petitioner Snarr

Kathryn N. Nester
Federal Public Defender
District of Utah
Utah Bar #13967
46 W. Broadway, Suite 110
Salt Lake City, UT  84101
(801) 524-4010
(801) 524-4060
kathy_nester@fd.org

Robert Lee – Lead Counsel
Executive Director
Virginia Capital Representation Resource Center
Mississippi Bar # 9474
2421 Ivy Road, Suite 301
Charlottesville, VA  22903
(434) 817-2970
(434) 817-2972
roblee@vcrrc.org

## CERTIFICATE OF SERVICE

This is to certify that on this the 16th day of January, 2015, counsel of record have been

served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

Any other counsel of record will be served by facsimile transmission and first class mail, on this

the same date.

*/s/ Kathryn N. Nester*

**CERTIFICATE OF CONFERENCE**

This is to certify that Kathryn N. Nester, Attorney for Petitioner, conferred with Assistant United States Attorney Joseph Batte, Attorney for the Government, and he has no opposition to this motion.

*/s/ Kathryn N. Nester*