UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

|  |  |
|---|---|
| _____<br><br>MARK ISAAC SNARR,<br>　　　Petitioner<br><br>v.<br><br>UNITED STATES OF AMERICA<br>　　　Respondent<br><br>_____ | §<br>§<br>§<br>§<br>§ **CIVIL ACTION NO. 1:13-cv-724-MAC-KFG**<br>§　**CRIMINAL NO. 1:09-CR-00015(1)**<br>§<br>§<br>§ |

**ORDER**

Pending before the Court is MARK ISAAC SNARR's unopposed Second Motion for Leave to Submit Motion for Expert Visitation *Ex Parte* and Under Seal (docket entry #__). He desires to file the motion *ex parte* and under seal to protect him from premature disclosure of his legal strategy or theory and/or privileged information.  The motion is reasonable.

**IT IS THEREFORE ORDERED**  that Snarr's unopposed Second Motion for Leave to Submit Motion for Expert Visitation *Ex Parte*  and Under Seal (docket entry #__) is **GRANTED.**