IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| MARK ISAAC SNARR, #11093-081 | § | |
| v. | § | CIVIL ACTION NO. 1:13cv724 |
| | | CRIM. NO. 1:09-CR-00015(1) |
| UNITED STATES OF AMERICA | § | |

O R D E R

Pending before the Court is Movant Snarr's unopposed second motion for leave to submit motion for expert visitation *ex parte* and under seal (doc. 15). He desires to file the motion for expert visitation *ex parte* and under seal to protect him from premature disclosure of his defense strategy or theory and/or privileged information. Snarr asserts that the Government has expressed no opposition to the motion. The motion is reasonable. It is therefore

**ORDERED** that Snarr's unopposed second motion for leave to submit motion for expert visitation *ex parte* and under seal (doc. 15) is **GRANTED**.

Also pending before the Court is Snarr's motion for maintenance and preservation of documents (doc. 6). He is asking that all documents in the possession of Court personnel, including court reporters, be maintained and preserved. The motion is appropriate. It is therefore

**ORDERED** that Snarr's motion for maintenance and preservation of documents (doc. 6) is **GRANTED** and Court personnel shall maintain and preserve all items from the trial in their custody.

**SIGNED this the 20th day of January, 2015.**

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE