# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### BEAUMONT DIVISION

|  |  |
|---|---|
| MARK ISAAC SNARR, **Petitioner** § § § § | |
| **v.** § | **CIVIL ACTION NO. 1:13-cv-724-MAC-KFG** |
| § | **CRIMINAL NO. 1:09-CR-00015(1)** |
| UNITED STATES OF AMERICA **Respondent** § § | |

## [PROPOSED] ORDER GRANTING PETITIONER'S UNOPPOSED MOTION TO EXCEED PAGE LIMIT

Petitioner's Unopposed Motion to Exceed Page Limit is GRANTED.

IT IS THEREFORE ORDERED that Petitioner is authorized to exceed the page limit established by local rule for motions filed pursuant to 28 U.S.C. § 2255 and file an over-length motion.