**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **MARK ISAAC SNARR,** | § | |
| Petitioner | § | |
| | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 1:13-cv-724-MAC-KFG** |
| | § | **CRIMINAL NO. 1:09-CR-00015(1)** |
| **UNITED STATES OF AMERICA** | § | |
| Respondent | § | |

**[PROPOSED] ORDER GRANTING PETITIONER'S UNOPPOSED MOTION
TO EXCEED PAGE LIMIT**

Petitioner's Unopposed Motion to Exceed Page Limit is GRANTED.

IT IS THEREFORE ORDERED that Petitioner is authorized to exceed the page limit

established by local rule for motions filed pursuant to 28 U.S.C. § 2255 and file an over-length

motion.

**SIGNED this the 24th day of February, 2015.**

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE