IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

MARK ISAAC SNARR, #11093-081 §

v. §      CIVIL ACTION NO. 1:13cv724
     CRIM. NO. 1:09-CR-00015(1)

UNITED STATES OF AMERICA §

O R D E R

Before the Court is Snarr's unopposed motion to seal his motion for collateral relief pursuant

to 28 U.S.C. § 2255 (docket entry #21). In support of the motion, he explained that many of his

exhibits, along with the discussion of the exhibits in the § 2255 motion, include confidential

information. He thus asks that the § 2255 motion and all supporting exhibits and declarations be filed

under seal. The motion is reasonable. It is therefore

**ORDERED** that Snarr's motion to seal his motion for collateral relief pursuant to 28 U.S.C.

§ 2255 (docket entry #21) is **GRANTED** and the Clerk of Court shall file and maintain the § 2255

motion, including accompanying exhibits and declarations, under seal.

Also before the Court is Snarr's unopposed motion to exceed page limit (docket entry #22).

Local Rule CV-3 requires a petitioner to seek leave of court to file a petition which exceeds 100 pages.

Snarr notes that the trial took over seven weeks, generating 6,328 pages of transcripts. Counsel for

Snarr has interviewed over 100 witnesses who could have been called to testify and reviewed over

thirty thousand pages of documents in preparing the present § 2255 motion. A discussion of te

evidence is fact-intensive. Snarr thus argues that he needs to exceed the page limit and requests that

he be permitted to file an over-length motion of 208 pages. The motion is reasonable. It is therefore

1

**ORDERED** that Snarr's motion to exceed page limit (docket entry #22) is **GRANTED**.

**SIGNED this the 26th day of February, 2015.**

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE