IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

MARK ISAAC SNARR, #11093-081 § 

VS. § CIVIL ACTION NO. 1:13cv724
CRIM. NO. 1:09-CR-00015(1)

UNITED STATES OF AMERICA §

ORDER TO ANSWER

The motion filed pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct the sentence imposed in this case having been referred to the undersigned United States Magistrate Judge for consideration, and having considered same, this Court is of the opinion that an answer from the Government is required. It is therefore

**ORDERED** that the Clerk of Court shall deliver or serve a copy of the § 2255 motion upon Joseph Batte, Assistant United States Attorney; service by electronic means is acceptable, absent further order from the Court. *See* Rule 3(b), Rules Governing Section 2255 Proceedings. It is further

**ORDERED** that the United States Attorney, on behalf of the United States of America, shall have until May 20, 2015 to answer the motion in full compliance with 28 U.S.C. § 2255 and to show cause why the relief prayed for should not be granted. *See* Rule 4(b), Rules Governing Section 2255 Proceedings.

**SIGNED this the 2nd day of March, 2015.**

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE