CLERK U.S. DISTRICT COURT
RECEIVED
MAR - 6 2015
EASTERN DIST. OF TEXAS
BEAUMONT TEXAS

1/29/15

1:13cv724

JUDGE CRONE,

I AM WRITING YOU CONCERNING A POTENTIAL PROBLEM I MIGHT BE HAVING DEALING WITH A CASE IN YOUR COURT. I SPOKE TO A LAWYER WHOS REPRESENTING MR. MARK SNARR, A MS. ELIZABETH PEIFFER. I SIGNED A AFFIDAVIT THAT I WAS TOLD WAS GOING TO BE CHANGED FOR SOME CORRECTIONS ON IT BEFORE IT WOULD BE FILED TO THE COURT ON MR. SNARR BEHALF.

I AM WRITING THE COURT TO INFORM YOU THAT I WILL NOT BE CONSENT FOR THE AFFIDAVIT TO BE FILED ON MY BEHALF BY MR. SNARR ATTORNEYS IF THE CORRECTIONS ARE NOT MADE. I WILL BE LETTING THE COURT KNOW IN THE FUTURE IF MR. SNARR ATTORNEYS INFORM ME THAT THESE CORRECTIONS HAVE BEEN MADE TO THE AFFIDAVIT

THAT THEY WILL BE FILING TO THIS COURT.

THANK YOU VERY MUCH.

RESPECTFULLY,
ARZELL GULLEY
#18249-039
U.S. PENITENTIARY MAX
P.O. BOX 8500
FLORENCE, CO. 81226