IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

MARK ISAAC SNARR               §
                               §
V.                             §    No. 1:13CV724
                               §
UNITED STATES OF AMERICA        §

## GOVERNMENT'S UNOPPOSED MOTION TO LIFT STAY AND ISSUE SCHEDULING ORDER

The government moves to lift the stay in this case because the Supreme Court has

decided *Kansas v. Carr*.  The government further urges the Court to issue a scheduling

order that sets the deadline for filing the government's response to Mark Isaac Snarr's

Section 2255 motion no sooner than six months from the date the stay is lifted.

### I.  Proceedings

On May 21, 2010, a capital murder prosecution against Mark Isaac Snarr and

codefendant Edgar Baltazar Garcia concluded with a unanimous jury selecting the death

penalty for both men.  The Court entered its written judgment on May 25, 2010.

1:09CR15 (Doc. Nos. 353, 355).

Snarr and Garcia each filed a timely notice of appeal, and the Fifth Circuit Court

of Appeals affirmed their convictions and sentences.  *United States v. Snarr*, *et al*, 704

F.3d 368, 395-98 (5th Cir. 2013).  Snarr petitioned the Supreme Court for a writ of

certiorari.  *Snarr v. United States*, No. 13-5675.  The Court denied his petition on

February 24, 2014.  *Snarr v. United States*, 134 S. Ct. 1274 (2014).

On February 20, 2015, Snarr filed a motion to vacate under 28 U.S.C. § 2255,

which is currently pending before the Court.  1:13CV724 (Doc. No. 23).  The Court entered a show cause order on March 2, 2015, ordering the government to file a response by May 20, 2015.  1:13CV723 (Doc. No. 32).

On March 30, 2015, the Supreme Court granted certiorari in two capital cases, *Kansas v. Reginald Carr*, No. 14-450, and *Kansas v. Jonathan Carr*, No. 14-449, the outcome of which could have required retrial of the sentencing phase of Snarr's trial. The United States moved for a stay until the Supreme Court decided *Carr*.  On April 15, 2016, the Court granted the motion, staying and administratively closing the case while the Supreme Court considered *Carr*.

## II.  Grounds for Motions

On January 20, 2016, the Supreme Court decided *Kansas v. Carr*, ___ U.S. ___, 136 S.Ct. 633 (2016).  Therefore, the stay in this case may now be lifted and the case may be administratively reopened.

With respect to the government's response, the United States requests a deadline of six months from the date the stay is lifted and the case is reopened.  Given (1) that the government will be preparing responses to Snarr's motion and the one filed by his codefendant at the same time and (2) the length and complexity of both motions, six months is a realistic amount of time required to prepare an adequate response to the issues raised.

## III.  Certificate of Conference

The undersigned has conferred with Kathryn N. Nester, counsel for Snarr.  She advised that Snarr does not oppose lifting the stay or the six-month extension.

## IV.  Conclusion

For the reasons stated above, the United States moves the Court to lift the stay in this case and administratively reopen it.  The government further moves for a scheduling order that sets the deadline for filing the government's response to Snarr's Section 2255 motion no sooner than six months from the date the stay is lifted.

Respectfully submitted,

John M. Bales
United States Attorney
Eastern District of Texas

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 (fax)
Traci.Kenner@usdoj.gov
Texas Bar No. 11307070

## CERTIFICATE OF SERVICE

I certify that on April 13, 2016, this document was served by the Court's ECF system on Robert Lee and Kathryn N. Nester, counsel for Snarr.

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney