IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

MARK ISAAC SNARR                    §
                                    §
V.                                  §    No. 1:13CV724
                                    §
UNITED STATES OF AMERICA            §

## **ORDER**

The government has moved to lift the stay in this case and for a response deadline

of six months after the stay is lifted.  Movant Mark Isaac Snarr does not oppose the

motion.

After considering the motion, the Court is of the opinion that the motion is well

taken.  It is, therefore,

ORDERED that the Government's Unopposed Motion To Lift Stay

and Issue Scheduling Order is GRANTED.  On this date, the stay in this case is lifted and

the case is administratively reopened.

It is further ORDERED that the government file a response to Mark Isaac Snarr's

Section 2255 motion no later than six months from the date of this order.

**Order Staying Case — Page 1**