IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

MARK ISAAC SNARR, #11093-081 §

VS. § CIVIL ACTION NO. 1:13cv724
CRIM. NO. 1:09-CR-00015(1)
UNITED STATES OF AMERICA §

O R D E R

On April 15, 2015, the present case was stayed and administratively closed pursuant to a motion filed by the Government (docket entry #38). The Government asked for the case to be stayed during the pendency of the *Carr* cases pending before the Supreme Court, and the Supreme Court has decided that joint sentencing proceedings do not violate the Constitution. *Kansas v. Carr*, 136 S. Ct. 633, 645-46 (2016). In light of the Supreme Court's decision, the present case should return to the active docket. Furthermore, the Government should respond to Snarr's § 2255 motion. It is therefore

**ORDERED** that the stay is lifted and the case is returned to the active docket. It is further

**ORDERED** that the deadline for the Government to respond to the § 2255 motion is August 1, 2016. It is finally

**ORDERED** that Snarr has thirty days from the filing of a response to file a reply.

**SIGNED this the 12nd day of April, 2016.**

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE