|  |  |  |
|---|---|---|
| _____ | § | |
| MARK ISAAC SNARR, | § | |
| Petitioner | § | |
| | § | CIVIL ACTION NO. 1:13-cv-724-MAC-KFG |
| v. | § | CRIMINAL NO. 1:09-CR-00015(1) |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| Respondent | § | |
| _____ | § | |

## UNOPPOSED THIRD MOTION OF PETITIONER SNARR FOR LEAVE TO SUBMIT MOTION FOR EXPERT VISITATION *EX PARTE* AND UNDER SEAL

Movant, MARK ISAAC SNARR, respectfully seeks leave from this Honorable Court to submit *ex parte* and under seal his Third Motion for Expert Visitation, pursuant to Local Rules CV-5 and CV-7.

1. The Motion for Expert Visitation is appropriately filed *ex parte* and under seal to protect the petitioner from premature disclosure of his legal strategy or theory and/or privileged information.

2. Undersigned counsel has conferred with Counsel for the Government, Assistant United States Attorney Jeffrey Zick, who expressed no opposition to this motion.

WHEREFORE, PREMISES CONSIDERED, Mr. Snarr respectfully moves this

Honorable Court to grant him leave to file his Third Motion for Expert Visitation *Ex Parte* and

under seal.

DATED this 15th day of June, 2016.

Respectfully submitted,


*/s/ Kathryn N. Nester*
Attorney for Petitioner Snarr
Federal Public Defender, District of Utah
46 W. Broadway, Ste. 110
Salt Lake City, UT   84101
(801) 524-4010
(801) 524-4060
Utah Bar #13967

Robert Lee – Lead Counsel
Executive Director
Virginia Capital Representation Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA   22903
(434) 817-2970
(434) 817-2972
Mississippi Bar #9474


## CERTIFICATE OF COUNSEL

This is to certify that on this the 15th day of June, 2016, counsel of record have been
served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).
Any other counsel of record will be served by facsimile transmission and first class mail, on this
the same date.


*/s/ Kathryn N. Nester*

## CERTIFICATE OF CONFERENCE

This is to certify that Kathryn N. Nester, Attorney for Petitioner, conferred with Assistant United States Attorney, Jeffrey Zick, Attorney for the Government, and he has no opposition to this motion.

*/s/ Kathryn N. Nester*