**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

_____

|  |  |  |
|---|---|---|
| **MARK ISAAC SNARR,** | § | |
| **Petitioner** | § | |
| | § | |
| | § | **CIVIL ACTION NO. 1:13-cv-724-MAC-KFG** |
| **v.** | § | **CRIMINAL NO. 1:09-CR-00015(1)** |
| | § | |
| **UNITED STATES OF AMERICA,** | § | |
| **Respondent** | § | |

_____

## <u>ORDER</u>

Pending before the Court is Movant Snarr's Unopposed Third Motion for Leave to Submit Motion for Expert Visitation *Ex Parte* and Under Seal (doc. \*\*)  He desires to file the Motion for Expert Visitation *ex parte* and under seal to protect him from premature disclosure of his defense strategy or theory and/or privileged information.  Snarr asserts that the Government has expressed no opposition to the motion.  The motion is reasonable.  It is therefore

**ORDERED** that Snarr's Unopposed Third Motion for Leave to Submit Motion for Expert Visitation *Ex Parte* and Under Seal (doc. \*\*) is **GRANTED.**