IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

MARK ISAAC SNARR                        §
                                        §
V.                                      §    No. 1:13CV724
                                        §
UNITED STATES OF AMERICA                §

## ORDER

CAME ON this day to be considered United States' Unopposed Motion to Extend Time for Response to Petitioner's motion under 28 U.S.C. § 2255 to vacate, set aside or correct a sentence in this matter.

The Court upon consideration of the United States' motion to extend the deadline for filing a response to Petitioner's motion deems the request to extend should be GRANTED;

THEREFORE, IT IS ORDERED that the United States' response to Petitioner's motion under 28 U.S.C. § 2255 is now due December 1, 2016.