IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| MARK ISAAC SNARR, #11093-081 | § | |
| VS. | § | CIVIL ACTION NO. 1:13cv724 |
| | | CRIM. NO. 1:09-CR-00015(1) |
| UNITED STATES OF AMERICA | § | |

O R D E R

Before the Court is the Government's unopposed motion to extend time for response (docket entry #49). In support of the motion, the Government states that it needs more time to review the voluminous trial record and adequately answer Snarr's claims. The Government also observes that the § 2255 motion is 206 pages in length and contains 24 claims. The request is made to extend the deadline for filing a response to December 1, 2016. The motion is reasonable. It is therefore

**ORDERED** that the Government's motion to extend time for response (docket entry #49) is **GRANTED** and the deadline for the Government to file a response is extended to December 1, 2016. It is further

**ORDERED** that the deadline for Snarr to file a reply is extended to February 1, 2017.

**SIGNED this the 25th day of July, 2016.**

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE