IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| MARK ISAAC SNARR, #11093-081 | § | |
| VS. | § | CIVIL ACTION NO. 1:13cv724 |
| | | CRIM. NO. 1:09-CR-00015(1) |
| UNITED STATES OF AMERICA | § | |

O R D E R

Before the Court is the Government's unopposed third motion to extend time for response (Dkt. #53). In support of the motion, the Government notes a heavy case load, the need for documents that have not yet been disclosed, and the voluminous trial record. The request is made to extend the deadline for filing a response to July 1, 2017. The motion is reasonable. It is therefore

**ORDERED** that the Government's third motion to extend time for response (Dkt. #53) is **GRANTED** and the deadline for the Government to file a response is extended to July 1, 2017. It is further

**ORDERED** that the deadline for Snarr to file a reply is extended to September 1, 2017.

**SIGNED this the 13th day of March, 2017.**

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE