IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| MARK ISAAC SNARR | § | |
| | § | |
| V. | § | No. 1:13CV724 |
| | § | Crim. No. 1:09CR00015(1) |
| UNITED STATES OF AMERICA | § | |

## UNOPPOSED FOURTH MOTION TO EXTEND TIME FOR RESPONSE

The United States respectfully moves for an extension of 120 days in which to file its response to Petitioner's motion for collateral review under 28 U.S.C. § 2255.

### I. PROCEDURAL BACKGROUND

On February 20, 2015, Petitioner filed a motion for collateral relief under 28 U.S.C. § 2255, which is currently pending before the Court. (ECF 23). Petitioner previously moved that his motion for collateral relief and all supporting exhibits (ECF 24–29) be filed under seal and the Court granted the request. (ECF 31). This Court, upon the request of the United States, stayed this proceeding while the Supreme Court considered the issues raised in *Kansas v. Carr*, 136 S. Ct. 633 (2016). (ECF 38). The stay was lifted on April 14, 2016, and the Court has ordered that the United States respond to Petitioner's § 2255 motion for collateral relief by August 1, 2016. (ECF 41). The United States moved to extend time to respond on three separate occasions. (ECF 49, 51 and 53). The Court has ordered the government's response due on July 1, 2017. (ECF 54).

### II. REASONS FOR THE EXTENSION REQUEST

The United States asks this Court for an extension of 120 days in which to file its response to Snarr's § 2255 motion for collateral relief. Since the previous extension

request, undersigned counsel has made significant progress towards completing the government's response. Because of the voluminous records and number of claims, however, the government needs additional time to complete the review and response to all claims made by Snarr.

In addition, in co-defendant Garcia's matter, the parties have moved for the unsealing of budget records (ECF 63, 67) relevant to some claims in Garcia's motion, and the defense has been diligent in seeking these documents. The Court granted these motions. (ECF 64, 75). The Clerk's Office is currently gathering these documents, but they have not been disclosed as of this date. Those documents are necessary in order for the government to answer some of Garcia's claims in his § 2255 motion. After discussions with Garcia's and Snarr's counsel, the government believes a 120 day extension would be enough time for disclosure and review of these sealed documents.

The United States needs this additional time in order to complete its review of the voluminous trial record and adequately answer Snarr's numerous claims. Undersigned counsel is also responsible for completing the answer to co-defendant Garcia's 381-page motion for collateral relief currently due on the same date as this response. While some claims in both motions are intertwined due to the joint trial, there are many claims that need independent analysis of the record. Due to the complex nature of these cases, the United States respectfully requests the additional time within which to prepare an appropriate response to both motions for collateral relief.

### III.    Certificate of Conference

Undersigned counsel has conferred with counsel for Petitioner who indicates Petitioner has no objection to this extension request.

### IV.    Conclusion

For the reasons stated above, the United States moves the Court to extend the deadline for the filing of a response to Petitioner's motion for collateral relief 120 days from July 1, 2017, to November 1, 2017.

Respectfully submitted,

Brit Featherston
Acting United States Attorney
Eastern District of Texas

/s/ Jeffrey A. Zick
Jeffrey A. Zick
U.S. Department of Justice
Arizona Bar No. 018712
1331 F. Street, 6th Floor
Washington, D.C. 20530
(202) 616-3942
Jeffrey.Zick@usdoj.gov

/s/  Joseph R. Batte (with consent)
Assistant United States Attorney
Texas Bar No. 01918070
350 Magnolia Ave., Suite 150
Beaumont, TX 77701
(409) 839-2538
(409) 839-2550 (fax)
Email: joe.batte@usdoj.gov

## Certificate of Service

I certify that on June 19, 2017, this document was served by the Court's ECF system on Kathy N. Nester and Robert Edward Lee, counsel for Petitioner.

/s/ Jeffrey A. Zick
Jeffrey A. Zick
Trial Attorney
U.S. Department of Justice