IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

MARK ISAAC SNARR, #11093-081 §

VS. § CIVIL ACTION NO. 1:13cv724
CRIM. NO. 1:09-CR-00015(1)

UNITED STATES OF AMERICA §

O R D E R

Before the Court is the Government's unopposed motion to extend time for response (Dkt. #57). In support of the motion, the Government notes a heavy case load, the need for documents that have not yet been disclosed, and the voluminous trial record. The request is made to extend the deadline for filing a response to March 1, 2018. The motion is reasonable. It is therefore

**ORDERED** that the Government's motion to extend time for response (Dkt. #57) is **GRANTED** and the deadline for the Government to file a response is extended to March 1, 2018. It is further

**ORDERED** that the deadline for Snarr to file a reply is extended to May 1, 2018.

**SIGNED this the 23rd day of October, 2017.**

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE