IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| MARK ISAAC SNARR | § | |
| | § | |
| V. | § | No. 1:13CV724 |
| | § | Crim. No. 1:09CR00015(1) |
| UNITED STATES OF AMERICA | § | |

## NOTICE OF GOVERNMENT ATTORNEY WITHDRAWAL BASED ON CHANGE OF EMPLOYMENT

The United States provides notice of withdrawal of Jeffrey A. Zick as counsel for the United States in this matter. Mr. Zick has accepted employment outside of the Department of Justice and will not be available to work on this matter. The United States continues to be represented by Assistant United States Attorneys Traci Kenner and Joseph R. Batte.

Respectfully submitted,

Alan R Jackson
United States Attorney
Eastern District of Texas

/s/ Jeffrey A. Zick
Jeffrey A. Zick
U.S. Department of Justice
Arizona Bar No. 018712
1331 F. Street, 6th Floor
Washington, D.C. 20530
(202) 616-3942
Jeffrey.Zick@usdoj.gov

/s/ Traci Lynne Kenner (with consent)
Assistant United States Attorney
Texas Bar No. 11307070

**Notice of Withdrawal — Page 1**

110 N. College, Suite 700
Tyler, TX 75702
(903) 590-1400
(903) 590-1439 (fax)
Email: Traci.Kenner@usdoj.gov

**Certificate of Service**

I certify that on January 18, 2018, this document was served by the Court's ECF

system on Kathy N. Nester and Robert Edward Lee, counsel for Petitioner.

/s/ Jeffrey A. Zick
Jeffrey A. Zick
Trial Attorney
U.S. Department of Justice