IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| MARK ISAAC SNARR | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:13-CV-00724 |
| | § | |
| UNITED STATES OF AMERICA | § | |

## **NOTICE OF ATTORNEY APPEARANCE**

COMES NOW the United States of America, by and through Alan Jackson, United States Attorney for the Eastern District of Texas, and Joseph R. Batte, the undersigned Assistant United States Attorney, on behalf of the United States of America, and notices the Court of the government's intent to add Joseph R. Batte, Assistant United States Attorney, Beaumont Division, as co-counsel for Plaintiff, United States of America, in this cause, and would show the Court that:

I.

The undersigned, Assistant United States Attorney, Joseph R. Batte, should be added and noticed on all further pleadings and papers should be served on:

> JOSEPH R. BATTE
> Assistant United States Attorney
> Texas Bar No. 01918070
> 350 Magnolia, Suite 150
> Beaumont, Texas    77701
> (409) 839-2538
> (409) 839-2550 (fax)
> email:    joe.batte@usdoj.gov

Respectfully submitted,

ALAN JACKSON
UNITED STATES ATTORNEY

/s/ Joseph R. Batte
JOSEPH R. BATTE
Assistant United States Attorney
Texas Bar No. 01918070
350 Magnolia, Suite 150
Beaumont, Texas    77701
(409) 839-2538
(409) 839-2550 (fax)
email:    joe.batte@usdoj.gov

## CERTIFICATE OF SERVICE

On this the 19th day of January 2018, I do certify that a true and correct copy of the foregoing Notice of Attorney Appearance was sent via electronic transmission to all counsel of record.

/s/ Joseph R. Batte
Joseph R. Batte