IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| MARK ISAAC SNARR | § | |
| | § | |
| V. | § | No. 1:13CV724 |
| | § | Crim. No. 1:09CR00015(1) |
| UNITED STATES OF AMERICA | § | |

## **MOTION TO EXTEND TIME FOR RESPONSE**

The United States respectfully moves for an extension of 180 days in which to file its response to Petitioner's motion for collateral review under 28 U.S.C. § 2255.

## **I.    PROCEDURAL BACKGROUND**

On February 20, 2015, Petitioner filed a motion for collateral relief under 28 U.S.C. § 2255, which is currently pending before the Court. (ECF 23). Petitioner previously moved that his motion for collateral relief and all supporting exhibits (ECF 24–29) be filed under seal and the Court granted the request. (ECF 31). This Court, upon the request of the United States, stayed this proceeding while the Supreme Court considered the issues raised in *Kansas v. Carr*, 136 S. Ct. 633 (2016). (ECF 38). The stay was lifted on April 14, 2016, and the Court has ordered that the United States respond to Petitioner's § 2255 motion for collateral relief by August 1, 2016. (ECF 41). The United States moved to extend time to respond on five separate occasions. (ECF 49, 51, 53, 55, and 57). The Court has ordered the government's response due on March 1, 2018.

## **II.    REASONS FOR THE EXTENSION REQUEST**

The United States asks this Court for an extension of 180 days in which to file its response to Snarr's § 2255 motion for  collateral relief.  Since the previous extension

request, Jeffrey Zick has withdrawn as counsel and is no longer employed with the U.S. Department of Justice; additionally, the undersigned is currently scheduled to begin a capital murder case on April 2, 2018, and is expected to be involved with that trial for approximately three months.

Due to the complex nature of this case, and the reasons above, the United States respectfully requests the additional time to prepare an appropriate response to Petitioner's motion for collateral relief.

## I.      Conclusion

For the reasons stated above, the United States moves the Court to extend the deadline for the filing of a response to Petitioner's motion for collateral relief 180 days from March 1, 2018 to August 28, 2018.

Respectfully submitted,

ALAN JACKSON
UNITED STATES ATTORNEY

/s/ Joseph R. Batte
Joseph R. Batte
Assistant United States Attorney
Texas Bar No. 01918070
350 Magnolia Ave., Suite 150
Beaumont, TX 77701
(409) 839-2538
joe.batte@usdoj.gov

## Certificate of Service

I certify that on February 26, 2018, this document was served by the Court's ECF system on Kathy N. Nester and Robert Edward Lee, counsel for Petitioner.

/s/ Joseph R. Batte
Joseph R. Batte

## Certificate of Conference

The undersigned counsel has conferred with counsel for Garcia who indicates Petitioner has no objection to this extension request.

/s/ Joseph R. Batte
Joseph R. Batte