IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| MARK ISAAC SNARR | § | |
| | § | |
| V. | § | No. 1:13CV724 |
| | § | |
| UNITED STATES OF AMERICA | § | |

ORDER

CAME ON this day to be considered United States' Motion to Extend Time for Response to Petitioner's motion under 28 U.S.C. § 2255 to vacate, set aside or correct a sentence in this matter.

The Court upon consideration of the United States' motion to extend the deadline for filing a response to Petitioner's motion deems the request to extend should be GRANTED;

THEREFORE, IT IS ORDERED that the United States' response to Petitioner's motion under 28 U.S.C. § 2255 is now due August 28, 2018.