| | | |
|---|---|---|
| | § | |
| **MARK ISSAC SNARR,** | § | |
| Petitioner | § | |
| | § | |
| v. | § | **Civ. Action No. 1:13-cv-724-MAC-KFG** |
| | § | **(Criminal No. 1:09-CR-00015(1))** |
| **UNITED STATES OF AMERICA** | § | |
| Respondent | § | |
| | § | |

## UNOPPOSED MOTION TO SEAL
## SUPPLEMENT TO INITIAL MOTION FOR COLLATERAL RELIEF
## PURSUANT TO 28 U.S.C. § 2255
## AND MOTION FOR LEAVE TO SUPPLEMENT

**I.      Motion to Seal**

Mark Issac Snarr, through his undersigned counsel, respectfully moves the Court

pursuant to Local Rule CV-5(a)(7) to enter an Order directing the District Clerk to file his

Supplement to Motion for Collateral Relief Pursuant to 28 U.S.C. §2255, including all

supporting exhibits and declarations in an Appendix, and the related Motion for Leave to

Supplement, filed herewith, under seal. The Government, through Assistant United States

Attorney Traci Kenner, has stated that it does not oppose this motion.

**II.      Memorandum**

On February 20, 2015, the parties submitted to this Court an agreed motion to file under

seal Mark Issac Snarr's Initial Motion for Collateral Relief Pursuant to 28 U.S.C. § 2255. ECF

No. 21 (incorporated by reference herein). Claims and allegations in the Motion included

reference to personal information and documents, and that implied certain security concerns. *Id.*

On February 26, 2015, the Court granted the motion, directing that the entire Initial Motion and all accompanying Appendix materials be filed under seal and restricted from public access. ECF No. 31. The Court's Order followed the practice and reasoning in other recent § 2255 motions in death penalty cases addressing homicides of persons in the Bureau of Prisons. *See Agofsky v. United States*, No. 1:07-CV-511; *Jackson v. United States*, No. 1:09-CV-1039.

Consistent with this Order, and for the reasons previously considered by this Court, the accompanying Supplement should also be filed under seal. Significant considerations weigh in favor of sealing all documents addressing the substance of the Initial Motion, including Snarr's Supplement and related Motion for Leave to Supplement, the Government's anticipated Answer, and any pleadings in reply to the Answer. The substance of claims in the Initial Motion reference exhibits filed in support of the motion that must be sealed from public access, and there is substantial concern that information referred to in the Motion and subsequent pleadings referring to the information in the Motion could be used for an improper purpose that could harm witnesses and other persons involved in this case, including Snarr. Filing these pleadings under seal also will provide the practical benefit of avoiding the need for the parties and the Court to address multiple, fragmented pleadings. For these reasons, Snarr asks the Court to continue to direct the parties and the Clerk to file pleadings relating to the substance of the Claims under seal and restricted from public access, including the accompanying Supplement to Initial Motion for Relief Pursuant to 28 U.S.C. § 2255.

## III. Conclusion

For the foregoing reasons, Mr. Snarr respectfully requests that this Court enter the attached proposed Order directing the District Clerk to file Snarr's Supplement to Initial Motion for Relief Pursuant to 28 U.S.C. § 2255, including supporting exhibits, and his Motion for Leave

to Supplement under seal.

DATED this 12th day of April, 2018.

Respectfully Submitted,

*/s/ Robert Lee*_____

Robert Lee (Mississippi Bar #9474)
2421 Ivy Road, Suite 301
Charlottesville, VA  22903
(434) 817-2970
(434) 817-2972 (facsimile)
roblee@vcrrc.org

Kathryn N. Nester (Utah Bar #13967)
Federal Public Defender
District of Utah
46 W. Broadway, Suite 110
Salt Lake City, UT  84101
(801) 524-4010
(801) 524-4060 (facsimile)
Kathy_Nester@fd.org

## CERTIFICATE OF SERVICE

This is to certify that on this the 12th day of April, 2018, counsel of record, Assistant U.S.

Attorneys Traci Kenner and Joseph Batte, were served with a copy of this document via the Court's

CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Robert Lee*_____

## CERTIFICATE OF CONFERENCE

This is to certify that Robert Lee, Attorney for Petitioner, conferred with Assistant

United States Attorney Traci Kenner, Attorney for the Government, and she has no opposition to

this motion.

*/s/ Robert Lee*_____