UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

|  |  |  |
|---|---|---|
| MARK ISSAC SNARR,<br>　　　Petitioner<br><br>　　　v.<br><br>UNITED STATES OF AMERICA<br>　　　Respondent | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civ. Action No. 1:13-cv-724-MAC-KFG<br>(Criminal No. 1:09-CR-00015(1)) |

## ORDER

Before the Court is Mark Issac Snarr's unopposed motion to seal his Supplement to Initial Motion for Relief Pursuant to 28 U.S.C. § 2255 (ECF No. ___), and related Motion for Leave to Supplement (ECF No. _). The Court previously ordered that "the Clerk of Court shall file and maintain the § 2255 motion, including accompanying exhibits and declaration, under seal." (ECF No. 31). The motion is reasonable. It is therefore

**ORDERED** that Snarr's motion to seal his Supplement to Initial Motion for Relief Pursuant to 28 U.S.C. § 2255 (ECF No. _), and related Motion for Leave to Supplement (ECF No. _), is **GRANTED** and the Clerk of Court shall file the Supplement, including all accompanying exhibits and declarations, and the Motion under seal.

**SIGNED this _ day of April, 2018.**