**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**



|  |  |  |
|---|---|---|
| **MARK ISSAC SNARR,** Petitioner | § § § § | |
| **v.** | § § | **Civ. Action No. 1:13-cv-724-MAC-KFG** **(Criminal No. 1:09-CR-00015(1))** |
| **UNITED STATES OF AMERICA** Respondent | § § § § | |

**ORDER**

Before the Court is Mark Issac Snarr's unopposed motion to seal his Supplement to Initial Motion for Relief Pursuant to 28 U.S.C. § 2255 (ECF No. __), and related Motion for Leave to Supplement (ECF No. _). The Court previously ordered that "the Clerk of Court shall file and maintain the § 2255 motion, including accompanying exhibits and declaration, under seal." (ECF No. 31). The motion is reasonable. It is therefore

**ORDERED** that Snarr's motion to seal his Supplement to Initial Motion for Relief Pursuant to 28 U.S.C. § 2255 (ECF No. _), and related Motion for Leave to Supplement (ECF No. _), is **GRANTED** and the Clerk of Court shall file the Supplement, including all accompanying exhibits and declarations, and the Motion under seal.