IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| MARK ISAAC SNARR, #11093-081 | § | |
| v. | § | CIVIL ACTION NO. 1:13cv724 |
| | | CRIM. NO. 1:09-CR-00015(1) |
| UNITED STATES OF AMERICA | § | |

O R D E R

Pending before the Court is Movant Snarr's unopposed Motion to Seal (Dkt. #64). Snarr seeks

to seal his Motion for Leave to Supplement to his previously filed 28 U.S.C. § 2255 motion for collateral

relief (Dkt. #65) and his Supplement to his Motion for Collateral Relief, including all supporting exhibits and

declarations in the attached Appendix to his Supplement (Dkt. #66). Snarr asserts that the information or

substance contained in Dkt. ##65 and 66 should be sealed to protect him, the witnesses, and other persons

involved in the case from persons whom would use the information for improper purposes seeking to harm

the parties and witnesses.

Within the same motion (Dkt. #64), Snarr seeks leave to supplement his pending § 2255 motion

for collateral relief with his Supplement to his Motion for Collateral Relief pursuant to 28 U.S.C. § 2255,

along with the Supplement's attendant appendix. (Dkt. #66, #66-1-3).

Snarr asserts that the Government has expressed no opposition to the motion. The motion is

reasonable. It is therefore

1

**ORDERED** that Snarr's unopposed Motion to Seal (Dkt. #64) is **GRANTED**. The Clerk of the Court shall maintain Snarr's Motion for Leave to Supplement (Dkt. #65) and his Supplement to his Motion for Collateral Relief, including all supporting exhibits and declarations in the attached Appendix to his Supplement (Dkt. #66 and #66-1-3), under seal. It is further

**ORDERED** that Snarr's motion for leave to file his Supplement (Dkt. #64) is **GRANTED**.

**SIGNED this the 19th day of April, 2018.**

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE