IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

MARK ISAAC SNARR, #11093-081 §

v. § CIVIL ACTION NO. 1:13cv724
CRIM. NO. 1:09-CR-00015(1)

UNITED STATES OF AMERICA §

O R D E R

Pending before the Court is Movant Snarr's unopposed Motion for Leave to Supplement Initial Motion for Collateral Relief (Dkt. #65). Snarr seeks leave to file his supplement to his previously filed 28 U.S.C. § 2255 motion for collateral relief (Dkt. #65), including all supporting exhibits and declarations in the attached Appendix to his Supplement (Dkt. #66).

Snarr asserts that the Government has expressed no opposition to the motion. The motion is reasonable; however, the Court granted Snarr leave to file his supplement to his initial motion for collateral relief, including all support exhibits and declarations in the Appendix to his Supplement (Dkt. #66), in its Order issued on April 19, 2018 (Dkt. #67). Snarr's motion for leave to supplement is moot. It is therefore

**ORDERED** that Snarr's motion for leave to file his Supplement (Dkt. #65) is **DENIED** as **MOOT**.

**SIGNED this the 4th day of June, 2018.**

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE