IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| MARK ISAAC SNARR | § | |
| | § | |
| V. | § | No. 1:13-CV-724 |
| | § | |
| UNITED STATES OF AMERICA | § | |

**GOVERNMENT'S UNOPPOSED MOTION TO STAY**

The government moves to stay this case until the Fifth Circuit decides whether to recall the mandate in Snarr's direct appeal.

## I. Proceedings

On January 21, 2009, a federal grand jury in the Eastern District of Texas returned a one-count indictment against Mark Isaac Snarr and co-defendant Edgar Baltazar Garcia, charging them with the murder of Gabriel Rhone, in violation of 18 U.S.C. §§ 1111 and 2. 1:09-CR-15 (Doc. No. 7). The United States filed notices of intent to seek the death penalty against both defendants on February 4, 2009. 1:09-CR-15 (Doc. Nos. 18, 19).

The trial began on April 6, 2010, and concluded on May 21 when the jury selected the death penalty for both defendants. The Court sentenced both defendants to death immediately after the verdict and entered its written judgment on May 25, 2010. 1:09-CR-15 (Doc. Nos. 353, 355).

Snarr and Garcia each filed a timely notice of appeal. The Fifth Circuit Court of Appeals affirmed Snarr's conviction and sentence with an opinion entered on January 8, 2013. *United States v. Snarr, et al*, 704 F.3d 368, 395-98 (5th Cir. 2013). The mandate issued on March 25, 2013. Snarr petitioned the Supreme Court for a writ of certiorari.

*Snarr v. United States*, No. 13-5675. The Court denied his petition on February 24, 2014. *Snarr v. United States*, 134 S. Ct. 1274 (2014).

On February 20, 2015, Snarr filed a motion to vacate under 28 U.S.C. § 2255, which is currently pending before the Court. 1:13-CV-724 (Doc. No. 23). The Court entered a show cause order on March 2, 2015, ordering the government to file a response by May 20, 2015. 1:13-CV-724 (Doc. No. 32). After a stay and several continuances, the response is due on August 28, 2018.

On March 21, 2018, the Supreme Court decided *Ayestas v. Davis*, 138 S.Ct. 1080 (2018), in which the Supreme Court invalidated the Fifth Circuit's standard for consideration of an expert funding request under 18 U.S.C. § 3599(f) in a proceeding under 28 U.S.C. § 2254. On July 16, Snarr filed a motion in the Fifth Circuit, seeking recall of the mandate in his direct appeal based on *Ayestas*.

## II. Grounds for Stay

The United States moves the Court to stay this case until the Fifth Circuit decides whether to recall the mandate in Snarr's direct appeal. A stay will assist the Court. Snarr's Section 2255 motion is lengthy—206 pages—and has voluminous attachments. 1:13-CV-724 (Doc. Nos. 23-29). The motion sets out three broad claims for relief, but one has fifteen sub-claims, some of which are further broken into multiple sub-parts, and another has six sub-claims, also broken into multiple sub-parts. Motion at pp. ii-v. Likewise, the record from the trial is lengthy. Proceeding with the case while the Fifth Circuit considers an issue that could possibly require reopening the direct appeal could result in a waste of scarce judicial resources. Similarly, requiring the government to

respond while the motion to recall mandate is pending will unduly burden the government by requiring it to expend a significant amount of time responding to issues that may be rendered irrelevant.  Staying the case until will conserve strained government resources without working harm on Snarr.

### III.  Certificate of Conference

On July 19, 2018, the undersigned conferred with Robert Lee, counsel for Snarr. He advised that Snarr does not oppose a stay.

### IV.  Conclusion

For the reasons stated above, the United States moves the Court to stay this case until the Fifth Circuit decides whether to recall the mandate in Snarr's direct appeal.  The government will notify the Court within 15 days of the Fifth Circuit's decision.  And, if Snarr's motion is denied, the government will seek an appropriate amount of time to file its response after conferring with Snarr's counsel.

Respectfully submitted,

Joseph D. Brown
United States Attorney
Eastern District of Texas

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 (fax)
Traci.Kenner@usdoj.gov
Texas Bar No. 11307070

**Certificate of Service**

I certify that on July 20, 2018, this document was served by the Court's ECF

system on Robert Lee and Kathryn N. Nester, counsel for Snarr.

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney