IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

MARK ISAAC SNARR          §
         §
V.          §    No. 1:13-CV-724
         §
UNITED STATES OF AMERICA          §

## **ORDER**

The government has moved to stay this case until the Fifth Circuit decides whether to recall the mandate in Mark Isaac Snarr's direct appeal. Movant Snarr does not oppose the motion.

After considering the motion, the Court is of the opinion that the motion is well taken: a stay of this proceeding will preserve strained judicial and government resources without harming Movant Snarr. It is, therefore,

ORDERED that the Government's Unopposed Motion to Stay is GRANTED and this case is stayed until the Fifth Circuit decides whether to recall the mandate in Snarr's direct appeal. The government will notify the Court within 15 days of the Fifth Circuit's decision on Snarr's motion.