IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| MARK ISAAC SNARR | § | |
| | § | |
| V. | § | No. 1:13-CV-724 |
| | § | |
| UNITED STATES OF AMERICA | § | |

**STATUS REPORT**

On July 20, 2018, the government filed a motion to stay this Section 2255 proceeding because movant Mark Isaac Snarr had filed a motion in the Fifth Circuit, seeking recall of the mandate in his direct appeal based on *Ayestas v. Davis*, 138 S.Ct. 1080 (2018). The Court has not yet ruled on the motion.

The Fifth Circuit entered an order denying Snarr's motion to recall the mandate on January 25, 2018. Snarr's counsel have advised that they intend to file a petition for writ of certiorari in the Supreme Court seeking review of the Fifth Circuit's decision. Thus, litigation regarding recall of the mandate continues.

Respectfully submitted,

Joseph D. Brown
United States Attorney
Eastern District of Texas

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 (fax)
Traci.Kenner@usdoj.gov
Texas Bar No. 11307070

## Certificate of Conference

On July 25, 2018, the undersigned conferred with Robert Lee, counsel for Snarr.

He agrees that there are still grounds for a stay.

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney

## Certificate of Service

I certify that on July 26, 2018, this document was served by the Court's ECF

system on Robert Lee and Kathryn N. Nester, counsel for Snarr.

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney