IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

MARK ISAAC SNARR, #11093-081 §

VS. § CIVIL ACTION NO. 1:13cv724
CRIM. NO. 1:09-CR-00015(1)

UNITED STATES OF AMERICA §

O R D E R

Before the Court is the Government's unopposed motion to stay (Dkt. #73) the case in light

of the Supreme's Court decision in *Ayestas v. Davis*, 138 S. Ct. 1080 (2018). In *Ayestas*, the

Supreme Court invalidated the Fifth Circuit's standard for consideration of an expert funding request

under 18 U.S.C. § 3599(f) in a proceeding under 28 U.S.C. § 2254. Consequently, on July 16, 2018,

Snarr filed a motion in the Fifth Circuit seeking recall of the mandate in his direct appeal based on

*Ayestas*. The Government believes that requiring it to respond to the § 2255 motion while the

motion to recall the mandate is pending will unduly burden the Government by requiring it to expend

a significant amount of time responding to issues that may be rendered irrelevant. The Government

argues that staying the case will conserve strained governmental resources without harming Snarr.

Snarr does not oppose the stay.

The Court finds the Government's arguments to be persuasive. The resolution of Snarr's

motion to recall the mandate in light of *Ayestas* may profoundly impact this case. The Court is also

of the opinion that the case should be both stayed and administratively closed. There is no need for

the present case to remain on this Court's active docket while the motion to recall the mandate is

pending. It is therefore

**ORDERED** that the Government's unopposed motion to stay (Dkt. #73) is **GRANTED** and

the proceedings are **STAYED** and **ADMINISTRATIVELY CLOSED** until the Fifth Circuit

1

decides whether to recall the mandate in Snarr's direct appeal.  The Government shall notify this Court within fifteen days of the Fifth Circuit's decision on Snarr's motion.

**SIGNED this the 31st day of July, 2018.**

KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE