IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

MARK ISAAC SNARR § 
§ 
V. § No. 1:13-CV-724
§ 
UNITED STATES OF AMERICA §

## GOVERNMENT'S UNOPPOSED MOTION TO LIFT STAY AND SET DEADLINES FOR RESPONSE AND REPLY

The government moves to lift the stay in this case because the Supreme Court has denied Mark Isaac Snarr's petition for writ of certiorari, which was based on *Ayestas v. Davis*, 138 S.Ct. 1080 (2018). The government further urges the Court to issue a scheduling order that sets a filing deadline of January 31, 2020, for the government's response to Snarr's Section 2255 motion and a deadline of March 31, 2020, for Snarr's reply.

## I. Proceedings

On January 21, 2009, a federal grand jury in the Eastern District of Texas returned a one-count indictment against Snarr and co-defendant Edgar Baltazar Garcia, charging them with murder, in violation of 18 U.S.C. §§ 1111 and 2. 1:09-CR-15 (Doc. No. 7). The United States filed notices of intent to seek the death penalty against both defendants. 1:09-CR-15 (Doc. Nos. 18, 19). Their trial concluded on May 21, 2010, when the jury selected the death penalty for both defendants. The Court sentenced both defendants to death immediately after the verdict and entered its written judgment on May 25, 2010. 1:09-CR-15 (Doc. Nos. 353, 355).

Snarr appealed. The Fifth Circuit Court of Appeals affirmed his conviction and sentence with an opinion entered on January 8, 2013. *United States v. Snarr*, 704 F.3d 368, 395-98 (5th Cir. 2013). The mandate issued on March 25, 2013. Snarr petitioned the Supreme Court for a writ of certiorari. *Snarr v. United States*, No. 13-5675. The Court denied his petition on February 24, 2014. *Snarr v. United States*, 134 S. Ct. 1274 (2014).

On February 20, 2015, Snarr filed a motion to vacate under 28 U.S.C. § 2255, which is currently pending before the Court. 1:13-CV-724 (Doc. No. 23). The Court entered a show cause order on March 2, 2015, ordering the government to file a response by May 20, 2015. 1:13-CV-724 (Doc. No. 32). After a stay and several continuances, the government's response was due on August 28, 2018.

On March 21, 2018, the Supreme Court decided *Ayestas v. Davis*, 138 S.Ct. 1080 (2018), invalidating the Fifth Circuit's standard for consideration of an expert funding request under 18 U.S.C. § 3599(f) in a proceeding under 28 U.S.C. § 2254. On July 16, 2018, Snarr filed a motion in the Fifth Circuit, seeking recall of the mandate in his direct appeal based on *Ayestas*. The Fifth Circuit denied the motion on July 25, 2018, *United States v. Snarr*, No. 10-40525, 2018 WL 9802199 (5th Cir. July 25, 2018), and Snarr sought a petition for writ of certiorari from the Supreme Court, *Snarr v. United States*, No. 18-7201.

The government filed an unopposed motion to stay this proceeding pending the outcome of Snarr's *Ayestas* litigation. This Court stayed the Section 2255 proceeding on July 31, 2018. The Supreme Court denied Snarr's petition for writ of certiorari on

October 7, 2019.  *Snarr v. United States*, No. 18-7201, 2019 WL 4921484 (Oct. 7, 2019).

## II.  Grounds for Motions

Because the Supreme Court has denied Snarr's petition for writ of certiorari, the stay in this case may now be lifted and the case may be administratively reopened.

With respect to the government's response, the United States requests a filing deadline of January 31, 2020, for the government's response to Snarr's Section 2255 motion.  Given (1) that the government is preparing responses to Snarr's motion and the one filed by Garcia at the same time and (2) the length and complexity of both motions, this is a realistic amount of time to complete the responses.  Snarr requests a deadline of March 31, 2020, for filing his reply.

## III.  Certificate of Conference

The undersigned conferred by email with counsel for Snarr.  They do not oppose lifting the stay or the requested filing deadlines.

## IV.  Conclusion

For the reasons stated above, the United States moves the Court to lift the stay in this case and administratively reopen it.  The government further moves for a scheduling order that sets a filing deadline of January 31, 2020, for the government's response to Snarr's Section 2255 motion and a deadline of March 31, 2020, for Snarr's reply.

Respectfully submitted,

Joseph D. Brown
United States Attorney
Eastern District of Texas

Joseph R. Batte
Assistant United States Attorney


/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 (fax)
Traci.Kenner@usdoj.gov
Texas Bar No. 11307070

## Certificate of Service

I certify that on October 29, 2019, this document was served by the Court's ECF system on Robert Lee and Kathryn N. Nester, counsel for Snarr.

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney