IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

MARK ISAAC SNARR        §
                                 §
V.                              §    No. 1:13-CV-724
                                 §
UNITED STATES OF AMERICA     §

## **ORDER**

The government has moved to lift the stay in this case and further moved for a scheduling order with a response deadline of January 31, 2020, and a reply deadline for Snarr of March 31, 2020.

After considering the motion, the Court is of the opinion that the motion is well taken. It is, therefore,

ORDERED that the Government's Unopposed Motion To Lift Stay and Set Deadlines For Response and Reply is GRANTED. On this date, the stay in this case is lifted and the case is administratively reopened.

It is further ORDERED that the government file a response to Mark Isaac Snarr's Section 2255 motion no later than January 31, 2020, and that Snarr file his reply, if any, by March 31, 2020.

**Order Staying Case — Page 1**