IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

MARK ISAAC SNARR, #11093-081 §

VS. § CIVIL ACTION NO. 1:13cv724
CRIM. NO. 1:09-CR-00015(1)

UNITED STATES OF AMERICA §

O R D E R

Before the Court is the Government's Unopposed Motion to Lift Stay and Set Deadlines for Response and Reply. (Docket No. 77). On July 31, 2018, the present case was stayed and administratively closed pursuant to a motion filed by the Government (Docket No. 73). The Government asked for the case to be stayed during the pendency of Snarr's motion filed in the Fifth Circuit, seeking recall of the mandate in his direct appeal based on *Ayestas v. Davis*, 138 S. Ct. 1080 (2018).

The Fifth Circuit denied the motion on July 25, 2018, *United States v. Snarr*, No. 10-40525, 2018 WL 9802199 (5th Cir. July 25, 2018), and Snarr sought a petition for writ of certiorari from the Supreme Court, *Snarr v. United States*, No. 18-7201. The Supreme Court denied Snarr's petition for writ of certiorari on October 7, 2019. *Snarr v. United States,* 2019 WL 4921484 (Oct. 7, 2019). In light of the Supreme Court's decision, the present case should be returned to the active docket. Furthermore, the Government should respond to Snarr's § 2255 motion. It is therefore

**ORDERED** that the Government's Unopposed Motion to Lift Stay and Set Deadlines for Response and Reply (Docket No. 77) is **GRANTED**. It is

1

**ORDERED** that the stay is lifted and the case is returned to the active docket. It is further

**ORDERED** that the deadline for the Government to respond to the § 2255 motion is January 31, 2020. It is finally

**ORDERED** that Snarr has on or before March 31, 2020 to file a reply.

**SIGNED this the 11th day of December, 2019.**

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE