**MARK ISAAC SNARR,**
*Movant,*

v.

**UNITED STATES OF AMERICA,**
*Respondent.*

**Civ. Act. No. 1:13-cv-724**
**(Related matter: *USA v. Snarr*, 1:09-cr-015)**

---

## UNOPPOSED MOTION TO AMEND FILING SCHEDULE

---

MARK ISAAC SNARR, by and through undersigned counsel, respectfully moves the Court to amend its December 11, 2019, Order (ECF No. 78) to set March 31, 2020, as the Government's deadline for responding to Snarr's § 2255 motion, and May 29, 2020, as the deadline for Snarr's reply to the Government's response. The proposed amendment makes Snarr's deadlines the same as those of his co-defendant Edgar Garcia. *See Garcia v. United States*, Civ. Act. No. 1:13-cv-723 (E.D. Tex.) ("*Garcia*"), ECF No. 105. In support of this motion, Snarr states the following:

On October 29, 2019, the Government filed unopposed motions in Snarr's and Garcia's cases to set January 31, 2020, as the deadline to file its responses to the motions. The Court subsequently, and after a brief telephonic consult with Garcia's counsel, set March 31, 2020, as the deadline for the Government's response to Garcia's motion (ECF No. 105) (*Garcia*), but January 31, 2020, as the deadline for its response to Snarr's motion (ECF No. 78). This motion seeks to bring the upcoming filing deadlines in Snarr's case into conformity with Garcia's case.

1

Mark Snarr and Edgar Garcia were tried jointly in this Court for capital murder and sentenced to death in the same proceeding. Their convictions and death sentences were confirmed on appeal. *United States v. Mark Snarr and Edgar Garcia*, 704 F.3d 368 (5th Cir. 2013). In February, 2015, Snarr and Garcia each filed under seal motions for relief pursuant to 28 U.S.C. § 2255. ECF No. 23 (Snarr); ECF No. 31 (*Garcia*).

At the advice of the Circuit Budget Attorney and with the Court's endorsement, Snarr and Garcia have collaborated as much as possible in their § 2255 litigation. Sharing workload and resources where appropriate has allowed the parties to maintain numerous efficiencies, including some issue identification, development, research, and consultation with experts. Diverging schedules at this point in these proceedings will unnecessarily but substantially disrupt the collaboration and effectively eliminate efficiencies.

Snarr's counsel has consulted with the Government and can represent that the Government does not intend to oppose Snarr's motion and is prepared to comply with whatever deadlines the Court sets.

\_\_\_\_/s/_____

Robert Lee
2421 Ivy Road, Suite 301
Charlottesville, Virginia 22903
(434) 817-2970
roblee@vcrrc.org

Kathryn Nester
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101
(691) 234-8467
Kathy_Nester@fd.org

**CERTIFICATE OF SERVICE**

This is to certify that, on this January 17, 2020, counsel of record  have been served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5 (a)(3).


___/s/_____

Robert Lee

**CERTIFICATE OF CONFERENCE**

Counsel hereby states that counsel has complied with the meet and confer requirement in Local Rule CV-7(h). On Friday, January 17, 2020, counsel conferred with Assistant United States Attorneys Traci Kenner and Joseph Batte, who indicated that, though they were not joining the motion, they do not oppose it.


___/s/_____

Robert Lee