IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

MARK ISAAC SNARR, #11093-081 §

VS. § CIVIL ACTION NO. 1:13cv724
CRIM. NO. 1:09-CR-00015(1)

UNITED STATES OF AMERICA §

O R D E R

Before the Court is the Petitioner Mark Isaac Snarr's Unopposed Motion to Amend Filing Schedule (Docket No. 79). The schedule to be amended was set by the Court when addressing the Government's Unopposed Motion to Lift Stay and Set Deadlines for Response and Reply filed simultaneous in Petitioner Snarr's case (Docket No. 77), as well as that of his co-defendant, see Edgar Baltazar Garcia v. United States, Civ. Act. No. 1:13-cv-723 (Docket No. 105) (E.D. Tex. Dec. 16, 2019). The unopposed motion requested the same filing deadlines for Snarr and Garcia. The Court granted the Government's unopposed motion and set response and reply deadline for the parties. (Docket No. 78.) Upon consideration of Petitioner Snarr's Unopposed Motion requesting that these deadlines be made the same for both Snarr and Garcia, it is

**ORDERED** that the deadline for the Government to respond to the § 2255 motion in March 31, 2020; and it is further

**ORDERED** that Snarr has on or before May 29, 2020 to file a reply.