IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

MARK ISAAC SNARR, #11093-081 §

VS. § CIVIL ACTION NO. 1:13cv724
CRIM. NO. 1:09-CR-00015(1)

UNITED STATES OF AMERICA §

O R D E R

Before the Court is Petitioner's Unopposed Motion to Amend Filing Schedule. (Docket No. 79). On December 11, 2019, the present case was reopened and placed on the Court's active open docket. (Docket No. 78). The Court set deadlines for the Government to respond to Petitioner's petition on or before January 31, 2020, and for Petitioner to file a reply on or before March 31, 2020, if he chooses.

Petitioner seeks to have the same deadlines as his co-defendant Garcia in Docket No. 1:13cv723. Petitioner requests that the deadline for the Government's response be set for March 31, 2020, and for Petitioner's reply to be due May 29, 2020. The motion is well-taken. It is

**ORDERED** that Petitioner's motion (Docket No. 79) is **GRANTED**. It is further

**ORDERED** that the deadline for the Government to respond to the § 2255 motion is March 31, 2020. It is finally

**ORDERED** that Petitioner may file a reply on or before May 29, 2020.

**SIGNED this the 27th day of January, 2020.**

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE