IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

MARK ISAAC SNARR          §
         §
V.          §    No. 1:13-CV-724
         §
UNITED STATES OF AMERICA     §

**GOVERNMENT'S UNOPPOSED
MOTION TO EXCEED PAGE LIMIT**

The government moves to exceed the page limit set out in Local Rule CV-3(b) for

responsive pleadings to motions filed under 28 U.S.C. § 2255 in death penalty cases.

### I. Proceedings

On January 21, 2009, a federal grand jury in the Eastern District of Texas returned

a one-count indictment against Snarr and co-defendant Edgar Baltazar Garcia, charging

them with murder, in violation of 18 U.S.C. §§ 1111 and 2. 1:09-CR-15 (Doc. No. 7).

The United States filed notices of intent to seek the death penalty against both

defendants. 1:09-CR-15 (Doc. Nos. 18, 19). Their trial concluded on May 21, 2010,

when the jury selected the death penalty for both defendants. The Court sentenced both

defendants to death immediately after the verdict and entered its written judgment on

May 25, 2010. 1:09-CR-15 (Doc. Nos. 353, 355).

Snarr appealed. The Fifth Circuit Court of Appeals affirmed his conviction and

sentence with an opinion entered on January 8, 2013. *United States v. Snarr*, 704 F.3d

368, 395-98 (5th Cir. 2013). The mandate issued on March 25, 2013. Snarr petitioned

the Supreme Court for a writ of certiorari, and the Court denied his petition. *Snarr v.*

*United States*, 134 S. Ct. 1274 (2014).

On February 20, 2015, Snarr filed a motion to vacate under 28 U.S.C. § 2255, which is currently pending before the Court.  1:13-CV-724 (Doc. No. 23).  He also filed an unopposed motion to exceed the page limit set out in Local Rule CV-3(b).  1:13-CV-724 (Doc. No. 22).  Excluding the cover sheet, tables, certificates and exhibits, the motion Snarr filed is 206 pages long.  On April 12, 2018, Snarr filed a supplement to his motion.  1:13-CV-724 (Doc. No. 66).  Excluding the cover sheet, tables, certificates and exhibits, the supplement is 24 pages long.

The Court entered a show cause order on March 2, 2015, ordering the government to file a response.  1:13-CV-724 (Doc. No. 32).  After a stay and several continuances, the government's response is due on March 31, 2020.

## II.  Grounds for Motions

Under Local Rule CV-3(b), "[a]bsent leave of court, … 28 U.S.C. § 2255 motions and the initial responsive pleadings thereto[] shall not exceed … one hundred pages in death penalty cases, excluding attachments."  Although the government is diligently editing its response to Snarr's motion, it cannot adequately respond to Snarr's claims in one hundred pages.  Therefore, the government moves for leave to exceed the page limit set out in Local Rule CV-3(b).  The government assures the Court that its response will not exceed 230 pages, excluding the cover sheet, tables, certificates and any exhibits.

## III.  Certificate of Conference

The undersigned conferred by email with counsel for Snarr on January 14, 2020. They do not oppose this motion.

## IV. Conclusion

For the reasons stated above, the United States moves the Court for leave to file a response to Snarr's Section 2255 motion that does not exceed 230 pages, excluding the cover sheet, tables, certificates and any exhibits.

Respectfully submitted,

Joseph D. Brown
United States Attorney
Eastern District of Texas

Joseph R. Batte
Assistant United States Attorney

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 (fax)
Traci.Kenner@usdoj.gov
Texas Bar No. 11307070

## Certificate of Service

I certify that on February 26, 2020, this document was served by the Court's ECF system on Kathy N. Nester and Robert Edward Lee, counsel for Snarr.

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney