IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

MARK ISAAC SNARR, #11093-081 §

VS. § CIVIL ACTION NO. 1:13cv724
                                                    CRIM. NO. 1:09-CR-00015(1)

UNITED STATES OF AMERICA §

**O R D E R**

Pending before the Court is the Government's motion to file responsive pleadings in excess of 100 pages (Docket No. 81). The Government is seeking permission to file its responsive brief in accordance with Local Rule CV-3(b). Its proposed responsive pleading is approximately 230 pages, excluding the cover sheet, tables, certificates and exhibits. Movant was permitted to file a brief that is 206 pages long, along with a 24-page supplement, both excluding the cover sheet, tables, certificates and exhibits. The Government's motion is reasonable. It is therefore

**ORDERED** that the Government's motion to file brief in excess of 100 pages (Docket No. 81) is **GRANTED**. The Government's proposed responsive pleading shall not exceed 230 pages, excluding the cover sheet, tables, certificates and exhibits.

**SIGNED this the 3rd day of March, 2020.**

_____

KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE