UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

MARK ISSAC SNARR,                           )
          *Petitioner*,              )
                                    )
    v.                            )     CASE NO. 1:13-CV-724
                                    )     CRIMINAL NO. 1:09-CR-15
UNITED STATES OF AMERICA,        )
          *Respondent*.              )
                                    )

**PETITIONERS' MOTION TO WITHDRAW**
**PENDING MOTION TO SUSPEND**

**COME NOW** Petitioner, Mark Issac Snarr, by and through their undersigned counsel, and,

having filed an Unopposed Motion for 90-Day Extension of Deadlines (ECF No. 87), hereby

moves to withdraw his pending Joint Motion to Suspend (ECF No. 84) and Supplement (ECF No.

85).

Respectfully Submitted,

|  | */s/ Robert Lee*_____ |  |
|  | Robert Lee |  |
|  | 2421 Ivy Road, Suite 301 |  |
|  | Charlottesville, Virginia 22903 |  |
|  | (434) 817-2970 |  |
|  | (434) 817-2972 (fax) |  |
|  | roblee@vcrrc.org |  |
|  | *Counsel for Mr. Snarr* |  |
|  | | |
|  | */s/ Kathryn N. Nester* |  |
|  | Kathryn N. Nester |  |
|  | Federal Defenders of San Diego, Inc. |  |
|  | 225 Broadway, Suite 900 |  |
|  | San Diego, CA   92101 |  |
|  | (619) 234-8467 |  |
|  | (619) 687-2666 (fax) |  |
|  | Kathy_Nester@fd.org |  |
|  | *Counsel for Mr. Snarr* |  |

|  |  |  |
|---|---|---|
|  |  |  |

## CERTIFICATE OF SERVICE

This is to certify that, on this April 6, 2020, the above Motion was filed with the Court via the ECF electronic filing system. Counsel for the Government was served with a copy of this document through ECF.

*/s/ Robert Lee*_____
*Counsel for Mr. Snarr*

## CERTIFICATE OF CONFERENCE

This is to certify that, prior to filing the above submission with the Court, counsel conferred with counsel for the government regarding this submission in compliance with Local Rule CV-7(h), and the government does NOT oppose this Motion.

*/s/ Robert Lee*_____
*Counsel for Mr. Snarr*