IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

MARK ISAAC SNARR,                       )
                                        )
        v.                              )        CIVIL ACTION NO. 1:13cv724
                                        )        CRIM. NO. 1:09-CR-15
UNITED STATES OF AMERICA.               )

**O R D E R**

Before the Court is Petitioner's Motion to Withdraw his pending Motion for Suspension

(ECF No. 84) and Supplement (ECF No. 85). Upon consideration of said motion,

It is

**ORDERED** that Petitioner's motion is **GRANTED**.