IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

MARK ISAAC SNARR, #11093-081 §

VS. § CIVIL ACTION NO. 1:13cv724
CRIM. NO. 1:09-CR-00015(1)

UNITED STATES OF AMERICA §

### **O R D E R**

Before the Court is Movant Snarr's unopposed motion to withdraw pending motions to suspend. (Docket No. 88). Snarr seeks to withdraw his Joint Motion to Suspend (Docket No. 84) and his Supplement to Joint Motion to Suspend (Docket No. 85). The motion is reasonable. It is therefore

**ORDERED** that Movant Snarr's unopposed motion to withdraw pending motions (Docket No. 88) is **GRANTED**. It is

**ORDERED** that Snarr's Joint Motion to Suspend (Docket No. 84) and his Supplement to Joint Motion to Suspend (Docket No. 85) are **WITHDRAWN**. The Clerk of Court is directed to terminate Docket No. 84 and Docket No. 85.

**SIGNED this the 8th day of April, 2020.**

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE