UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

MARK ISSAC SNARR,                          )
        *Petitioners,*                    )
                                  )        CASE NO. 1:13-CV-724
      v.                                       )
                                  )        CRIMINAL No. 1:09-CR-15
UNITED STATES OF AMERICA,                   )
        *Respondent.*                    )
                                  )

## <u>UNOPPOSED JOINT MOTION FOR 60-DAY EXTENSION OF TIME FOR ALL FEDERAL RULE 15 AND REPLY DEADLINES IN RESPONSE TO THE GLOBAL PANDEMIC AND STATE OF EMERGENCY CAUSED BY COVID-19</u>

**COME NOW** Petitioners, Mark Issac Snarr and Edgar Baltazar Garcia (1:13-cv-723), by and through their undersigned counsel, and hereby submit a joint motion for a 60-day extension of all deadlines pursuant to any federal statute, rule of court, and briefing schedule due to the global pandemic caused by COVID-19. The government does not oppose Petitioners' motions. Support for the motion is stated herein.

1.       The government's March 25, 2020 filings of its approximately 300-page Answers have triggered for Mr. Garcia and Mr. Snarr a 21-day deadline for filing Rule 15(a)[1] amended pleading and a May 29, 2020 deadline for filing replies.[2]   On April 8, 2020, these deadlines were extended by this Court to July 14, 2020 (for the filing of the amended 2255 motions) and August 27th (for the filing of the replies), due to the effects of the pandemic on petitioners' abilities to meet

---

[1] Federal Rule of Civil Procedure 15(a) ("A party may amend its pleading once as a matter of course within . . . 21 days after service of a responsive pleading"); *United States v. Zosimo Reyes Saenz*, 282 F.3d 354, 356 (5th Cir. 2002) (Rule 15 applies in § 2255 proceedings).

[2] *See Garcia*, 1:13-cv-723, Doc 105; *Snarr*, 1:13-cv-724, Doc 80.

1

these deadlines. Unfortunately, the effects of the pandemic continue to impact counsel's ability to work, and as result neither petitioner can possibly meet these deadlines in any effective manner.

2. More specifically, counsel for Mr. Garcia and Mr. Snarr are still significantly hampered in their ability to work, consult with their clients, and investigate the case. Ms. Lehmann, counsel for Garcia, is currently on full-time parental leave as she has no available childcare for her six-year-old son. Jason Hawkins, Ms. Lehmann's co-counsel and the Federal Public Defender for the Northern District of Texas, is fully consumed with attempting to manage his office's response to the Covid-19 crisis. Snarr's counsel Kathy Nester recently recovered from multiple weeks incapacitated by a serious illness (presumptively Covid-19), and, like Mr. Hawkins, is working around the clock as Director managing the San Diego Federal Public Defenders Office remotely and assuming multiple responsibilities regarding the federal criminal justice system's response to the pandemic. Rob Lee, Kathy's co-counsel, has four children at home while still attempting to work full-time on his practice. Mr. Lee's office is also closed, as several staff members are at elevated risk under CDC guidelines.

3. Legal visits with Mr. Garcia and Mr. Snarr are still not allowed. Indeed, currently the BOP is on lockdown for an undetermined period based not only on Covid-19 but due to the national unrest related to George Floyd's death. Undersigned counsel cannot file the amended 2255 motion and response without extensive confidential consultation with their clients.

4. Finally, because of the ongoing danger posed by the novel coronavirus, the two legal teams are currently still unable to send investigators or mitigation specialists into the field to conduct interviews with witnesses necessary for the upcoming filings.

5. Extension of the deadlines established by Rule 15 and the current scheduling orders is requested for 60 days in order that the parties are able to safely and effectively perform their

representation in this death penalty case.

6.     In light of the heightened concern for procedural fairness and adequate scrutiny of any legal claims in capital cases, *Caldwell v. Mississippi*, 472 U.S. 320, 323, 341 (1985); *Monge v. California*, 524 U.S. 721, 732 (1998), the need to suspend the current deadlines is all the more pressing. The interests of the government will not be adversely impacted by tolling these proceedings in this crisis; in fact, the government does not oppose the request and granting the request is consistent with orders and recommendations of federal and state government and public health authorities.

7.     It may be that after 60 days the situation will have eased sufficiently to allow the deadlines to proceed in the regular course or it may be that an additional, measured, request will be needed if matters have not improved or perhaps even deteriorated.   Counsel will remain in contact with counsel for the government as this unprecedented situation continues to unfold.

WHEREFORE, Mr. Snarr (and Mr. Garcia) ask this Court to enter the unopposed order suspending and tolling deadlines for all purposes, including deadlines set out by Rule 15 for 60 days.

Respectfully Submitted,

| | |
|---|---|
| */s/ Christine Lehmann*<br>Christine Lehmann<br>Louisiana Capital Assistance Center<br>636 Baronne Street<br>New Orleans, LA 70113<br>(504) 558-9867<br>(504) 558-0378 (fax)<br>Louisiana Bar #28122<br>*Counsel for Mr. Garcia*<br><br>/s/ *Jason D. Hawkins*<br>Jason D. Hawkins<br>Federal Public Defender | */s/ Robert Lee*_____<br>Robert Lee<br>2421 Ivy Road, Suite 301<br>Charlottesville, Virginia 22903<br>(434) 817-2970<br>(434) 817-2972 (fax)<br>roblee@vcrrc.org<br>*Counsel for Mr. Snarr*<br><br>/s/ *Kathryn N. Nester*<br>Kathryn N. Nester<br>Federal Defenders of San Diego, Inc.<br>225 Broadway, Suite 900 |

| | |
|---|---|
| Northern District of Texas<br>525 South Griffin Street, Suite 629<br>Dallas, Texas 75202<br>(214) 767-2746<br>(214) 767-2886 (fax)<br>Texas Bar No. 00795763<br>*Counsel for Mr. Garcia* | San Diego, CA 92101<br>(619) 234-8467<br>(619) 687-2666 (fax)<br>Kathy_Nester@fd.org<br>*Counsel for Mr. Snarr* |

**CERTIFICATE OF SERVICE**

This is to certify that, on this June 5, 2020, the above Motion was filed with the Court via the ECF electronic filing system. Counsel for the Government was served with a copy of this document through ECF.

*/s/ Kathy Nester/Robert Lee*_____
*Counsel for Mr. Snarr*

*/s/ Christine Lehmann*_____
*Counsel for Mr. Garcia*

**CERTIFICATE OF CONFERENCE**

This is to certify that, prior to filing the above submission with the Court, counsel conferred with counsel for the government regarding this submission in compliance with Local Rule CV-7(h); the Government does not oppose this Motion.

*/s/ Kathy Nester/Robert Lee*_____
*Counsel for Mr. Snarr*

*/s/ Christine Lehmann*_____
*Counsel for Mr. Garcia*