IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

MARK ISSAC SNARR,                    )
         *Petitioner*,              )
                         )
    v.                                   )    CASE NO. 1:13-CV-724
                         )    CRIMINAL NO. 1:09-CR-15
UNITED STATES OF AMERICA,             )
         *Respondent*.            )
                         )

O R D E R

Before the Court is Movant Mark Issac Snarr's Unopposed Joint Motion for a 60-Day

Extension of Time for all Federal Rule 15 and Reply Deadlines in the above matter.

Snarr's motion is unopposed.  It is

**ORDERED** that Movant Snarr's unopposed motion is **GRANTED**. It is further

**ORDERED** that the deadline for Snarr to file a reply to the Government's response to

the § 2255 motion is on or before October 26, 2020. It is finally

**ORDERED** that Snarr's deadline to amend his § 2255 pleadings pursuant to Federal

Rule of Civil Procedure 15 is on or before September 15, 2020. It is

**ORDERED** that this Order does not affect or waive the Government's right to object to

any amendment(s) raised by Snarr in a Rule 15 pleading.