IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| MARK ISAAC SNARR, #11093-081 | § | |
| VS. | § | CIVIL ACTION NO. 1:13cv724 |
| | | CRIM. NO. 1:09-CR-00015(1) |
| UNITED STATES OF AMERICA | § | |

O R D E R

Before the Court is Movant Snarr's Unopposed Joint Motion for a 90-Day Extension of Time for all Federal Rule 15 and Reply Deadlines. (Docket No. 93). Previously, the Court granted a 60-day extension of time for Snarr to file a reply to the Government's response to the § 2255 motion on or before October 26, 2020, and an extension of time for Snarr to file his amended § 2255 pleadings pursuant to FED. R. CIV. P. 15 on or before September 15, 2020. (Docket No. 92).

In his motion for extension of time, Snarr cites to the on-going COVID–19 pandemic and its impact on his attorneys' ability to perform their respective duties regarding mitigation and consultation with their client. Snarr's motion for an extension of time is unopposed. The Court will grant the motion. Accordingly, it is

**ORDERED** that Movant Snarr's unopposed motion (Docket No. 93) is **GRANTED**. It is further

**ORDERED** that the deadline for Snarr to file a reply to the Government's response to the § 2255 motion is on or before January 24, 2021. It is further

**ORDERED** that Snarr's deadline to amend his § 2255 pleadings pursuant to FED. R. CIV.

P. 15 is on or before December 14, 2020. It is finally

**ORDERED** that this Order does not affect or waive the Government's right to object to

any amendment(s) raised by Snarr in a Rule 15 pleading.

**SIGNED this the 31st day of August, 2020.**

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE