IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| MARK ISSAC SNARR, | ) | |
| *Petitioner*, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:13-CV-724 |
| | ) | CRIMINAL NO. 1:09-CR-15 |
| UNITED STATES OF AMERICA, | ) | |
| *Respondent*. | ) | |
| | ) | |

O R D E R

Before the Court is Movant Mark Issac Snarr's Unopposed Joint Motion for a 100-Day
Extension of Time for all Federal Rule 15 and Reply Deadlines in the above matter.

Mr. Snarr's motion is unopposed.  It is

**ORDERED** that Movant Mr. Snarr's unopposed motion is **GRANTED**. It is further

**ORDERED** that Mr. Snarr's deadline to amend his § 2255 pleadings pursuant to Federal
Rule of Civil Procedure 15 is on or before Wednesday, March 24, 2021. It is further

**ORDERED** that the deadline for Mr. Snarr to file a reply to the Government's response
to the § 2255 motion is on or before Tuesday May 4, 2021. It is finally

**ORDERED** that this Order does not affect or waive the Government's right to object to
any amendment(s) raised by Mr. Snarr in a Rule 15 pleading.