IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

MARK ISAAC SNARR, #11093-081      §

VS.          §      CIVIL ACTION NO. 1:13cv724
                         CRIM. NO. 1:09-CR-00015(1)

UNITED STATES OF AMERICA      §

O R D E R

Before the Court is Movant Snarr's Unopposed Joint Motion for a 90-Day Extension of Time for all Federal Rule 15 and Reply Deadlines. (Docket No. 97). Previously, the Court granted a 60-day extension of time, a 90-day extension of time, and a 100-day extension of time for Snarr to file a reply to the Government's response to the § 2255 motion and to file his amended § 2255 pleadings pursuant to Fed. R. Civ. P. 15. (Docket Nos. 92, 94, 96).

In his motion for extension of time, Snarr cites to the on-going COVID–19 pandemic and its impact on his attorneys' ability to perform their respective duties regarding mitigation and consultation with their client. Snarr's motion for an extension of time is unopposed. The Court will grant the motion. Accordingly, it is

**ORDERED** that Movant Snarr's unopposed motion (Docket No. 97) is **GRANTED**. It is further

**ORDERED** that the deadline for Snarr to file a reply to the Government's response to the § 2255 motion is on or before August 2, 2021. It is further

**ORDERED** that Snarr's deadline to amend his § 2255 pleadings pursuant to Fed. R. Civ. P. 15 is on or before June 22, 2021. It is finally

**ORDERED** that this Order does not affect or waive the Government's right to object to any amendment(s) raised by Snarr in a Rule 15 pleading.

**SIGNED this the 1st day of March, 2021.**

KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE