IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

MARK ISSAC SNARR,            )
        *Petitioner*,         )
                       )
v.                    )      CASE NO. 1:13-CV-724
                       )      CRIMINAL NO. 1:09-CR-15
UNITED STATES OF AMERICA,    )
        *Respondent*.     )
                       )

## O R D E R

Before the Court is Movant Mark Issac Snarr's Unopposed Joint Motion for a 90-Day Extension of Time for all Federal Rule 15 and Reply Deadlines in the above matter.

Mr. Snarr's motion is unopposed. It is

**ORDERED** that Movant Mr. Snarr's unopposed motion is **GRANTED**. It is further

**ORDERED** that Mr. Snarr's deadline to amend his § 2255 pleadings pursuant to Federal Rule of Civil Procedure 15 is on or before September 20, 2021. It is further

**ORDERED** that the deadline for Mr. Snarr to file a reply to the Government's response to the § 2255 motion is on or before Monday, November 1, 2021. It is finally

**ORDERED** that this Order does not affect or waive the Government's right to object to any amendment(s) raised by Mr. Snarr in a Rule 15 pleading.