**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **MARK ISSAC SNARR,** | ) | |
| *Petitioner*, | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 1:13-CV-724** |
| | ) | **CRIMINAL NO. 1:09-CR-15** |
| **UNITED STATES OF AMERICA,** | ) | |
| *Respondent*. | ) | |
| | ) | |

O R D E R

Before the Court is Movant Mark Issac Snarr's Unopposed Motion for a 60-Day Extension of Time for all Federal Rule 15 and Reply Deadlines in the above matter.

Mr. Snarr's motion is unopposed.  It is

**ORDERED** that Movant Mr. Snarr's unopposed motion is **GRANTED**. It is further

**ORDERED** that Mr. Snarr's deadline to amend his § 2255 pleadings pursuant to Federal Rule of Civil Procedure 15 is on or before November 19, 2021. It is further

**ORDERED** that the deadline for Mr. Snarr to file a reply to the Government's response to the § 2255 motion is on or before Monday, December 30, 2021. It is finally

**ORDERED** that this Order does not affect or waive the Government's right to object to any amendment(s) raised by Mr. Snarr in a Rule 15 pleading.