| | | |
|---|---|---|
| **MARK ISSAC SNARR,** | ) | |
| **EDGAR BALTAZAR GARCIA,** | ) | |
| *Petitioners*, | ) | |
| | ) | **CASE NO. 1:13-CV-00724** |
| **v.** | ) | **CASE NO. 1:13-CV-00723** |
| | ) | **CRIMINAL NO. 1:09-CR-15** |
| **UNITED STATES OF AMERICA,** | ) | |
| *Respondent.* | ) | |
| | ) | |

## UNOPPOSED JOINT MOTION FOR 60-DAY EXTENSION OF TIME FOR ALL FEDERAL RULE 15 AND REPLY DEADLINES

**COME NOW** Petitioners, Mark Issac Snarr (No. 1:13-CV-724) and Edgar Baltazar Garcia (No. 1:13-CV-723), by and through their undersigned counsel, and submit unopposed motions for a 60-day extension of all deadlines pursuant to any federal statute, rule of court, and briefing schedule due to the substantial and extensive impact of the global pandemic caused by COVID-19 on their ability to properly and meaningfully prepare to meet these deadlines.

1. Counsel has conferred with counsel for the Government and has been approved to represent that the Government does not oppose these motions. The Government's position is consistent with accepted practice nationally in response to persistent restrictions that have been imposed due to the pandemic.

2. Currently, the deadline for Mr. Snarr and Mr. Garcia to amend their § 2255 pleadings pursuant to Federal Rule of Civil Procedure 15 is on or before September 20, 2021. ECF No. 100. The requested extension would move this deadline to on or before November 19, 2021. Their current deadline to file a reply to the Government's response to the § 2255 motion

1

is November 1, 2021. ECF No. 100. The requested extension would move this deadline to on or before December 30, 2021. Under current provisions, which Mr. Snarr and Mr. Garcia agree would continue to apply, granting the requested extension would not affect or waive the Government's right to object to any amendment(s) raised by Mr. Snarr and/or Mr. Garcia in a Rule 15 pleading. ECF No. 100.

3.      When the Government filed its Answers to Petitioners' initial motions for relief, it triggered time periods within which Mr. Garcia and Mr. Snarr are to file Rule 15(a)[1] amended pleadings and replies to the Answers.[2] Around that time, however, the effects of the global pandemic surged and substantially disabled counsel from conducting necessary and significant work on these pleadings. For well over a year, conditions and restrictions dramatically limited counsel's abilities to adequately prepare the pleadings. As vaccination rates increased, restrictions were relaxed between late May and early July, 2021. But the resurgence of the "Delta variant" virus in the past few months have substantially renewed restrictions on typical modes of travel and in-person visits.

4.      In the past couple months, an outbreak of a highly contagious and aggressive variant strain of SARS-CoV-2 known as "Delta" has caused significant increases in hospitalizations and deaths due to the virus. To address the dramatic increase in infection rates stemming from the Delta variant, on July 27, 2021, the Centers for Disease Control and

---

[1] Federal Rule of Civil Procedure 15(a) ("A party may amend its pleading once as a matter of course within . . . 21 days after service of a responsive pleading"); *United States v. Zosimo Reyes Saenz*, 282 F.3d 354, 356 (5th Cir. 2002) (Rule 15 applies in § 2255 proceedings).

[2] *See* Garcia v. United States, 1:13-cv-723, ECF No. 105; Snarr v. United States, 1:13-cv-724, ECF No. 80.

Prevention (hereafter CDC) issued guidance adding recommendations that fully vaccinated individuals wear masks in public indoor settings in areas of substantial or high transmission; consider masking regardless of local level of transmission if they or someone in their household is immunocompromised, at risk of severe disease, or not fully vaccinated; and be tested within 3–5 days of close contact with someone with a confirmed or suspected case of COVID-19, masking for 14 days or until they receive a negative test result.[3]

5.      As of August 6, 2021, approximately 606,000 Americans have died from complications related to COVID-19.[4] To put this into perspective, the number of deaths is about equal to the number of Americans who died of cancer in 2019. Yet, this number only represents deaths which have identified COVID-19 as the primary cause on a death certificate. A more accurate estimate of the loss of life in the United States related to the virus is 672,000, which includes those reported on death certificates and deaths for which COVID-19 contributed.[5] Indeed, COVID-19 was the third leading cause of death in the United States behind only cancer and heart disease in 2020, and the number one cause of death in early 2021.[6]

---

[3] Interim Public Health Recommendations for Fully Vaccinated People, CENTERS FOR DISEASE CONTROL AND PREVENTION, July 28, 2021, https://www.cdc.gov/coronavirus/2019-ncov/vaccines/fully-vaccinated-guidance.html.

[4] COVID-19 Mortality Overview, CENTERS FOR DISEASE CONTROL AND PREVENTION, Apr. 23, 2021, https://www.cdc.gov/nchs/covid19/mortality-overview.html.

[5] *Id.*

[6] Cynthia Cox and Krutika Amin, COVID-19 is the number one cause of death in the U.S. in early 2021, PETERSONKFF HEALTH SYSTEM TRACKER, Feb. 22, 2021, https://www.healthsystemtracker.org/brief/covid-19-is-the-numberone-cause-of-death-in-the-u-s-in-early-2021/

6. The vulnerability of the unvaccinated, coupled with the highly contagious Delta variant, has resulted in the United States averaging more than seven times as many cases a day in the start of August as occurred on average at the start of July. In fact, the United States is seeing more than 100,000 new cases of infection a day, a rate that has not been experienced since February 2021.[7] Outbreaks of new infections in some southern states, where a far lower percent of the populations are vaccinated in comparison to the Northeast or West, are rivaling the numbers of new infections that occurred before a vaccine was made available.[8]

7. In Louisiana, the state currently with the third highest per capita case rate, and one of the lowest overall population vaccination rates, and where Mr. Garcia's counsel Ms. Lehmann resides, hospitals report more COVID-19 patients than ever before.[9] On August 6, 2021, the Virginia Department of Health announced "a significant increase in the Delta variant throughout the Commonwealth," where Mr. Snarr's counsel Mr. Lee lives, and noted that 80% of the surge of infections in early July were the result of the Delta variant.[10] On August 20, 2021, Virginia's largest school district announced that it was adding a requirement that all

---

[7] Coronavirus in the U.S.: latest map and case count, N.Y. TIMES, Aug. 8, 2021, https://www.nytimes.com/interactive/2021/us/covid-cases.html.

[8] *Id.*

[9] Emily Kask, Vaccinations rise in Louisiana as the Delta variant makes cases surge, N.Y. TIMES, Aug. 5, 2021, https://www.nytimes.com/live/2021/08/05/world/covid-delta-variant-vaccine?name=stylncoronavirus&region=TOP_BANNER&block=storyline_menu_recirc&action=click&pgtype=Article&variant=1_Sh ow&is_new=false#vaccinations-rise-in-louisiana-as-the-delta-variant-makes-cases-surge.

[10] *See* Logan Anderson, Virginia Department of Health Announces Significant Increases in Delta Variant in Virginia, Aug. 6, 2021, https://www.vdh.virginia.gov/news/2021-news-releases/virginia-department-of-health-announces-significant-increases-in-delta-variant-in-virginia/.

employees be vaccinated or submit to frequent testing for the virus to other restrictions in place for employees and students.[11]  In Dallas, where Mr. Garcia's counsel Mr. Hawkins resides, the county returned the COVID-19 infections warning back to its highest possible level.[12]  On August 4, 2021, the Texas Department of State Health Services requested the federal Emergency Management Agency provide five mortuary trailers in anticipation of spikes in deaths due to the surging coronavirus infections in the state.[13]  More Texas hospital are reporting shortages of intensive-care-unit beds that at any other time since the COVID-19 pandemic hit the state 18 months ago.[14]  In San Diego, home of Mr. Snarr's counsel Ms. Nester, "COVID-19 hospitalizations are steadily rising," including spikes in "breakthrough cases" and in cases where younger people are infected.[15]  The local BOP facility (Metropolitan Correctional Center) is currently experiencing an outbreak of COVID, with over 90 positive cases identified in the past ten days, causing Ms. Nester to suspend all jail visits to the facility.

---

[11] Hannah Natason, Virginia's largest school district says employees must get a coronavirus vaccine or be tested, Aug. 20, 2021, https://www.washingtonpost.com/nation/2021/08/20/covid-delta-variant-live-updates/#link-BQWXLRCCLNBIDG6ZHUU2X6UBGE.

[12] Staff, Dallas County raises COVID-19 threat level back to red as delta variant spreads, Aug. 4, 202, 1https://www.fox4news.com/news/dallas-county-raises-covid-19-threat-level-back-to-red-as-delta-variant-spreads.

[13] Paulina Firozi and Adela Suliman, Texas requests five mortuary trailers from FEM, bracing for more covid-19 deaths, Aug. 17, 2021, https://www.washingtonpost.com/nation/2021/08/17/texas-mortuary-trailers-covid-surge/

[14] Karen Brooks and Carla Astudillo, The new Texas COVID-19 surge could be worse than anything the state has seem yet, Aug. 17, 2021, https://www.texastribune.org/2021/08/17/texas-covid-19-cases-hospitalizations/.

[15] Harrison Patino and Jade Hindmon, San Diego Seeing Steady Rise In COVID Hospitalizations, Aug. 5, 2021, https://www.kpbs.org/news/2021/aug/05/san-diego-seeing-steady-rise-covid-hospitalization/.

8. Doctors report that the Delta variant appears to be spreading quicker in previously less vulnerable age groups such as those in their 20s and 30s. COVID-19 also is spreading quickly to those who remain unvaccinated. A sizable portion of the U.S. population is unable to choose to be vaccinated because no such protection is available. For instance, children under the age of 12 have no option but to remain unprotected. The American Academy of Pediatrics reported that as of July 29, almost 4.2 million children have tested positive for the virus since the pandemic began, nearly 72,000 of them in the preceding week. To put that number in perspective, that is almost twice as many as the 39,000 infections from the previous week.[16] Indeed, children's hospitals were preparing to be full of COVID-19 patients in some parts of the country by mid-August.[17]

9. While those who are unvaccinated remain at greatest risk for severe illness and death[18], breakthrough infections are occurring in vaccinated populations[19]. Equally troubling is

---

[16] Jorge Ortiz and Ryan Miller, Hospitals filling with unvaccinated patients in COVID hot spots; California mandates vaccines for healthcare workers: COVID 19 updates, USA TODAY, Aug. 5, 2021, https://www.usatoday.com/story/news/health/2021/08/05/covid-vaccines-pandemic-delta-lambdavariants/5493578001/

[17] Natalie Allison and Brett Kelman, 'All of them': Tennessee health chief says children's hospitals will fill up as the delta variant surges, TENNESSEAN, Aug. 5, 2021, https://www.tennessean.com/stpry/news/politics/2021/08/05/tennessee-health-chief-says-childrens-hospitals-could-full-next-week-delta-covid/5499631001/.

[18] Michael Barbaro, A New Chapter for the Coronavirus, THE DAILY, Aug. 2, 2021, https://www.nytimes.com/2021/08/02/podcasts/the-daily/breakthrough-infections-deltavariant.html?showTranscript=1 (a recently released report noted that 1% is about 1.5 million people— enough for most of us to know someone).

[19] Charlene Rhinehart, Fully Vaccinated Mississippi Sheriff Found Dead In His Home After Positive COVID-19 Test, BLACK ENTERPRISE, Aug. 7, 2021, https://www.blackenterprise.com/fully-vaccinated-mississippi-sherifffound-dead-in-his-

that many of those who are infected and vaccinated remain asymptomatic but are still able to pass on the virus. For these individuals, they are contagious and unaware that they can spread the illness.

10.     Due to the rapidly evolving danger from the Delta variant, organizations including the federal government and many state governments have over the past several weeks been pressing ahead for more aggressive rules around vaccinations, masking, and social distancing.[20] With these restrictions in place, it will take several months before the benefits of these efforts take effect. On August 20, 2021, the U.S. Department of Homeland Security announced that it would extend restrictions on "nonessential travel" between the United States and Canada and Mexico, a sharp about face from a more relaxed approach to travel set out just a few weeks earlier.[21]

12.     As disclosed previously to this Court, two of the four attorneys appointed to Mr. Snarr and Mr. Garcia appear to have been infected with the virus at least once, and one required hospitalization. Two attorneys continue to be almost entirely occupied managing large federal defender offices, and have been assigned additional responsibilities to assist the federal courts in addressing the broader impact of the pandemic on the federal criminal justice system. Two attorneys are considered at "high risk" for becoming infected by the virus by the CDC. Two

---

home-after-positive-covid-19-test/.

[20] Dan Diamond, 'A tipping point'" Government officials, health groups move to require coronavirus vaccines for workers, WASHINGTON POST, July 26, 2021, https://www.washingtonpost.com/health/2021/07/26/mandatoryvaccinations-urged-health-workers/.

[21] Lateshia Beachum, U.S. extends nonessential-travel restrictions with Canada until Sept. 21, Aug. 20, 2021, https://www.washingtonpost.com/nation/2021/08/20/covid-delta-variant-live-updates/#link-BQWXLRCCLNBIDG6ZHUU2X6UBGE.

attorneys work exclusively on cases of death-sentenced or capitally-charged clients in addition to Mr. Snarr and Mr. Garcia. During the brief period between late May and mid-July when restrictions were relaxed slightly, Mr. Lee had a client who had an execution date set for June 25, 2021, and another with a two-week evidentiary hearing scheduled under strict restrictions, as well as a string of family medical issues previously described to the Court. In addition to her significant capital case docket of trial, appellate and post-conviction cases, Ms. Lehmann has three school-aged children. Her seven-year-old has recently been quarantined due to a close contact at school, and Ms. Lehmann is therefore currently running this child's home/virtual schooling as well as attempting to work from home. The child's current quarantine extends two weeks into the future, but given the number of New Orleans public school system students and faculty currently testing positive and quarantining, she expects this quarantine to be only the first of multiple.[22] Particularly worrying, the Delta variant appears to be afflicting children more aggressively than the preceding strains. Children's Hospital in New Orleans has not had any open ICU beds since early in July and reports that half of the children hospitalized with COVID have no prior or underlying health problems.[23] The risk to Ms. Lehmann's unvaccinated seven-year-old child is, in many ways, higher now that it has been at any point in

---

[22] Charles Lussier, COVID in Louisiana Schools: As students return to campuses, infection rates are worse than ever, The Advocate, August 16, 2021, https://www.theadvocate.com/baton_rouge/news/coronavirus/article_88df9674-fb80-11eb-b4fb-93a296642845.html; *see also* NOLA Public Schools Covid Case Tracker, at https://www.nolapublicschools.com/covidtracker.

[23] Carlie Wells, Feds send doctors, nurses to Children's Hospital New Orleans to help amid COVID surge. The Advocate August 12, 2021, https://www.nola.com/news/coronavirus/article_2422e186-fb90-11eb-98fe-33d43641f2d5.html

the pandemic and, this further constrains her activities and the level of risk she can undertake.

13.     Ms. Nester and Mr. Hawkins continued to be occupied with their supervisory and management duties as, respectively, the Executive Director of the Federal Defenders of San Diego, Inc., and the Federal Public Defender for the Northern District of Texas. Each has assumed added responsibilities for providing court services in response to ongoing developments in the COVID-19 crisis.

14.     In addition, despite efforts to do so, counsel still have been unable to arrange adequate legal visits with Mr. Garcia and Mr. Snarr under advisory guidelines and policy. Counsel have not been able to schedule visits of sufficient length at times, and that provide access to clients to effectively and confidentially review materials and information relevant to pending pleadings. Travel to USP Terre Haute by counsel would require at a minimum exposures on at least two flights from two corresponding airports, through the use of rental vehicles, and during overnight stays at hotels. After recent consultation with medical experts, Ms. Lehmann's office and Mr. Lee's office have imposed temporary prohibitions on case-related travel by staff. Undersigned counsel cannot complete and file the Amended § 2255 motions and replies without direct, ongoing, and confidential consultations with their clients.

15.     Because of the ongoing and increasing dangers and restrictions posed by the COVID-19 virus, the two legal teams for Mr. Garcia and Mr. Snarr are limited in their ability to safely send staff, including counsel, investigators, or mitigation specialists, into the field to conduct interviews with witnesses necessary for the upcoming filings. Many of the witness in these cases are, like Mr. Garcia and Mr. Snarr, in the custody of the BOP. Institutional restrictions and medical guidelines designed to ensure the health and safety of those at the

facilities, as well as visitors, have restricted direct, confidential contact with these witnesses.

16. Extension of the deadlines established by Rule 15 and the current scheduling orders is requested for an additional 60 days in order for the parties to attempt to overcome current circumstances imposed by the coronavirus pandemic and have a meaningful opportunity to adequately complete, and safely and effectively perform, duties required in their representation in these death penalty cases.

17. In light of the heightened concern for procedural fairness and adequate scrutiny of any legal claims in capital cases, *Caldwell v. Mississippi*, 472 U.S. 320, 323, 341 (1985); *Monge v. California*, 524 U.S. 721, 732 (1998), the need to suspend the current deadlines is all the more pressing. The interests of the Government will not be adversely impacted by tolling these proceedings in this crisis; in fact, the Government does not oppose the request and granting the request is consistent with orders and recommendations of federal and state government and public health authorities faced with similar difficult circumstances.

18. The requested extension also will facilitate Mr. Snarr's and Mr. Garcia's ongoing efforts to obtain documents and other information relevant to their claims, to which they are entitled, and will not impair the ability of the Government to respond to these claims nor the Court's ability to fairly address them.[24] Mr. Snarr and Mr. Garcia acknowledge that the

---

[24] As described in previous motions, *see, e.g.*, ECF No. 95, Mr. Snarr and Mr. Garcia have been working jointly in aspects of the case that impact both petitioners, including efforts to obtain documentary evidence and information from federal agencies, including the Bureau of Prisons and Federal Bureau of Investigation, pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. Some of Mr. Snarr's and Mr. Garcia's requests, even though progressing through the review process, have been pending for years and counsel are in the midst of conferences with the Government concerning the production of this information. Responses from various federal agencies have indicated that measures related to the pandemic are further delaying responses and the provision of some information. The Government previously has specified

Court advised this would be the last extension of the deadline for filing Amended Motions absent extraordinary circumstances.

WHEREFORE, Mr. Snarr and Mr. Garcia ask this Court to enter the unopposed order suspending and tolling current deadlines for all purposes, including deadlines set out by Rule 15, for an additional 60 days.

Respectfully Submitted,

| | |
|---|---|
| */s/ Christine Lehmann*<br>Christine Lehmann<br>Louisiana Capital Assistance Center<br>636 Baronne Street<br>New Orleans, LA 70113<br>(504) 558-9867<br>(504) 558-0378 (fax)<br>Louisiana Bar #28122<br>*Counsel for Mr. Garcia*<br><br>/s/ *Jason D. Hawkins*<br>Jason D. Hawkins<br>Federal Public Defender<br>Northern District of Texas<br>525 South Griffin Street, Suite 629<br>Dallas, Texas 75202<br>(214) 767-2746<br>(214) 767-2886 (fax)<br>Texas Bar No. 00795763<br>*Counsel for Mr. Garcia* | */s/ Robert Lee*<br>Robert Lee<br>2421 Ivy Road, Suite 301<br>Charlottesville, Virginia 22903<br>(434) 817-2970<br>(434) 817-2972 (fax)<br>roblee@vcrrc.org<br>*Counsel for Mr. Snarr*<br><br>/s/ *Kathryn N. Nester*<br>Kathryn N. Nester<br>Federal Defenders of San Diego, Inc.<br>225 Broadway, Suite 900<br>San Diego, CA   92101<br>(619) 234-8467<br>(619) 687-2666 (fax)<br>Kathy_Nester@fd.org<br>*Counsel for Mr. Snarr* |

---

that, although it does not oppose the requested extension due to restrictions and limitations imposed by the coronavirus pandemic, this support does not include an agreement to an extension of time required to resolve FOIA requests and any related proceedings.

**CERTIFICATE OF SERVICE**

This is to certify that, on this August 26, 2021, the above Motion was filed with the Court via the ECF electronic filing system. Counsel for the Government was served with a copy of this document through ECF.

*/s/ Kathryn Nester/Robert Lee*_____
*Counsel for Mr. Snarr*


*/s/ Christine Lehmann*_____
*Counsel for Mr. Garcia*


**CERTIFICATE OF CONFERENCE**

This is to certify that, prior to filing the above submission with the Court, counsel conferred with counsel for the government regarding this submission in compliance with Local Rule CV-7(h); based on restrictions and limitations due to the coronavirus pandemic, the Government does not oppose this Motion.

*/s/ Kathryn Nester/Robert Lee*_____
*Counsel for Mr. Snarr*

*/s/ Christine Lehmann*_____
*Counsel for Mr. Garcia*