IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| MARK ISAAC SNARR, #11093-081 | § | |
| VS. | § | CIVIL ACTION NO. 1:13cv724 |
| | | CRIM. NO. 1:09-CR-00015(1) |
| UNITED STATES OF AMERICA | § | |

O R D E R

Before the Court is Movant Snarr's Unopposed Joint Motion for a 90-Day Extension of Time for all Federal Rule 15 and Reply Deadlines.   (Docket No. 102).   Previously, the Court has granted numerous extensions of time for Snarr to file a reply to the Government's response to the § 2255 motion and to file his amended § 2255 pleadings pursuant to Fed. R. Civ. P. 15.   (Docket Nos. 92, 94, 96, 98, 100).

In his motion for extension of time, Snarr cites to the on-going COVID–19 pandemic and its impact on his attorneys' ability to perform their respective duties regarding investigation, mitigation, and consultation with their client.   Snarr's motion for an extension of time is unopposed.   The Court will grant the motion.   Accordingly, it is

**ORDERED** that Movant Snarr's unopposed motion (Docket No. 102) is **GRANTED**.   It is further

**ORDERED** that the deadline for Snarr to file a reply to the Government's response to the § 2255 motion is on or before December 30, 2021.   It is further

**ORDERED** that Snarr's deadline to amend his § 2255 pleadings pursuant to Fed. R. Civ. P. 15 is on or before November 19, 2021.   It is

**ORDERED** that no further extensions of time will be granted to file an amended § 2255 petition or to file a reply to the Government's response to the pending § 2255 motion absent extraordinary circumstances. It is finally

**ORDERED** that this Order does not affect or waive the Government's right to object to any amendment(s) raised by Snarr in a Rule 15 pleading.

SIGNED this 7th day of September, 2021.

_____

Zack Hawthorn
United States Magistrate Judge

2