# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION


## REFERRALORDER


Pursuant to 28 U.S.C. 636 and Local Rule CV-72, the undersigned hereby **REFERS** the

cases set forth below to U.S. Magistrate Judge Christine L. Stetson for all pretrial proceedings.

| | |
|---|---|
| 1:13-cv-00723-MAC-KFG | **Garcia v. USA** |
| 1:13-cv-00724-MAC-KFG | **Snarr v. USA** |
| 1:15-cv-00139-MAC-KFG | **Milton v. U S Dept of Justice, et al** |
| 1:16-cv-00129-MAC-KFG | **Ford v. Sam, et al** |
| 1:17-cv-00239-MAC-KFG | **Calton v. Patel, et al** |
| 1:17-cv-00291-MAC-KFG | **Granger v. Director TDCJ-CID** |
| 1:17-cv-00378-MAC-KFG | **Mobley v. Martinez, et al** |
| 1:18-cv-00316-MAC-KFG | **Cook v. J C Penney Corp Inc, et al** |
| 1:18-cv-00475-MAC-KFG | **Muhammad v. Spears, et al** |
| 1:18-cv-00595-MAC-KFG | **Bush v. Watson, et al** |
| 1:18-cv-00615-MAC-KFG | **Smith v. United States of America, et al** |
| 1:18-cv-00624-MAC-KFG | **Thomas v. Abayomi, et al** |
| 1:18-cv-00635-MAC-KFG | **Smith v. United States of America, et al** |
| 1:19-cv-00015-MAC-KFG | **Hill v. Director, TDCJ-CID** |
| 1:19-cv-00106-MAC-KFG | **Woodward v. Davis** |
| 1:19-cv-00107-MAC-KFG | **Stanton v. Woodard, et al** |
| 1:19-cv-00123-MAC-KFG | **Richard v. Kelly, et al** |

| | |
|---|---|
| 1:19-cv-00158-MAC-KFG | **Motton v. Bureau of Prisons, et al** |
| 1:19-cv-00215-MAC-KFG | **Keller v. Warden FCC Beaumont Low** |
| 1:19-cv-00218-MAC-KFG | **Smith v. FCI Beaumont Medium, et al** |
| 1:19-cv-00299-MAC-KFG | **Esthay v. Davis, et al** |
| 1:19-cv-00308-MAC-KFG | **Tyler v. Director, TDCJ-CID** |
| 1:19-cv-00336-MAC-KFG | **Vonfalkenhorst et al v. GEO Group Inc, et al** |
| 1:19-cv-00394-MAC-KFG | **Young v. Director, TDCJ-CID** |
| 1:19-cv-00432-MAC-KFG | **Lynch v. Horn, et al** |
| 1:19-cv-00447-MAC-KFG | **Cook et al v. Ocean Harbor Casualty Insurance Company** |
| 1:19-cv-00454-MAC-KFG | **Martin v. USA** |
| 1:19-cv-00474-MAC-KFG | **Hollerbach v. Mills, et al** |
| 1:19-cv-00550-MAC-KFG | **Garrison v. Director, TDCJ-CID** |
| 1:19-cv-00622-MAC-KFG | **Lampley v. USA** |
| 1:20-cv-00048-MAC-KFG | **Hester v. Human Services of Southeast Texas Inc, et al** |
| 1:20-cv-00103-MAC-KFG | **Burnell v. Liberty Police Department, et al** |
| 1:20-cv-00129-MAC-KFG | **Krist v. United States of America, et al** |
| 1:20-cv-00175-MAC-KFG | **Alred v. USA** |
| 1:20-cv-00183-MAC-KFG | **Gassew v. USP Beaumont, et al** |
| 1:20-cv-00226-MAC-KFG | **Westerby v. Paton, et al** |
| 1:20-cv-00273-MAC-KFG | **Kirks v. Burbank, et al** |
| 1:20-cv-00289-MAC-KFG | **Bell v. USP Beaumont** |
| 1:20-cv-00357-MAC-KFG | **Alvarez v. TDCJ-CID** |

| | |
|---|---|
| 1:20-cv-00379-MAC-KFG | **Barry, Jr. v. Amerigas** |
| 1:20-cv-00380-MAC-KFG | **Bell, Jr. v. USA** |
| 1:20-cv-00384-MAC-KFG | **Niggeler v. Ramos** |
| 1:20-cv-00407-MAC-KFG | **Phillips v. USA** |
| 1:20-cv-00426-MAC-KFG | **Foshee v. Bay Correctional & Rehab Facility** |
| 1:20-cv-00433-MAC-KFG | **McCoy Sr. v. Sorrells, et al** |
| 1:20-cv-00444-MAC-KFG | **Parker v. United States of America** |
| 1:20-cv-00475-MAC-KFG | **Herring v. Warden, FCI Beaumont Low** |
| 1:20-cv-00511-MAC-KFG | **Baisden v. Commissioner of Social Security Administration** |
| 1:20-cv-00512-MAC-KFG | **Brown v. Davis** |
| 1:20-cv-00536-MAC-KFG | **Vanous v. TDCJ-CID Officers, et al** |
| 1:21-cv-00007-MAC-KFG | **Lyden v. Warden, FCI Beaumont Low** |
| 1:21-cv-00014-MAC-KFG | **McGowen v. Director, TDCJ-CID** |
| 1:21-cv-00022-MAC-KFG | **Simien v. USA** |
| 1:21-cv-00055-MAC-KFG | **Cooper v. Social Security Administration** |
| 1:21-cv-00057-MAC-KFG | **Glenn v. USA** |
| 1:21-cv-00093-MAC-KFG | **Walton v. Davis, et al** |
| 1:21-cv-00110-MAC-KFG | **Batz v. Child Protective Services, et al** |
| 1:21-cv-00128-MAC-KFG | **Petersen et al v. Allstate Vehicle and Property Insurance Company** |
| 1:21-cv-00137-MAC-KFG | **Savage v. Trisura Specialty Insurance Company** |
| 1:21-cv-00182-MAC-KFG | **Wheeler v. State Farm Lloyds** |
| 1:21-cv-00188-MAC-KFG | **Cole v. Sheriff, Jefferson County** |

| | |
|---|---|
| 1:21-cv-00189-MAC-KFG | **Ford et al v. Allstate Texas Lloyds** |
| 1:21-cv-00192-MAC-KFG | **McCoy v. Keal, et al** |
| 1:21-cv-00209-MAC-KFG | **Jones v. Allstate Vehicle and Property Insurance Company** |
| 1:21-cv-00230-MAC-KFG | **Wilkinson v. USA** |
| 1:21-cv-00233-MAC-KFG | **Stewart et al v. Swyfft Insurance Company** |
| 1:21-cv-00238-MAC-KFG | **Hinojosa v. Warden, FCC Beaumont Low** |
| 1:21-cv-00272-MAC-KFG | **Watson v. Collier, et al** |
| 1:21-cv-00281-MAC-KFG | **McCoy v. Boyce** |
| 1:21-cv-00283-MAC-KFG | **Saucedo-Meza v. USA** |
| 1:21-cv-00288-MAC-KFG | **Broussard v. Port Arthur Pipeline, et al** |
| 1:21-cv-00289-MAC-KFG | **Pacheco-Morales v. Collier, et al** |
| 1:21-cv-00331-MAC-KFG | **Baragas v. Commissioner of Social Security** |
| 1:21-cv-00335-MAC-KFG | **Godfrey v. Warden, FCI Beaumont Low** |
| 1:21-cv-00340-MAC-KFG | **Turner v. Collier, et al** |
| 1:21-cv-00360-MAC-KFG | **Hardman v. Director, TDCJ-CID** |
| 1:21-cv-00381-MAC-KFG | **Cooper v. Brown, et al** |
| 1:21-cv-00382-MAC-KFG | **Rivera v. Smith** |
| 1:21-cv-00385-MAC-KFG | **Gulley v. USA** |
| 1:21-cv-00393-MAC-KFG | **Watkins v. Inmate Trust Fund & Prison Mail** |
| 1:21-cv-00410-MAC-KFG | **Broussard v. State Farm Lloyds, et al** |
| 1:21-cv-00411-MAC-KFG | **Parrott v. Donahue, et al** |
| 1:21-cv-00428-MAC-KFG | **Brown v. Norsworthy, et al** |

| | |
|---|---|
| 1:21-cv-00443-MAC-KFG | **Sangster v. Wallace** |
| 1:21-cv-00447-MAC-KFG | **Bey v. Sheriff, Jefferson County** |
| 1:21-cv-00459-MAC-KFG | **Peeples v. Federal Bureau of Prisons** |

## Signed  this date

**Sep 14, 2021**

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE