UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| MARK ISSAC SNARR, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:13-CV-724 |
| | ) | CRIMINAL NO. 1:09-CR-15 |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

**UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

**I. Motion to Exceed the Page Limit**

**COMES NOW** Mark Issac Snarr, through his undersigned counsel, and respectfully moves the Court for leave to exceed the 100-page limit established by Local Rule CV-3 for motions filed pursuant to 28 U.S.C. § 2255 and authorize him to file an amended motion exceeding this limit.

**II. Memorandum**

On February 20, 2015, Mark Issac Snarr submitted to this Court an unopposed Motion to Exceed the Page Limit for his Initial Motion for Collateral Relief Pursuant to 28 U.S.C. § 2255. ECF No. 22 (incorporated by reference herein). In support of that Motion to Exceed the Page Limit, Snarr pointed to the length of the record in this case, the extensive post-conviction evidence, the number of claims for relief asserted, the numerous witnesses involved and fact-intensive nature of the claims, the pleading requirements under the rules governing 28 U.S.C. § 2255, and the advantage to the Court of having support for claims well presented in the motion. On February 26, 2015, this Court granted that motion. ECF No. 31. The government similarly moved for leave to exceed the page limit for its response to Snarr's initial Motion, ECF No. 81, and the Court granted that motion as well, ECF No. 82. Similar motions were made and granted in the case of Snarr's

co-defendant, Edgar Garcia. *See, e.g.*, *Garcia v. United States*, 1:13-cv-723 (E.D. Tex.), ECF Nos. 32, 45, 110, 112.

On November 19, 2021, Snarr will file an Amended Motion as a matter of course pursuant to Federal Rule of Civil Procedure 15, superseding his initial Motion. Like his initial Motion, this Amended Motion is based on extensive evidence uncovered during post-conviction investigation, and will include a large number of claims, many of which are fact-intensive. Of course, the length of the trial record and the pleading requirements of factual specificity remain the same. Therefore, consistent with this Court's previous orders, and for the reasons previously considered by this Court, Snarr requests leave to exceed the 100-page limit for his Amended Motion.

**III. Conclusion**

For the foregoing reasons, Snarr respectfully requests that the Court grant his motion for leave to exceed the 100-page limit and authorize him to file an over-length amended motion.

DATED this 19th day of November, 2021.

RESPECTFULLY SUBMITTED,

___/s/_ Robert Lee_____
Robert Lee
2421 Ivy Road, Suite 301
Charlottesville, Virginia 22903
(434) 817-2970
roblee@vcrrc.org

Kathryn N. Nester
Attorney at Law
50 W. Broadway, Ste. 300
Salt Lake City, UT  84101
(801) 535-4375
kathy_nester@yahoo.com

## CERTIFICATE OF SERVICE

This is to certify that, on this November XX, 2021, the above Motion was filed with the Court via the ECF electronic filing system. Counsel for the Government was served with a copy of this document through ECF.

_____/s/ *Robert Lee*_____

## CERTIFICATE OF CONFERENCE

This is to certify that, prior to filing the above submission with the Court, counsel conferred with counsel for the government regarding this submission in compliance with Local Rule CV-7(h), and they have no opposition to this motion.

_____/s/ *Robert Lee*_____