UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

MARK ISSAC SNARR,              )
      Petitioner,              )
                               )
v.                             )     CASE NO. 1:13-CV-724
                               )     CRIMINAL NO. 1:09-CR-15
UNITED STATES OF AMERICA,      )
      Respondent.             )
                               )

**ORDER**

Pending before the Court is Movant Snarr's unopposed Motion to Exceed the Page Limit (ECF No. ___). Snarr seeks to exceed the page limit for his upcoming 28 U.S.C. § 2255 Amended Motion for Collateral Relief. In light of the complexity of this case, this Court has previously permitted both Snarr and the government to file pleadings exceeding the page limit in Local Rule CV-3. *See* ECF Nos. 31, 82. The reasoning previously considered by this Court applies with equal force to Snarr's Amended Motion.

Snarr asserts that the government has expressed no opposition to the motion. The motion is reasonable. It is therefore

**ORDERED** that Snarr's unopposed Motion to Exceed the Page Limit (ECF No. ___) when filing his Amended Motion for Collateral Relief Pursuant to 28 U.S.C. § 2255 is **GRANTED**.

**SIGNED** this ___ day of November, 2021.