UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

MARK ISSAC SNARR,          )
      Petitioner,          )
                )
      v.          )          CASE NO. 1:13-CV-724
                )          CRIMINAL NO. 1:09-CR-15
UNITED STATES OF AMERICA,          )
      Respondent.          )

## UNOPPOSED MOTION TO SEAL AMENDED MOTION
## FOR COLLATERAL RELIEF PURSUANT TO 28 U.S.C. § 2255

### I. Motion to Seal

**COMES NOW** Mark Issac Snarr, through his undersigned counsel, and respectfully moves the Court pursuant to Local Rule CV-5(a)(7) to enter an Order directing the District Clerk to file Snarr's Amended Motion for Collateral Relief Pursuant to 28 U.S.C. § 2255, including all supporting exhibits and declarations in an Appendix, under seal. The government, through Assistant United States Attorney Traci Kenner, has stated that it does not oppose this motion.

### II. Memorandum

On February 20, 2015, Mark Issac Snarr submitted to this Court an unopposed motion to file under seal his initial Motion for Collateral Relief Pursuant to 28 U.S.C. § 2255. ECF No. 21 (incorporated by reference herein). Claims and allegations in the initial Motion included reference to confidential personal information and documents, which implied certain security concerns. *Id.* On February 26, 2015, this Court granted the motion, directing that the entire initial Motion and all accompanying Appendix materials be filed under seal and restricted from public access. ECF No. 31. The Court also later granted Snarr's motion for leave to file his Supplement to the initial Motion for Collateral Relief under seal, ECF No. 67, and the government filed its Response to Snarr's § 2255 Motion under seal, ECF No. 83. A similar course was followed in the case of

Snarr's co-defendant, Edgar Garcia, *see, e.g.*, *Garcia v. United States*, 1:13-cv-723 (E.D. Tex.). A motion to seal was made and granted, ECF Nos. 29, 30, and Garcia's initial § 2255 Motion and Exhibits, ECF Nos. 31, 33–43, and the government Response, ECF No. 114, were filed under seal.

On November 19, 2021, Mark Issac Snarr will file an Amended Motion as a matter of course pursuant to Federal Rule of Civil Procedure 15, superseding his Initial Motion. Consistent with this Court's prior orders, and for the reasons previously considered by this Court, the Amended Motion should also be filed under seal. The substance of claims in the Amended Motion, like that of the claims in the initial Motion, references exhibits filed in support of the motion that must be sealed from public access because they contain confidential private information. There is substantial concern that information referred to in the Amended Motion could be used for an improper purpose that could harm witnesses and other persons involved in this case, including Snarr. For these reasons, Snarr asks the Court to direct the Clerk to file the Amended Motion for Relief Pursuant to 28 U.S.C. § 2255 under seal and restricted from public access.

## III. Conclusion

For the foregoing reasons, Snarr respectfully requests that this Court enter the attached proposed Order directing the District Clerk to file Snarr's Amended Motion for Relief Pursuant to 28 U.S.C. § 2255, including supporting exhibits, under seal.

DATED this 19th day of November, 2021.

RESPECTFULLY SUBMITTED,

    /s/ Robert Lee_____
Robert Lee
2421 Ivy Road, Suite 301
Charlottesville, Virginia 22903
(434) 817-2970
roblee@vcrrc.org

Kathryn N. Nester

Attorney at Law
50 W. Broadway, Ste. 300
Salt Lake City, UT 84101
(801) 535-4375
kathy_nester@yahoo.com

## CERTIFICATE OF SERVICE

This is to certify that, on November 19, 2021, the above Motion was filed with the Court via the ECF electronic filing system. Counsel for the government was served with a copy of this document through ECF.



_____/s/ *Robert Lee*_____

## CERTIFICATE OF CONFERENCE

This is to certify that, prior to filing the above submission with the Court, counsel conferred with counsel for the government regarding this submission in compliance with Local Rule CV-7(h), and they have no opposition to this motion.

_____/s/ *Robert Lee*_____