UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

MARK ISSAC SNARR,             )
        Petitioner,           )
                              )
        v.                    )       CASE NO. 1:13-CV-724
                              )       CRIMINAL NO. 1:09-CR-15
UNITED STATES OF AMERICA,     )
        Respondent.           )

**ORDER**

Pending before the Court is Movant Snarr's unopposed Motion to Seal his Amended

Motion for Collateral Relief Pursuant to 28 U.S.C. § 2255 (ECF No. ___). Snarr seeks to seal his

upcoming 28 U.S.C. § 2255 Amended Motion for Collateral Relief, including all supporting

exhibits and declarations in the Appendix attached to his Amended Motion. This Court

previously ordered that Snarr's initial Motion, ECF No. 23, be filed under seal because "many of

his exhibits, along with the discussion of the exhibits in the § 2255 motion, include confidential

information," ECF No. 31 at 1. Snarr has indicated that the same confidentiality issues apply to

the Amended Motion and its attachments.

Snarr asserts that the government has expressed no opposition to the motion. The motion

is reasonable. It is therefore

**ORDERED** that Snarr's unopposed Motion to Seal (ECF No. ___) is **GRANTED**. The

Clerk of the Court shall file and maintain Snarr's Amended Motion for Collateral Relief Pursuant

to 28 U.S.C. § 2255, including all supporting exhibits and declarations in the Appendix attached

to his Amended Motion, under seal, and the parties shall not distribute without leave of Court.

**SIGNED** this ___ day of November, 2021.