| | | |
|---|---|---|
| MARK ISSAC SNARR, | ) | |
| *Petitioner*, | ) | |
| | ) | CASE NO. 1:13-CV-00724 |
| v. | ) | CRIMINAL NO. 1:09-CR-15 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| *Respondent*. | ) | |
| | ) | |

## MOTION TO EXTEND DEADLINE TO FILE REPLY UNTIL AFTER GOVERNMENT FILES RESPONSE

**COMES NOW** Petitioner, Mark Issac Snarr, by and through his undersigned counsel, and submits his motion to extend the deadline to file his Reply until a date after the Government files its Response to his Amended Motion for Collateral Relief Pursuant to 28 U.S.C. § 2255.

On February 20, 2015, Mr. Snarr filed a sealed Motion for Collateral Relief Pursuant to 28 U.S.C. § 2255. ECF No. 23. On April 12, 2018, Mr. Snarr filed a sealed Supplement to his Motion for Collateral Relief. ECF No. 66. The Government filed their sealed Response to the Motion for Collateral Relief on March 25, 2020. ECF No. 83. On September 7, 2021, this Court ordered Mr. Snarr to file an amendment to his Motion for Collateral Relief Pursuant to 28 U.S.C. § 2255 by November 19, 2021, and any Reply to the Government's Response on or before December 30, 2021. ECF No. 103. On November 19, 2021, Mr. Snarr filed his sealed Amended Motion for Collateral Relief Pursuant to 28 U.S.C. § 2255. On November 29, 2021, this Court granted Mr. Snarr's motion to file an amended motion in excess of the 100-page limit imposed by local rules, and ordered that the amended motion be filed by January 13, 2022, and not exceed 250 pages in

length. ECF No. 114. The Court ordered the Amended Motion filed on November 19, 2021, stricken from the record. *Id.*

Mr. Snarr is requesting the previously set December 30, 2021, deadline to file a Reply to the Government's March 25, 2020, Response be suspended temporarily and set again later after the revised Amended Motion is filed and after the Government has had an opportunity to file any Response to the Amended Motion. Support for this motion is stated herein.

1.      In light of the fact that the Court has set a new filing deadline of January 13, 2022, for the Amended Motion for Collateral Relief, the Government will certainly seek and be granted an opportunity to respond to the Amended Motion sometime after January 13, 2022.

2.      The Government's Response to the Amended Motion will supersede its original Response.

3.      A Reply by Mr. Snarr filed on or before December 30, 2021, cannot reply to issues contained in the Government's Response filed after January 13, 2022. Requiring Mr. Snarr to file a Reply before the Government has responded to the Amended Motion flies in the face of judicial economy and is wholly unnecessary.

4.      There is no prejudice to the Government if the Reply is scheduled to be filed after the Government's Amended Response. In light of the heightened concern for procedural fairness and adequate scrutiny of any legal claims in capital cases, *see Caldwell v. Mississippi*, 472 U.S. 320, 323, 341 (1985); *Monge v. California*, 524 U.S. 721, 732 (1998), the need to reset the current Reply deadline is all the more pressing.

WHEREFORE, Mr. Snarr asks this Court to enter the order resetting the current deadline to file a Reply to the Government's Response to a date sixty days after the Government files its Response to Snarr's Amended Motion.

Respectfully Submitted,

*/s/ Robert Lee*_____
Robert Lee
2421 Ivy Road, Suite 301
Charlottesville, Virginia 22903
(434) 817-2970
(434) 817-2972 (fax)
roblee@vcrrc.org
*Counsel for Mr. Snarr*

/s/ *Kathryn N. Nester*
Kathryn N. Nester
50 W. Broadway, Suite 300
Salt Lake City, UT   84101
(801) 535-4375
Kathy_Nester@yahoo.com
*Counsel for Mr. Snarr*

**CERTIFICATE OF SERVICE**

This is to certify that, on this December 2, 2021, the above Motion was filed with the Court via the ECF electronic filing system. Counsel for the Government was served with a copy of this document through ECF.

*/s/ Kathryn N. Nester/Robert Lee*_____
*Counsel for Mr. Snarr*

**CERTIFICATE OF CONFERENCE**

This is to certify that, prior to filing the above submission with the Court, counsel conferred with counsel for the government regarding this submission in compliance with Local Rule CV-7(h).

*/s/ Kathryn N. Nester/Robert Lee*_____
*Counsel for Mr. Snarr*