| | | |
|---|---|---|
| MARK ISSAC SNARR, | ) | |
| *Petitioner*, | ) | |
| | ) | CASE NO. 1:13-CV-00724 |
| v. | ) | CRIMINAL NO. 1:09-CR-15 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| *Respondent*. | ) | |
| | ) | |

\#
\#

## **ORDER**

THIS CAUSE having come before the Court pursuant to Defendant Snarr's Motion to Extend Deadline to File Reply Until after Government files Response, and the Court, having considered same, does hereby GRANT the motion.

IT IS THEREFORE ORDERED that the December 30, 2021, deadline for Defendant Snarr to file his Reply brief in this matter is withdrawn and the deadline will be reset after the Government files their Response to Defendant Snarr's Amended Motion for Collateral Relief.

SO ORDERED on this the ___ day of December, 2021.