UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| MARK ISSAC SNARR, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:13-CV-724 |
| | ) | CRIMINAL NO. 1:09-CR-15 |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

**ORDER**

Pending before the Court is Movant Snarr's unopposed Motion to Amend Order Granting in Part and Denying in Part Motion for Leave to Exceed Page Limit. ECF No. ___. Snarr asks the Court to Amend its November 29, 2021, Order (ECF No. 114) to allow Snarr to file an Amended Motion for Collateral Relief Pursuant to 28 U.S.C. § 2255 that does not exceed 369 pages in length. The Government does not oppose Snarr's request. Upon consideration of the motion, the Court finds that the motion is reasonable. It is therefore

**ORDERED** that Snarr is **GRANTED** leave to file his Amended Motion for Collateral Relief Pursuant to 28 U.S.C. § 2255 and accompanying appendices on or before January 13, 2022, and that the amended motion not exceed 369 pages in length. The Court notes that the Government's lack of opposition to this Order does not restrict their ability to challenge amendments it believes do not "relate back" to Snarr's initial claims.