IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

MARK ISAAC SNARR, #11093-081 §

VS. § CIVIL ACTION NO. 1:13cv724
CRIM. NO. 1:09-CR-00015(1)

UNITED STATES OF AMERICA §

O R D E R

Before the court is Movant Snarr's Motion to Extend Deadline to File Reply Until After Government Files Response (Doc. #115). Snarr is requesting that he file his reply to the Government's amended response to his amended section 2255 motion after the Government has filed its amended response.

Snarr correctly points out that the current deadline for him to file his reply to the Government's response is December 30, 2021. (Doc. #103). Snarr is correct that his reply should be responsive to the Government's proposed amended response to Snarr's conformed or corrected amended section 2255 motion. The motion is well taken. It is therefore

**ORDERED** that Movant Snarr's Motion to Extend Deadline to File Reply Until After Government Files Response (Doc. #115) is **GRANTED**. Snarr shall file his reply on or before sixty days after the Government files its amended response to Snarr's conformed or corrected amended section 2255 motion.

**SIGNED this the 27th day of December, 2021.**

Christine L Stetson
UNITED STATES MAGISTRATE JUDGE