IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

MARK ISSAC SNARR §
§
V. § No. 1:13-CV-724
§
§
UNITED STATES OF AMERICA §

**GOVERNMENT'S UNOPPOSED MOTION
TO EXTEND TIME TO FILE AMENDED RESPONSE**

The government moves for an extension of time to file an amended response to

Mark Issac Snarr's Section 2255 motion, moving the deadline from January 27, 2022, to

April 13, 2022.

## I. Proceedings

On January 21, 2009, a federal grand jury in the Eastern District of Texas returned

a one-count indictment against Snarr and co-defendant Edgar Baltazar Garcia, charging

them with murder, in violation of 18 U.S.C. §§ 1111 and 2. 1:09-CR-15 (Doc. No. 7).

The United States filed notices of intent to seek the death penalty against both

defendants. 1:09-CR-15 (Doc. Nos. 18, 19). Their trial concluded on May 21, 2010,

when the jury selected the death penalty for both defendants. The Court sentenced both

defendants to death immediately after the verdict and entered its written judgment on

May 25, 2010. 1:09-CR-15 (Doc. Nos. 353, 355).

Snarr appealed. The Fifth Circuit Court of Appeals affirmed his conviction and

sentence with an opinion entered on January 8, 2013. *United States v. Snarr*, 704 F.3d

368, 395-98 (5th Cir. 2013). The mandate issued on March 25, 2013. Snarr petitioned

the Supreme Court for a writ of certiorari. *Snarr v. United States*, No. 13–5675. The Court denied his petition on February 24, 2014. *Snarr v. United States*, 134 S.Ct. 1274 (2014).

On February 20, 2015, Snarr filed a motion for collateral relief pursuant to 28 U.S.C. § 2255. 1:13-CV-724 (Doc. No. 23). The Court entered a show cause order on March 2, 2015, ordering the government to file a response by May 24, 2015. 1:13-CV-724 (Doc. No. 32). After two stays and several continuances, the government filed its response on March 25, 2020. 1:13-CV-724 (Doc. 83). Snarr filed seven motions requesting extensions of time to file an amended motion and to reply to the government's response. 1:13-CV-724 (Docs. No. 87, 91, 93, 95, 97, 99, 102). All were granted. 1:13-CV-723 (Docs. No. 89, 92, 94, 96, 98, 100, 103).

Snarr filed an amended motion on November 19, 2021. 1:13-CV-724 (Doc. 107). That motion was stricken by the Court. 1:13-CV-724 (Doc. 114). Snarr then sought an additional extension of time, which was granted. 1:13-CV-724 (Docs. 116, 118). On January 13, 2022, Snarr filed his amended motion. 1:13-CV-724 (Doc. 123). The amended motion is approximately 64 pages longer than the original motion.

Under Fed. R. Civ. P. 15(a)(3), the deadline for filing an amended response is January 27, 2022. For the reasons stated below, the government respectfully moves for a 90-day extension in which to file an amended response. If this extension is granted, the government does not anticipate that further extensions will be requested.

## II. Grounds for Motion

The substantive amendments in Snarr's amended motion will require careful

review and evaluation of whether they relate back to his original claims or raise new arguments. *See Mayle v. Felix*, 545 U.S. 644, 649-50 (2005); *United States v. Gonzalez*, 592 F.3d 675, 679-680 (5th Cir. 2009). The government must carefully review the entire amended motion to assure that the amended answer fully responds to the edited sections.

It is not possible for the undersigned to meet the January 27 deadline for filing an amended response. Currently, the undersigned is working on the government's amended response to the amended Section 2255 motion filed by Snarr's codefendant in *Garcia v. United States*, No. 1:13-CV-723 (Doc. 36). Garcia's amended motion is 411 pages long and contains substantive and copy edits throughout, requiring close scrutiny. The government's deadline for filing an amended answer to Garcia's amended motion is March 3, 2022. 1:13-CV-723 (Doc. 140). After the amended response is filed in Garcia, the undersigned will not be assigned another brief until the amended response in this case is filed.

### III. Certificate of Conference

The undersigned conferred by email with counsel for Snarr on January 18, 2022. They do not oppose the requested extension.

### IV. Conclusion

For the reasons stated above, the United States respectfully requests a 90-day extension of time, to and including Wednesday, April 13, 2022, in which to file an amended response to Snarr's amended Section 2255.

Respectfully submitted,

Brit Featherston
United States Attorney
Eastern District of Texas

Joseph R. Batte
Assistant United States Attorney

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 (fax)
Traci.Kenner@usdoj.gov
Texas Bar No. 11307070

## Certificate of Service

I certify that on January 18, 2022, this document was served by the Court's ECF

system on Robert Lee and Kathryn N. Nester, counsel for Snarr.

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney