IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

MARK ISSAC SNARR                        §
                                        §
V.                                      §    No. 1:13-CV-724
                                        §
UNITED STATES OF AMERICA                §

## **ORDER**

The government has moved for a 90-day extension of time, to and including

Wednesday, April 13, 2022, in which to file an amended response to Mark Issac Snarr's

amended Section 2255.

After considering the motion, the Court is of the opinion that the motion is well

taken.  It is, therefore,

ORDERED that the Government's Unopposed Motion to Extend Time to File

Amended Response is GRANTED.

It is further ORDERED that the government file an amended response to Snarr's

amended Section 2255 motion no later than April 13, 2022.

**Order Staying Case — Page 1**