IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

MARK ISAAC SNARR, #11093-081          §

vs.                                                        §          CIVIL ACTION NO. 1:13cv724
                                                                        CRIM. NO. 1:09-CR-00015(1)
UNITED STATES OF AMERICA             §

O R D E R

Before the court is Movant Snarr's Unopposed Motion to Seal Amended Motion for Collateral Relief pursuant to 28 U.S.C. § 2255 (Doc. #119).   In support of the motion, he explained that many of his exhibits, along with the discussion of the exhibits in the amended section 2255 motion, include confidential information.      He thus asks that the amended section 2255 motion and all supporting exhibits and declarations be filed under seal.   The motion is reasonable.    It is therefore

**ORDERED** that Snarr's Unopposed Motion to Seal Amended Motion for Collateral Relief pursuant to 28 U.S.C. § 2255 (Doc. #119) is **GRANTED** and the Clerk of Court shall file and maintain the amended section 2255 motion, including accompanying exhibits and declarations, under seal (Doc. #s123, 123-1–13).

**SIGNED this the 24th day of January, 2022.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE