IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

MARK ISAAC SNARR, #11093-081      §

vs.      §      CIVIL ACTION NO. 1:13cv724

     CRIM. NO. 1:09-CR-00015(01)

UNITED STATES OF AMERICA      §

### O R D E R

Before the court is Respondent's Unopposed Motion to Extend Time to File Amended Response (Doc. #124). Pursuant to FED. R. CIV. P. 15(a)(3), the deadline for Respondent to file a response to Movant Snarr's amended Section 2255 motion is January 27, 2022. Snarr filed his amended Section 2255 motion for collateral relief on January 14, 2022. (Doc. #123).

In its motion to extend time, Respondent contends that Snarr's amended motion will require careful review and evaluation of whether Snarr's arguments and evidence relate back to his original claims or raises new arguments. *See Mayle v. Felix*, 545 U.S. 644, 649-50 (2005); *United States v. Gonzalez*, 592 F.3d 675, 679-80 (5th Cir. 2009). Respondent's counsel also states that she is preparing the amended response to co-defendant Garcia's amended Section 2255 motion, which is 441 pages long and contains substantive and copy edits throughout, requiring close scrutiny. Respondent's motion for an extension of time is unopposed. The motion is reasonable. Accordingly, it is

**ORDERED** that Respondent's Unopposed Motion to Extend Time to File Amended Response (Doc. #124) is **GRANTED**. It is further

**ORDERED** that the deadline for Respondent to file its amended response to the amended Section 2255 motion is on or before April 13, 2022. It is further

**ORDERED** that Snarr, if he chooses, shall file a reply on or before June 13, 2022, to the Respondent's amended response. The court is mindful of the fact that since December 11, 2019, the parties have together filed nine requests for extensions of briefing deadlines resulting in more than two years of delay. The parties should anticipate that their respective response or reply will be filed on or before the date due as an extension of time will be considered only for good cause. Reasons, such as heavy workload, the voluminous nature of the pleadings and exhibits, etc., will not suffice.

**SIGNED this the 24th day of January, 2022.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE