IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

MARK ISAAC SNARR, #11093-081 §

vs. § CIVIL ACTION NO. 1:13cv724
CRIM. NO. 1:09-CR-00015(01)

UNITED STATES OF AMERICA §

ORDER OF ADMINISTRATIVE CLOSING

Movant Snarr filed his amended Section 2255 motion for collateral relief on January 14, 2022 (Doc. #123). The Government moved for a 90-day extension of time to file its Response. (Doc. #124). The motion was granted, and the Government's Response is due on or before April 13, 2022. (Doc. #126). For purposes of judicial economy and in the interest of justice, the Court concludes that this case should be administratively closed during the pendency of the Government's preparation of its Response to the amended Section 2255 motion for collateral relief. It is accordingly

**ORDERED** that the cause of action is **ADMINISTRATIVELY CLOSED** for administrative and statistical purposes during the Government's preparation of its Response to the amended Section 2255 motion for collateral. The administrative and statistical closing of the lawsuit shall not prejudice the rights of Movant or the Government to proceed with this cause at such time further proceedings are practicable. It is further

**ORDERED** that the only motions or documents which shall be accepted during the time the case is administratively closed shall be motions for extension of time for good cause. No other motions or pleadings should be accepted for filing in the case but returned unfiled by the Clerk.

**SIGNED this the 26th day of January, 2022.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE