IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

MARK ISAAC SNARR, #11093-081 §

vs. § CIVIL ACTION NO. 1:13-cv-724
CRIM. NO. 1:09-CR-00015(01)

UNITED STATES OF AMERICA §

## ORDER TO REOPEN

On January 26, 2022, the present case was stayed and administratively closed while the Government prepared its answer or response to Snarr's amended Section 2255 motion for collateral relief. (Doc. #127.) The Government's answer or response is due on or before April 13, 2022. (Doc. #126.) Snarr, if he chooses, shall file a reply on or before June 13, 2022, to the Government's response. It is therefore

**ORDERED** that this named and numbered cause is reopened and returned to the active docket.

**SIGNED this the 30th day of March, 2022.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE