KATHRYN N. NESTER (UT #13967)
Nester Lewis PLLC
50 W. Broadway, Ste. 300
Salt Lake City, UT  84101
(801) 535-4375
kathy@nesterlewis.com
ATTORNEY FOR MARK ISAAC SNARR

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br><br>**MARK ISAAC SNARR,**<br> **Defendant.** | **NOTICE OF WITHDRAWAL**<br><br><br>**CIVIL ACTION NO. 1:13-cv-724**<br>**CRIM. NO. 1:09-CR-00015(01)** |

## NOTICE OF WITHDRAWAL

**KATHRYN N. NESTER**, of NESTER LEWIS PLLC, hereby withdraws the following

document from the docket:

Docket Number:  129

Document Title:  Unopposed Motion to Substitute Counsel

Date Filed: March 30, 2022

DATED this 30th day of March, 2022.

Respectfully submitted,

*/s/ Kathryn N. Nester*
Kathryn N. Nester
ATTORNEY FOR  MARK ISAAC SNARR

1