| | | |
|---|---|---|
| MARK ISSAC SNARR, | ) | |
| Petitioner/Movant, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:13-CV-724 |
| | ) | CRIMINAL NO. 1:09-CR-15 |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

## <mark>UNOPPOSED</mark> MOTION TO
## SUBSTITUTE COUNSEL

**COMES NOW** Mark Issac Snarr, through his undersigned counsel, and respectfully moves this Court to substitute as counsel representing Mr. Snarr in the above proceedings Lindsey Layer and Megan Barnes of the Capital Habeas Unit of the Federal Public Defender for the District of Arizona and Kathryn N. Nester in her capacity as a private attorney for Ms. Nester as the Federal Public Defender for the District of Utah and Robert Lee. Mr. Snarr has been consulted and approved the proposed substitution of counsel. <mark>The government has stated that it does not oppose this motion.</mark> In support of the Motion, Mr. Snarr states the following:

Mr. Snarr was convicted and sentenced to death in this Court pursuant to the federal death penalty statutes. His conviction and sentence were affirmed by the Court of Appeals. *United States v. Snarr*, 704 F.3d 368 (5th Cir. 2013). He is indigent and was provided appointed counsel at trial, *United States v. Snarr*, 1:09-cr-00015 (E.D. Tex. Apr. 2, 2008), ECF Nos. 3–4, and on appeal of his conviction and sentence, *see, e.g.*, *United States v. Snarr*, 10-40525 (5th Cir. Sept. 24, 2010), ECF No. 00511243522.

This Court previously found that Mr. Snarr was eligible for appointed counsel for postconviction proceedings pursuant to 18 U.S.C. § 3599(a)(2), and appointed Kathryn N. Nester, in her capacity at the time as Federal Public Defender for the District of Utah, and Robert Lee to

1

represent Mr. Snarr in these proceedings. ECF No. 2. At the time of his appointment, Mr. Lee worked for a not-for-profit dependent largely on grant funding to represent inmates sentenced to death in Virginia courts. Circumstances for each counsel have changed substantially in the past year. Ms. Nester is no longer the Federal Public Defender for the District of Utah. As of the beginning of this year, Ms. Nester opened and is beginning to build her private practice in Salt Lake City. On July 1, 2021, Virginia enacted legislation prohibiting the imposition of the death penalty in Virginia courts. As a result of the abolition of the death penalty, grant funding for Mr. Lee's office has been terminated.

Ms. Nester has identified Lindsey Layer and Megan Barnes of the Capital Habeas Unit of the Federal Public Defender for the District of Arizona (AZ-CHU) as available and qualified counsel to substitute for the Utah Federal Public Defender in these proceedings. Both Ms. Layer and Ms. Barnes are admitted to practice in this Court, and Ms. Layer is qualified for appointment in postconviction death penalty cases pursuant to 18 U.S.C. § 3599(c). Ms. Layer previously worked on Mr. Snarr's case for the period of time leading up to the filing of his initial Motion Pursuant to § 2255 in 2015 before taking her position with the Arizona Federal Public Defender. Ms. Layer and Ms. Barnes have received the approval of the Office of Defender Services, and the Chief Judges of the United States Courts of Appeals for the Fifth and Ninth Circuits have been properly notified. The AZ-CHU has experienced support staff and resources needed to represent a death-sentenced client like Mr. Snarr in district court proceedings, as well as on appeal and in other appropriate stages of collateral review pursuant to 28 U.S.C. § 2255, such as potential executive clemency considerations. Neither Ms. Nester nor Mr. Lee have similar support and resources available due to their changed circumstances. The AZ-CHU is able to take responsibility for this

representation without seeking funding for services or financial support for resources from this Court, as would be required by Ms. Nester and Mr. Lee.

Ms. Nester seeks to continue to represent Mr. Snarr as part of her private practice and to provide continuity of counsel.

For the foregoing reasons, Mr. Snarr respectfully requests that this Court enter the attached proposed Order substituting Ms. Layer and Ms. Barnes of the AZ-CHU and Kathryn N. Nester in her capacity as private counsel in place of the Federal Public Defender for the District of Utah and Robert Lee.

RESPECTFULLY SUBMITTED,

_____/s/_____
Kathryn N. Nester (UT #13967)
Nester Lewis PLLC
50 W. Broadway, Ste. 300
Salt Lake City, UT  84101
(801) 535-4375
kathy_nester@yahoo.com

Robert Lee
2421 Ivy Road, Suite 301
Charlottesville, Virginia 22903
(434) 817-2970
roblee@vcrrc.org

**CERTIFICATE OF SERVICE**

This is to certify that, on this March 30, 2022, the above Motion was filed with the Court via the ECF electronic filing system. Counsel for the government was served with a copy of this document through ECF.

_____/s/ *Kathryn N. Nester*

**CERTIFICATE OF CONFERENCE**

This is to certify that, prior to filing the above submission with the Court, counsel conferred with counsel for the government regarding this submission in compliance with Local Rule CV-

3

7(h), and they have <mark>no opposition to this motion</mark>.

_____/s/ *Kathryn N. Nester*
