UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

MARK ISSAC SNARR,                      )
        Petitioner,                    )
                                     )
        v.                              )          CASE NO. 1:13-CV-724
                                     )          CRIMINAL NO. 1:09-CR-15
UNITED STATES OF AMERICA,              )
        Respondent.                    )

**ORDER**

Petitioner Snarr has filed a Motion to Substitute Counsel. Doc. __. The Respondent United States does not oppose Snarr's request. Upon consideration of the Motion and representations concerning the qualifications and circumstances of counsel made therein, the Court finds that the Motion is reasonable. It is therefore,

**ORDERED** that Lindsey Layer and Megan Barnes of the Capital Habeas Unit of the Federal Public Defender for the District of Arizona and Kathryn N. Nester in her capacity as a private attorney are substituted as appointed counsel pursuant to 18 U.S.C. § 3599(a)(2), to represent Mr. Snarr in these proceedings and shall replace previously-appointed counsel Ms. Nester in her capacity as the Federal Public Defender for the District of Utah and Robert Lee.