IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| MARK ISAAC SNARR | § | |
| | § | |
| V. | § | No. 1:13-CV-724 |
| | § | |
| UNITED STATES OF AMERICA | § | |

## GOVERNMENT'S UNOPPOSED MOTION
## TO FILE AMENDED RESPONSE UNDER SEAL

The government moves to file its amended response to Snarr's amended motion

under 28 U.S.C. § 2255 under seal because the motion is under seal.

### I. Proceedings

On February 20, 2015, Snarr filed a motion to vacate under 28 U.S.C. § 2255.

1:13-CV-724 (Doc. No. 23). Before filing the Section 2255 motion, Snarr filed a motion

to file it under seal, which the Court granted. 1:13-CV-724 (Doc. Nos. 21 and 31).

The government filed its response on March 25, 2020. 1:13-CV-724 (Doc. No.

83). The response was filed under seal.

Snarr filed an amended Section 2255 motion on January 14, 2022. 1:13-CV-724

(Doc. No. 123). Before filing the amended motion, Snarr filed a motion to file it under

seal, which the Court granted. 1:13-CV-724 (Doc. Nos. 119 and 125). The

government's amended response is due on April 13, 2022. 1:13-CV-724 (Doc. No. 126).

### II. Grounds for Motions

It is impossible to adequately respond to Snarr's claims without referring to his

sealed amended motion and exhibits. Therefore, the government moves for leave to file

its amended response under seal.

## III. Certificate of Conference

The undersigned conferred by email with Kathy N. Nester and Robert Edward Lee, counsel for Snarr, on April 12, 2022. Snarr does not oppose this motion.

## IV. Conclusion

For the reasons stated above, the United States moves the Court for leave to file its amended response to Snarr's amended Section 2255 motion under seal.

Respectfully submitted,

Brit Featherston
United States Attorney
Eastern District of Texas

Joseph R. Batte
Assistant United States Attorney

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 (fax)
Traci.Kenner@usdoj.gov
Texas Bar No. 11307070

## Certificate of Service

I certify that on April 13, 2022, this document was served by the Court's ECF system on Kathy N. Nester and Robert Edward Lee, counsel for Snarr.

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney