IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

MARK ISAAC SNARR                          §
                                          §
V.                                        §   No. 1:13-CV-724
                                          §
UNITED STATES OF AMERICA                  §

## ORDER

The government has moved to file its amended response to Mark Isaac Snarr's amended motion under 28 U.S.C. § 2255 under seal.  Snarr does not oppose.

After considering the motion, the Court is of the opinion that the motion is well taken.  It is, therefore,

ORDERED that the Government's Unopposed Motion To File Amended Response Under Seal is GRANTED.

**Order Granting Motion to File Under Seal—Page 1**