UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| MARK ISAAC SNARR, | ) | |
| Petitioner/Movant, | ) | CASE NO: 1:13-CV-724 |
| | ) | CRIMINAL NO: 1:09-CR-15 |
| | ) | |
| v. | ) | Death Penalty Case |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

## NOTICE OF APPEARANCE OF COUNSEL

On April 18, 2022, this Court substituted counsel from the Office of the Federal Public Defender for the District of Arizona for attorney Robert Lee in representing Petitioner Mark Issac Snarr in his habeas corpus proceedings. (ECF No. 136.) Pursuant to this Court's order, counsel now give notice that Lindsey Layer will appear as lead counsel and Megan Barnes will appear as co-counsel on behalf of the petitioner in this matter.

Respectfully Submitted,

John M. Sands
Federal Public Defender
Lindsey Layer (VA No. 79151)
Megan Barnes (SC No. 104368)
Assistant Federal Public Defenders


s/Lindsey Layer
*Counsel for Petitioner/Movant*

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing Notice of Appearance of Counsel has been forwarded by the Court's ECF electronic system on this 25th day of April 2022.

s/Daniel Juarez
Assistant Paralegal