UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| MARK ISAAC SNARR, | ) | |
|     Petitioner/Movant, | ) | CASE NO: 1:13-CV-724 |
| | ) | CRIMINAL NO: 1:09-CR-15 |
| | ) | |
| v. | ) | Death Penalty Case |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
|     Respondent. | ) | |

**Motion to Extend Time to File Reply**

Mark Issac Snarr, through counsel, moves for a 90-day extension of time in which to file his reply to the government's response to his § 2255 motion, moving the deadline from June 13, 2022, to September 12, 2022. Counsel for the government does not oppose this request. This is Mr. Snarr's first request for an extension of time on this reply.

On January 13, 2022, Mr. Snarr filed an amended motion pursuant to 28 U.S.C. § 2255. (ECF No. 123.) The case was administratively closed from January 26, 2022, until March 30, 2022, during which only motions for extension of time for good cause would be accepted by the Court. (ECF Nos. 127, 128.) On March 30, 2022, Mr. Snarr filed an unopposed motion for substitution of counsel. (ECF No. 131.) On April 13, 2022, the government filed its amended response to Mr. Snarr's § 2255 motion. (ECF No. 134.)  On April 18, 2022, this Court granted Mr. Snarr's motion to substitute counsel from the Office of the Federal Public Defender for the District of Arizona for attorney Robert Lee in representing Mr. Snarr in his habeas corpus proceedings. (ECF No. 136.)

1

Counsel are attempting to manage their pending cases consistent with their duties under the Sixth Amendment to the United States Constitution with the ABA Guidelines for the Appointment and Performance of Counsel in Death Penalty Cases (1989) and (2003). Undersigned counsel Lindsey Layer is counsel for eight death-sentenced prisoners. In addition to her work on this case, Ms. Layer filed a reply brief in the California Supreme Court on May 2, 2022. Ms. Layer also has a brief due in another federal capital case under § 2255 in the District of South Carolina on May 23, 2022. Ms. Layer also has another brief due in a capital case in the Utah Supreme Court on June 1, which requires extensive and time-consuming historical research. In addition to her immediate schedule, Ms. Layer is a supervisor with the Capital Habeas Unit in the Office for the Federal Public Defender for the District of Arizona. Ms. Layer's supervisory duties consume a significant portion of her time.

Co-counsel Megan Barnes is counsel in three habeas cases. In addition to her work on this case, Ms. Barnes has both an Amended Petition and a Motion for Evidentiary Development due on August 1, 2022 in the Arizona Federal District Court, both of which require significant fact and mitigation investigation, consulting with numerous expert witnesses, and extensive drafting in the months prior.

As stated in Mr. Snarr's motion to substitute counsel, (ECF No. 131 at 3) Kathryn Nester is remaining on the case primarily for client relations purposes. In addition, Ms. Nester currently has a homicide trial scheduled for June 13–17, 2022 in the federal district court for the Eastern District of Oklahoma, as well as other felony trials scheduled for June 21–24, June 28–July 1, August 8–11, and August 29–September 2 in Utah state and federal

courts, and another homicide trial scheduled for September 19–23 in the federal district court for the District of Utah.

As the Court noted in its order granting Mr. Snarr's motion for substitution of counsel (ECF No. 136 at 3), undersigned counsel Ms. Layer briefly worked on Mr. Snarr's case prior to the filing of his initial petition in 2015. However, Ms. Layer's limited involvement with the case ended seven years ago. Neither Ms. Layer nor Ms. Barnes had any involvement in drafting Mr. Snarr's supplemental or amended § 2255 motions filed since 2015. Although Ms. Layer will be able to get up to speed on the case faster than would brand new counsel, Ms. Layer is not able to recall information from seven years ago without review of the voluminous record in this case. Furthermore, there have been significant developments in the case since 2015, including the development of issues prompting the filing of supplemental and amended motions, and Ms. Layer has no knowledge of anything that has occurred in the case since 2015. Given her other existing deadlines, she will not be able to re-familiarize herself with the record and draft a reply brief by the current deadline. Moreover, co-counsel Megan Barnes is brand new to the case and has no prior knowledge of the facts or record of the case at all. She therefore requires some time to familiarize herself with the record and the legal issues that are the subject of Mr. Snarr's § 2255 motion. Because the major pleadings in this case are sealed, as is the Appendix to Mr. Snarr's Amended Motion, Ms. Layer and Ms. Barnes could not have access to them prior to April 18, 2022. Although the Court made its Order retroactive to March 30, 2022, neither Ms. Layer nor Ms. Barnes was authorized to begin working on the case until after entry of the Court's April 18 Order. Finally, the file in this case is large and

a substantial portion of the time between the issuance of the Court's appointment order and the filing of this motion has been spent obtaining files from prior counsel.

For the foregoing reasons, Mr. Snarr respectfully requests the Court grant a 90-day extension of time, to and including September 12, 2022. This time is necessary given counsel's existing deadlines, and to allow a brief period of time to conduct a review of the record sufficient to draft a reply to the government's brief that is useful to the Court in its review of this death penalty case.

Respectfully Submitted,

John M. Sands
Federal Public Defender
Lindsey Layer (VA No. 79151)
Megan Barnes (SC No. 104368)
Assistant Federal Public Defenders


s/Lindsey Layer
*Counsel for Petitioner/Movant*

5

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the forgoing Motion to Extend Time to File Reply has been forwarded by the Court's ECF electronic system on this 6th day of May 2022.

<u>s/Daniel Juarez</u>
Assistant Paralegal