UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

MARK ISAAC SNARR,                    )
    Petitioner/Movant,               )        CASE NO: 1:13-CV-724
                        )        CRIMINAL NO: 1:09-CR-15
                        )
v.                                   )        Death Penalty Case
                        )
UNITED STATES OF AMERICA,             )
    Respondent.                      )

---

**ORDER**

---

AND NOW, this _____ day of May, 2022, this Court GRANTS Movant's Motion for Extension of Time to File Reply filed on May 6, 2022.

1.    Upon consideration of motion of Movant, the Court hereby extends by ninety (90) days the time provided for Movant to submit a Reply on or before September 12, 2022.

    **SO ORDERED.**

1