UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| MARK ISAAC SNARR, | ) | |
| Petitioner/Movant, | ) | CASE NO: 1:13-CV-724 |
| | ) | CRIMINAL NO: 1:09-CR-15 |
| | ) | |
| v. | ) | Death Penalty Case |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

**UNOPPOSED MOTION TO SEAL REPLY TO AMENDED MOTION FOR
COLLATERAL RELIEF PURSUANT TO 28 U.S.C. § 2255**

COMES NOW Mark Issac Snarr, though counsel, and respectfully moves the Court, pursuant to Local Rule CV-5(a)(7), to enter an Order directing the District Clerk to file Mr. Snarr's Reply to his Amended Motion for Collateral Relief Pursuant to 28 U.S.C. § 2255, including all supporting exhibits, under seal.

On February 20, 2015, Mr. Snarr submitted to this Court an unopposed motion to file under seal his Initial Motion for Collateral Relief Pursuant to 28 U.S.C. § 2255. ECF No. 21 (incorporated by reference herein). Claims and allegations in the Initial Motion included reference to confidential personal information and documents, which implied certain security concerns. *Id.* On February 26, 2015, this Court granted the motion, directing that the Initial Motion and all accompanying Appendix materials be filed under seal and restricted from public access. ECF No. 31. The Court also later granted Mr. Snarr's motion for leave to file his Supplement to the Initial Motion for Collateral Relief under seal, ECF No. 67, and the government filed its Response to Snarr's § 2255 Motion under seal, ECF No. 83. Similarly,

1

Mr. Snarr's Amended Motion, filed January 13, 2022, and the government's Response, filed April 13, 2022, were both filed under seal. ECF Nos. 125, 137.

Consistent with the Court's prior orders, and for the reasons previously considered by the Court, Mr. Snarr's Reply to the Amended Motion and accompanying Appendix should also be filed under seal. Mr. Snarr's Reply, like the Amended Motion and the government's Response, references exhibits filed in support of the motion that must be sealed from public access because they contain confidential personal information. There is substantial concern that information referred to in the Reply could be used for an improper purpose that could harm witnesses and other persons involved in this case, including Mr. Snarr. For these reasons, Mr. Snarr asks the Court to direct the Clerk to file the Reply to his Amended Motion for Relief Pursuant to 28 U.S.C. § 2255 under seal and restricted from public access.

Mr. Snarr conferred by email with counsel for the government, who stated the government does not oppose this motion.

For the foregoing reasons, Mr. Snarr respectfully requests that the Court direct the District Clerk to file the Reply to his Amended Motion for Relief Pursuant to § 2255, including supporting exhibits, under seal.

//
//
//
//
//
//
//
//
//
//
//

Respectfully submitted this 13th day of July, 2022.

John M. Sands
Federal Public Defender
Lindsey Layer (VA No. 79151)
Megan Barnes (SC No. 104368)
Assistant Federal Public Defenders
850 W. Adams St., Suite 201
Phoenix, AZ 85007
Lindsey_layer@fd.org
Megan_barnes@fd.org
(602) 382-2816 Telephone
(602) 889-3960 Facsimile


s/Lindsey Layer
*Counsel for Petitioner/Movant*

3

## CERTIFICATE OF CONFERENCE

This is to certify that, on prior to filing the above submission with the Court, counsel conferred with counsel for the government regarding this submission in compliance with Local Rule CV-7(h) and they have no opposition to this motion.

s/ Lindsey Layer

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing Motion to Extend Time to File Reply has been forwarded by the Court's ECF electronic system on this 13th day of July 2022.

s/Daniel Juarez
Assistant Paralegal

4