UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| MARK ISAAC SNARR, | ) | |
| Petitioner/Movant, | ) | CASE NO: 1:13-CV-724 |
| | ) | CRIMINAL NO: 1:09-CR-15 |
| | ) | |
| v. | ) | Death Penalty Case |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

## ORDER

Pending before the Court is Movant Snarr's Unopposed Motion to Seal Reply to Amended Motion for Collateral Relief Pursuant to 28 U.S.C. § 2255 Motion (ECF No. ___). Snarr seeks to seal his Reply, including all supporting exhibits in the Appendix attached thereto. This Court previously ordered that Snarr's Initial § 2255 Motion be filed under seal because "many of his exhibits, along with the discussion of the exhibits in the § 2255 motion, include confidential information." ECF No. 31. Snarr has indicated that the same confidentiality issues apply to the Reply and its attachments. Snarr asserts that the government has expressed no opposition to the motion. The motion is reasonable. It is therefore

ORDERED that Snarr's unopposed Motion to Seal (ECF No. ___) is GRANTED. The Clerk of the Court shall file and maintain Snarr's Reply, including all supporting exhibits attached thereto, under seal, and the parties shall not distribute copies of the motion without leave of Court.

SIGNED this ___ day of _____, 2022

1