UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

MARK ISSAC SNARR,                      )
      Petitioner/Movant,               )      CASE NO: 1:13-CV-724
                                       )      CRIMINAL NO: 1:09-CR-15
                                       )
v.                                     )      Death Penalty Case
                                       )
UNITED STATES OF AMERICA,              )
      Respondent.                      )

## UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT

COMES NOW Mark Issac Snarr, through counsel, and respectfully moves this Court for leave to exceed the 30-page limit pursuant to Local Rule CV-3(b) for replies to motions pursuant to 28 U.S.C. § 2255.

On January 13, 2022, after filing an unopposed motion to exceed the page limit, Mr. Snarr filed an amended motion pursuant to 28 U.S.C. § 2255 that was 270 pages in length. ECF No. 123. On April 13, 2022, also after filing an unopposed motion to exceed the page limit, the government filed a response that was 264 pages in length. ECF No. 134.

In its response, the government opposed each of Mr. Snarr's claims at length, making both procedural and substantive arguments. The government also alleged that Mr. Snarr's claims were "obscurely-worded or conclusory." ECF No. 134 at 12. Mr. Snarr has also had to respond to multiple government allegations of inadequate proof by discussing and attaching additional exhibits. Mr. Snarr is diligently editing his reply to the government's brief, but he cannot adequately respond to the government's arguments in 30 pages.

1

Counsel for Mr. Snarr conferred with counsel for the government, who stated the government does not oppose Mr. Snarr's motion.

Therefore, consistent with this Court's previous orders, and for the reasons stated herein, Mr. Snarr requests a limit of 128 pages, which is slightly less than half the length of the government's response.

Respectfully submitted this 13th day of July, 2022.

John M. Sands
Federal Public Defender
Lindsey Layer (VA No. 79151)
Megan Barnes (SC No. 104368)
Assistant Federal Public Defenders
850 W. Adams St., Suite 201
Phoenix, AZ 85007
Lindsey_layer@fd.org
Megan_barnes@fd.org
(602) 382-2816 Telephone
(602) 889-3960 Facsimile


s/Lindsey Layer
*Counsel for Petitioner/Movant*

## CERTIFICATE OF CONFERENCE

This is to certify that, prior to filing the above submission with the Court, counsel conferred with counsel for the government regarding this submission in compliance with Local Rule CV-7(h) and they have no opposition to this motion.

s/ Lindsey Layer

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing Motion to Extend Time to File Reply has been forwarded by the Court's ECF electronic system on this 13th day of July 2022.

s/Daniel Juarez
Assistant Paralegal