UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

MARK ISAAC SNARR,                )
    Petitioner/Movant,           )      CASE NO: 1:13-CV-724
                                 )      CRIMINAL NO: 1:09-CR-15
                                 )
v.                               )      Death Penalty Case
                                 )
UNITED STATES OF AMERICA,         )
    Respondent.                  )

## ORDER

Pending before the Court is Movant Snarr's unopposed Motion to Exceed the Page Limit (ECF No.____). Snarr seeks to exceed the page limit for his Reply to his Amended Motion for Collateral Relief pursuant to 28 U.S.C. § 2255. In light of the complexity of this case, this Court has previously permitted both Snarr and the government to file pleadings exceeding the page limit in Local Rule CV-3. *See* ECF Nos. 31, 82. Mr. Snarr's proposed pleading is no longer than 128 pages, excluding the cover sheet, tables, certificates, and exhibits. Movant's unopposed motion is reasonable. It is therefore

**ORDERED** that Snarr's unopposed Motion to Exceed the Page Limit (ECF No.___) when filing his Reply to his Amended Reply for Collateral Relief Pursuant to 28 U.S.C. § 2255 is **GRANTED.** Movant's proposed Reply shall not exceed 130 pages, excluding cover sheets, tables, certificates and exhibits.

**SIGNED** this ___ day of ____, 2022.

1