IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| MARK ISAAC SNARR, #11093-081 | § | |
| vs. | § | CIVIL ACTION NO. 1:13-cv-724 |
| | | CRIM. NO. 1:09-CR-00015(1) |
| UNITED STATES OF AMERICA | § | |

**O R D E R**

Before the court is Movant Snarr's Unopposed Motion to Seal Reply to Amended Motion for Collateral Relief pursuant to 28 U.S.C § 2255 (doc. #142) and Movant Snarr's Unopposed Motion for Leave to Exceed Page Limit (doc. #143).   Snarr requests that both unopposed motions be granted.

In support of his Motion to Seal, Snarr explains that his Reply (doc. #144) refers to exhibits that contain confidential personal information. He states that there is a substantial concern that information referenced in the Reply could be used for an improper purpose that could harm witnesses and other persons involved in the case.   Snarr asks that his Reply (doc. #144) be filed under seal.   The motion is reasonable.   It is therefore

**ORDERED** that Movant Snarr's Unopposed Motion to Seal Reply to Amended Motion for Collateral Relief pursuant to 28 U.S.C § 2255 (doc. #142) is **GRANTED**.   The Clerk of Court is directed to file and maintain Snarr's Reply to Amended Motion for Collateral Relief pursuant to 28 U.S.C. § 2255 (doc. #144) under seal.

In support of his Motion for Leave to Exceed Page Limit, Snarr is seeking permission to file an over-length Reply in excess of 30 pages.   Local Rule CV-3(b).   Snarr's purported Reply

1

is 128 pages, excluding the cover sheet, tables, certificates, and exhibits.  He asserts that the Government opposed each of his claims at length, making both procedural and substantive arguments.  Snarr states that the Government summarized his claims as "obscurely-worded or conclusory."  In his purported Reply, Snarr states that he had to discuss each allegation of inadequate proof and attach additional exhibits to fully respond to the Government.  Snarr's unopposed motion is reasonable.  It is therefore

ORDERED that Movant Snarr's Unopposed Motion for Leave to Exceed Page Limit for Reply to Government's Amended Answer (doc. #143) is GRANTED.  Snarr's Reply to Amended Motion for Collateral Relief pursuant to 28 U.S.C. § 2255 (doc. #144) shall not exceed 128 pages, excluding the cover sheet, tables, certificates, and exhibits.

SIGNED this the 18th day of July, 2022.

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE

2