UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| MARK ISSAC SNARR, | ) | |
|     Petitioner/Movant, | ) | CASE NO: 1:13-CV-724 |
| | ) | CRIMINAL NO: 1:09-CR-00015 |
| | ) | |
| v. | ) | Death Penalty Case |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
|     Respondent. | ) | |

**ORDER**

Before the Court is Petitioners' Joint Motion and Memorandum in Support of Motion for Recusal (ECF No. ___). Mark Issac Snarr and co-defendant Edgar Garcia were tried together and have both raised claims in their Amended Motions for Collateral Relief Pursuant to 28 U.S.C. § 2255 alleging that the construction of the jury venire in their case violated the Sixth Amendment's Fair Cross-Section Clause, the Jury Selection and Service Act (JSSA), and the Eastern District Jury Plan. Because of the Court's involvement in the assembly of the jury venire, Mr. Snarr has moved for the recusal of Judge Crone and for the case to be reassigned to a judge outside the Eastern District of Texas.

Good cause appearing for Mr. Snarr's motion, it is hereby ORDERED that Mr. Snarr's motion for recusal is GRANTED. The case shall be reassigned to a judge outside of the Eastern District of Texas.

1