UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| MARK ISSAC SNARR, | ) | |
|     Petitioner/Movant, | ) | CASE NO: 1:13-CV-724 |
| | ) | CRIMINAL NO: 1:09-CR-00015 |
| | ) | |
| v. | ) | Death Penalty Case |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
|     Respondent. | ) | |

## UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Petitioner Mark Issac Snarr, through counsel, moves to exceed the page limit set out in Local Rule CV-7(a)(2) for his Joint Motion and Memorandum in Support of Motion for Recusal, filed concurrently herewith.

### MEMORANDUM

In his Amended § 2255 Motion (ECF No. 123), Mr. Snarr raised as Claim I that the jury venire in this case was assembled in violation of the Jury Selection and Service Act (JSSA), the Eastern District Jury Plan, and the fair cross-section guarantee of the Sixth Amendment. As a result of Judge Crone's intimate involvement in the assembly of the venire, and the need for the presiding judge in these § 2255 proceedings to make factual and credibility determinations regarding the actions of Judge Crone and other court staff, Mr. Snarr, together with his codefendant Edgar Garcia, are filing a motion requesting Judge Crone's recusal and the assignment of this case to a judge outside the Eastern District of Texas.

Mr. Snarr respectfully requests permission to file a motion not to exceed 28 pages. Both the legal and factual circumstances underlying this motion are complex. The statute governing recusal, 28 U.S.C. § 455, provides for recusal based on several factors that are relevant to Mr.

Snarr's case and must be discussed. In addition, Mr. Snarr and Mr. Garcia's trial took place in 2010. Both events during that time as well as steps that have been taken by counsel in the intervening decade are relevant to recusal and the involvement of court staff in the claim itself as well as how the existence of the claim was revealed to counsel. As a result, Mr. Snarr will not be able to adequately explain the legal and factual bases for his motion in the 15 pages allowed by Local Rule CV-7(a)(2). Accordingly, Mr. Snarr respectfully requests leave to file a motion not to exceed 28 pages.

### CONCLUSION

For the reasons stated above, Mr. Snarr moves the Court for leave to file a non-dispositive motion that does not exceed 28 pages.

Respectfully Submitted,

*/s/Lindsey Layer*

Jon M. Sands
Federal Public Defender
Lindsey Layer (VA No. 79151)
Megan Barnes (SC No. 104368)
Assistant Federal Public Defenders
850 W. Adams St., Suite 201
Phoenix, AZ 85007
lindsey_layer@fd.org
megan_barnes@fd.org
(602) 382-2816 Telephone
(602) 889-3960 Facsimile

Kathryn Nester
Nester Lewis PLLC
50 W. Broadway, Suite 300
Salt Lake City, UT 84101
kathy@nesterlewis.com
(801) 535-5375 Telephone

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the forgoing Unopposed Motion for Leave to Exceed Page

Limit has been forwarded by the Court's ECF electronic system on this 25th day of January 2023.

*/s/Daniel Juarez*
Assistant Paralegal

**CERTIFICATE OF CONFERENCE**

Undersigned counsel conferred by email with counsel for the government on January 24,

2023. Counsel stated the government does not oppose Mr. Snarr's motion.

*/s/ Lindsey Layer*

3