UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| MARK ISSAC SNARR, | ) | |
|     Petitioner/Movant, | ) | CASE NO: 1:13-CV-724 |
| | ) | CRIMINAL NO: 1:09-CR-00015 |
| | ) | |
| v. | ) | Death Penalty Case |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
|     Respondent. | ) | |

**ORDER**

Before the Court is Movant Snarr's Unopposed Motion to Exceed the Page Limit for the Joint Motion and Memorandum In Support Of Motion For Recusal (ECF No. __). Movant is seeking permission to file his non-dispositive motion in accordance with Local Rule CV-7(a)(2) in excess of 15 pages. Mr. Snarr proposes to file a motion not exceeding 28 pages. As the Movant's unopposed motion is reasonable, it is therefore ORDERED that Movant's Motion to Exceed the Page Limit is GRANTED. Movant's recusal motion and incorporated memorandum shall not exceed 28 pages, excluding exhibits.

SIGNED this __ day of _____, 2023.

1