UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| MARK ISSAC SNARR, | ) | |
| Petitioner/Movant, | ) | CASE NO: 1:13-CV-724 |
| | ) | CRIMINAL NO: 1:09-CR-00015 |
| | ) | |
| v. | ) | Death Penalty Case |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

**UNOPPOSED MOTION TO FILE UNDER SEAL ATTACHMENT 2 TO
PETITIONERS' JOINT MOTION
AND MEMORANDUM IN SUPPORT OF RECUSAL**

Petitioner Mark Issac Snarr, through counsel, respectfully asks the Court to file

Attachment 2 to the concurrently filed Joint Motion for Recusal under seal, for the

reasons in the accompanying Memorandum.

**MEMORANDUM**

Attachment 2 to the Joint Motion for Recusal is a declaration by an expert retained

by Mr. Snarr and Mr. Garcia's counsel to analyze data and documents related to the jury

selection process in their joint capital case. This declaration was attached as an exhibit to

Mr. Snarr's Amended Motion for Collateral Relief Pursuant to § 2255. (ECF Nos. 123,

123–12). Pursuant to a motion made by Mr. Snarr's counsel (ECF No. 119), this Court

sealed Mr. Snarr's Amended Motion and all its exhibits due to their confidential nature,

(ECF No. 125). This item remains under seal. Thus, Mr. Snarr respectfully asks the Court

to file Attachment 2 under seal.

1

Respectfully submitted this 25th day of January, 2023.

*/s/Lindsey Layer*

Jon M. Sands
Federal Public Defender
Lindsey Layer (VA No. 79151)
Megan Barnes (SC No. 104368)
Assistant Federal Public Defenders
850 W. Adams St., Suite 201
Phoenix, AZ 85007
lindsey_layer@fd.org
megan_barnes@fd.org
(602) 382-2816 Telephone
(602) 889-3960 Facsimile

Kathryn Nester
Nester Lewis PLLC
50 W. Broadway, Suite 300
Salt Lake City, UT 84101
kathy@nesterlewis.com
(801) 535-5375 Telephone

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the forgoing Motion to File Under Seal Attachment 2 to Petitioners' Joint Motion and Memorandum in Support of Recusal has been forwarded by the Court's ECF electronic system on this 25th day of January 2023. Attachment 2 was forwarded by email to counsel for the government on this 25th day of January 2023.

*/s/Daniel Juarez*
Assistant Paralegal

**CERTIFICATE OF CONFERENCE**

This is to certify that undersigned counsel conferred with AUSA Kenner, Counsel for the Government, and she advised that the government does not oppose this motion.

*/s/ Lindsey Layer*

3