UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| MARK ISSAC SNARR, | ) | |
| Petitioner/Movant, | ) | CASE NO: 1:13-CV-724 |
| | ) | CRIMINAL NO: 1:09-CR-00015 |
| | ) | |
| v. | ) | Death Penalty Case |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

**ORDER**

Before the Court is Movant Snarr's Unopposed Motion to File under Seal Attachment 2 to Petitioners' Joint Motion and Memorandum in Support of Recusal (ECF No. ___). This document has previously been sealed by the Court as an exhibit to Mr. Snarr's Amended Motion for Collateral Relief Pursuant to § 2255. The motion is reasonable. It is therefore ORDERED that Mr. Snarr's unopposed motion to seal Attachment 2 is GRANTED. The Clerk of Court is direct to file and maintain Attachment 2 under seal.

1