IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| MARK ISAAC SNARR, #11093-081 | § | |
| vs. | § | CIVIL ACTION NO. 1:13-cv-724 |
| | | CRIM. NO. 1:09-CR-00015(1) |
| UNITED STATES OF AMERICA | § | |

### **O R D E R**

Before the court is Movant Snarr's Unopposed Motion for Leave to Exceed Page Limit (doc. #147) and Unopposed Motion to File under Seal Attachment 2 to Movant's Joint Motion and Memorandum in Support of Recusal (doc. #148). Snarr requests that both unopposed motions be granted.

In support of his Motion for Leave to Exceed Page Limit (Doc. #147), Snarr is seeking permission to file an over-length, non-dispositive motion in excess of the 15 pages permitted by Local Rule CV-7(a)(2). Snarr's Joint Motion and Memorandum in Support of Motion for Recusal (doc. #146) is 27 pages, excluding the certificates, and exhibits. Snarr states that the excess pages are necessary to adequately explain his basis for recusal under 28 U.S.C. § 455, the history of the basis for his recusal request, and the involvement of key persons in the underlying basis for his request. Snarr's unopposed motion is reasonable. It is therefore,

**ORDERED** that Movant Snarr's Unopposed Motion for Leave to Exceed Page Limit (doc. #147) for his Motion for Recusal (doc. #146) is **GRANTED**. Snarr's Joint Motion and Memorandum in Support of Motion for Recusal (doc. #146) shall not exceed 27 pages, excluding the certificates, and exhibits.

1

In support of his Motion to Seal (doc. #148), Snarr explains that Attachment 2 to his Joint Motion and Memorandum in support of his Motion for Recusal (doc. #149) is an expert's declaration that was attached as an exhibit to his Amended Motion for Collateral Relief pursuant to 28 U.S.C. § 2255. (Doc. #123-12.)  The expert's declaration was sealed pursuant to a motion (doc. #119) and Order (doc. #125).  Snarr requests that the expert's declaration in Attachment 2 (doc. #149) remain sealed as an attachment to his Motion for Recusal.  The motion is reasonable. It is therefore,

**ORDERED** that Movant Snarr's Unopposed Motion to File under Seal Attachment 2 to Movant's Joint Motion and Memorandum in Support of Recusal (doc. #148) is **GRANTED**. The Clerk of Court is directed to file and maintain Snarr's Attachment 2 (doc. #149) under seal.

**SIGNED this the 14th day of February, 2023.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE

2