IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

MARK ISAAC SNARR                    §
                                    §
V.                                  §    No. 1:13-CV-724
                                    §
UNITED STATES OF AMERICA            §

## <u>ORDER</u>

The government has moved to exceed the page limit set out in Local Rule CV-7(a)(2) for responses to non-dispositive motions, seeking to file a response to Mark Isaac Snarr's "Joint Motion And Memorandum In Support Of Motion For Recusal" that does not exceed 27 pages, excluding certificates and any exhibits.  Snarr does not oppose.

After considering the motion, the Court is of the opinion that the motion is well taken.  It is, therefore,

ORDERED that the government's Unopposed Motion To Exceed Page Limit for Response to Joint Motion And Memorandum In Support Of Motion For Recusal is GRANTED.  It is further ORDERED the response to Snarr's "Joint Motion And Memorandum In Support Of Motion For Recusal" may not exceed 27 pages, excluding certificates and any exhibits.

**Order Granting Motion for Excess Pages—Page 1**