IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| MARK ISAAC SNARR | § | |
| | § | |
| V. | § | No. 1:13-CV-724 |
| | § | |
| UNITED STATES OF AMERICA | § | |

## **ORDER**

Mark Isaac Snarr has filed a "Joint Motion and Memorandum in Support of Motion for Recusal," and the government has responded.

After considering the motion and response, the Court is of the opinion that the motion should be denied. It is, therefore,

ORDERED that Mark Isaac Snarr's motion to recuse is DENIED.