IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| MARK ISAAC SNARR | § | |
| | § | |
| V. | § | No. 1:13-CV-724 |
| | § | |
| UNITED STATES OF AMERICA | § | |

## ORDER

Mark Isaac Snarr has filed a "Joint Motion and Incorporated Memorandum for Leave to Conduct Discovery Regarding Recusal," and the government has responded.

After considering the motion and response, the Court is of the opinion that the motion should be denied. It is, therefore,

ORDERED that Mark Isaac Snarr's motion for discovery is DENIED.