UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| MARK ISSAC SNARR, | ) | |
|     Petitioner/Movant, | ) | CASE NO: 1:13-CV-724 |
| | ) | CRIMINAL NO: 1:09-CR-15 |
| | ) | |
| v. | ) | Death Penalty Case |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
|     Respondent. | ) | |

**Unopposed Motion for Extension of Time to File Replies to Government's Response to the Petitioner's Joint Motion for Recusal and Motion for Discovery**

Petitioner Mark Issac Snarr, through counsel, moves to for an extension of time not to extend seven days to file replies to the Government's Response to the Petitioner's Joint Motion and Memorandum in Support of Motion for Recusal and Motion for Discovery to Motion for Recusal.

**Grounds for Motion**

On January 25, 2023, Petitioners Isaac Snarr and Edgar Garcia filed a Joint Motion And Memorandum In Support Of Motion For Recusal (ECF No. 146) and a Joint Motion And Incorporated Memorandum For Leave To Conduct Discovery Regarding Recusal (ECF No. 150). The Government filed its responses to both Motions on March 8, 2023, after this Court granted its Motion for Leave to File an Out-of-Time Response and for Extension of Time to Respond. (ECF Nos. 151, 156, 157.) Per Local Rule CV-7, Petitioner's reply to these Motions is currently due on March 15, 2023.

1

The Government's Response to the Joint Motions to Recuse is 21 pages in length and the Response to the Joint Motions for Discovery is 6 pages in length. To adequately respond to the factual and legal issues raised in the Government's Responses, Petitioner respectfully requests an extension of seven days for filing these two replies, up to an including March 22, 2023.

### Certificate of Conference

Undersigned counsel conferred by email with counsel for the government, Traci Kenner, on March 10, 2023. Counsel stated the government does not oppose Mr. Snarr's motion.

Respectfully Submitted,

John M. Sands
Federal Public Defender
Lindsey Layer (VA No. 79151)
Megan Barnes (SC No. 104368)
Assistant Federal Public Defenders

s/Lindsey Layer
*Counsel for Petitioner/Movant*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing Motion to Extend Time to File Reply has been forwarded by the Court's ECF electronic system on this 13th day of March 2023.

s/Daniel Juarez
Assistant Paralegal