UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

MARK ISAAC SNARR,                    )
    Petitioner/Movant,               )        CASE NO: 1:13-CV-724
                    )        CRIMINAL NO: 1:09-CR-15
                    )
v.                                   )        Death Penalty Case
                    )
UNITED STATES OF AMERICA,             )
    Respondent.                      )

---

**ORDER**

---

Upon consideration of motion of Petitioner, the Court hereby extends by seven (7) days the time provided for Petitioner to submit his replies in support of the Petitioner's Joint Motion For Recusal and Joint Motion For Leave To Conduct Discovery Regarding Recusal on or before March 22, 2023.

**SO ORDERED.**

1