IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

MARK ISAAC SNARR, #11093-081        §

vs.        §        CIVIL ACTION NO. 1:13-cv-724
                                     CRIM. NO. 1:09-CR-00015(1)

UNITED STATES OF AMERICA        §

**O R D E R**

Pending before the court is Movant Snarr's Unopposed Motion for Extension of Time to File Replies to Government's Responses to the Petitioner's Joint Motion for Recusal and Motion for Discovery. (Doc. #158.) Snarr's replies to the Government's responses to the Joint Motion for Recusal and Motion for Discovery are due on March 15, 2023. Snarr seeks a seven-day extension of time to file his replies. Snarr's replies would be due on March 22, 2023. Snarr contends that additional time is necessary to adequately respond to the Government's responses. The motion is reasonable. It is therefore

**ORDERED** that Movant Snarr's Unopposed Motion for Extension of Time to File Replies to Government's Responses to the Petitioner's Joint Motion for Recusal and Motion for Discovery (Doc. #158) is **GRANTED**. Snarr's replies to the Government's responses to the Joint Motion for Recusal and Motion for Discovery are due on or before March 22, 2023.

**SIGNED this the 15th day of March, 2023.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE