IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| MARK ISAAC SNARR, #11093-081 | § | |
| vs. | § | CIVIL ACTION NO. 1:13-cv-724 |
| | | CRIM. NO. 1:09-CR-00015(1) |
| UNITED STATES OF AMERICA | § | |

**O R D E R**

Before the court is the Government's Unopposed Motion to Exceed Page Limit for Response to Joint Motion and Memorandum in Support of Motion for Recusal. (Doc. #155.) The Government's motion to exceed page limits is unopposed.

In support of its Motion to Exceed Page Limit (doc. #155), the Government is seeking permission to file an over-length response in excess of the 15-page limit permitted by Local Rule CV-7(a)(2). The Government's response (doc. #156) is twenty pages, excluding the certificates of conference and service. The Government contends that the additional pages were required to fully address the arguments raised by Movant in his Motion for Recusal (doc. #146) to which the Government is opposed. The Government's unopposed motion to exceed the page limit is reasonable. It is therefore,

**ORDERED** that the Government's Unopposed Motion to Exceed Page Limit for Response to Joint Motion and Memorandum in Support of Motion for Recusal (doc. #155) is **GRANTED**. The Government's Response to Joint Motions to Recuse (doc. #156) shall not exceed 20 pages, excluding the certificates of conference and service.

**SIGNED this the 15th day of March, 2023.**

Christine L Stetson
UNITED STATES MAGISTRATE JUDGE