IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

MARK ISAAC SNARR, #11093-081      §

vs.      §      CIVIL ACTION NO. 1:13-cv-724
                 CRIM. NO. 1:09-CR-00015(1)

UNITED STATES OF AMERICA      §

## O R D E R

Before the court is Movant Snarr's Opposed Motion for Discovery (Doc. #165) and his Unopposed Motion to Seal Motion for Discovery (Doc. #166).   Snarr's Opposed Motion for Discovery is 25-pages, excluding certificates and exhibits.

Local Rule CV-7(a)(2) states in relevant part:

> Non-dispositive motions shall not exceed fifteen pages, excluding attachments, unless leave of court is first obtained.  Likewise, responses to such motions shall not exceed fifteen pages, excluding attachments, unless leave of court is first obtained.

Snarr did not seek leave of court before filing his over-length, non-dispositive motion.   It is therefore,

**ORDERED** that Movant Snarr's Opposed Motion for Discovery (Doc. #165) is **STRICKEN** from the record as deficient for failure to comply with Local Rule CV-7(a)(2).   It is further **ORDERED** that Movant Snarr's Unopposed Motion to Seal Motion for Discovery (Doc. #166) is **DENIED** as **MOOT**.

**SIGNED this the 1st day of May, 2024.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE