UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| MARK ISSAC SNARR,<br>　　　Petitioner/Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>　　　Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO: 1:13-CV-724<br>CRIMINAL NO: 1:09-CR-00015<br><br>Death Penalty Case |

## UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Petitioner Mark Issac Snarr, through counsel, moves to exceed the page limit set out in Local Rule CV-7(a)(2) for his Motion for Discovery, filed concurrently herewith. Mr. Snarr respectfully requests permission to file a Motion for Discovery not to exceed 25 pages.

### MEMORANDUM

Both the legal and factual circumstances underlying Mr. Snarr's discovery motion are complex. In his Amended § 2255 Motion (ECF No. 123), Mr. Snarr has raised 28 claims for relief from his conviction and death sentence, spanning 271 pages. The discovery he requests will impact the Court's review of the majority of those claims. The Government challenged Mr. Snarr's legal and factual allegations in a lengthy Response. (ECF No. 134.) The Court has granted a number of requests by Mr. Snarr and the Government to exceed page limits (*see, e.g.*, ECF Nos. 114, 135, 153, 160) in light of the voluminous record and complexity of this case.

While Mr. Snarr has been diligent in developing the facts supporting his § 2255 Motion through investigation, he has lacked the benefit of compulsory or legal process. His requests for discovery are organized pursuant to Mr. Snarr's legal claims from his § 2255 Motion to track the scope of those claims, and for the convenience of the Court. In support of his discovery requests,

1

Mr. Snarr must demonstrate "good cause" requiring discovery, that "specific allegations before the court show reason to believe that the petitioner may, if the facts are fully developed, be able to demonstrate that he is . . . entitled to relief." *Bracy v. Gramley*, 520 U.S. 899, 908–09 (1997) (internal quotations omitted). Granting Mr. Snarr leave to file a motion not to exceed 25 pages will allow him to adequately present the nature and justification for the discovery he requests, and the Court to properly consider these requests.

Mr. Snarr has discussed this Motion with Traci Kenner, counsel for the Government, and the Government has no objection.

### CONCLUSION

For the reasons stated above, Mr. Snarr respectfully requests leave to file a motion to exceed the page limit set out in Local Rule CV-7(a)(2), not to exceed 25 pages.

Respectfully Submitted,

*/s/Lindsey Layer*

Jon M. Sands
Federal Public Defender
Lindsey Layer (VA No. 79151)
Megan Barnes (SC No. 104368)
Assistant Federal Public Defenders
850 W. Adams St., Suite 201
Phoenix, AZ 85007
lindsey_layer@fd.org
megan_barnes@fd.org
(602) 382-2816 Telephone
(602) 889-3960 Facsimile

Kathryn Nester
Nester Lewis PLLC
50 W. Broadway, Suite 300
Salt Lake City, UT 84101
kathy@nesterlewis.com
(801) 535-5375 Telephone

3

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the forgoing Unopposed Motion for Leave to Exceed Page

Limit has been forwarded by the Court's ECF electronic system on this 3rd day of May 2024.

*s/Daniel Juarez*
Assistant Paralegal

**CERTIFICATE OF CONFERENCE**

Undersigned counsel conferred by email with counsel for the Government on May 2, 2023.

Counsel stated the Government does not oppose Mr. Snarr's motion.

*/s/ Lindsey Layer*