UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| MARK ISSAC SNARR, | ) | |
|     Petitioner/Movant, | ) | CASE NO: 1:13-CV-724 |
| | ) | CRIMINAL NO: 1:09-CR-15 |
| | ) | |
| v. | ) | Death Penalty Case |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
|     Respondent. | ) | |

**UNOPPOSED MOTION TO SEAL MOTION FOR DISCOVERY**

COMES NOW Mark Issac Snarr, though counsel, and respectfully moves the Court, pursuant to Local Rule CV-5(a)(7), to enter an Order directing the District Clerk to file Mr. Snarr's Motion for Discovery, including all supporting exhibits and attachments, under seal.

Pursuant to a motion made by Mr. Snarr's counsel (ECF No. 119), this Court sealed Mr. Snarr's Amended Motion and all its exhibits due to their confidential nature, (ECF No. 125). Due to similar concerns, the government's Response, filed April 13, 2022, and Mr. Snarr's Reply, filed July 13, 2022, were both filed under seal. (ECF Nos. 137, 145.)

Consistent with the Court's prior orders, and for the reasons previously considered by the Court, Mr. Snarr requests that this Motion for Discovery and related Attachments and Exhibits also be filed under seal. This Motion for Discovery references exhibits filed in support of the Amended Motion and Reply that were sealed from public access because they contain confidential personal information. Mr. Snarr also attaches as exhibits

1

declarations by retained experts that include similar content to sealed information in the Amended Motion and Reply. There is substantial concern that information referred to in these declarations could be used for an improper purpose that could harm witnesses and other persons involved in this case, including Mr. Snarr.

Mr. Snarr conferred by email with counsel for the government, who stated the government does not oppose this motion.

For the foregoing reasons, Mr. Snarr respectfully requests that the Court direct the District Clerk to file the Motion for Discovery, including supporting exhibits and attachments, under seal.

Respectfully submitted this 3rd day of May, 2024.

John M. Sands
Federal Public Defender, District of Arizona
Lindsey Layer (VA No. 79151)
Megan Barnes (SC No. 104368)
Assistant Federal Public Defenders
850 W. Adams St., Suite 201
Phoenix, AZ 85007
Lindsey_layer@fd.org
Megan_barnes@fd.org
(602) 382-2816 Telephone

Kathryn N. Nester
Federal Public Defender, District of Utah
46 W. Broadway, Suite 110
America Towers Plaza
Salt Lake City, Utah 84101
(801) 524-4010
Kathy_Nester@fd.org

s/Lindsey Layer
*Counsel for Petitioner/Movant*

2

3

## CERTIFICATE OF CONFERENCE

This is to certify that, on prior to filing the above submission with the Court, counsel conferred with counsel for the Government regarding this submission in compliance with Local Rule CV-7(h) and they have no opposition to this motion.

s/ Lindsey Layer

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing Motion to Seal the Motion for Discovery been forwarded by the Court's ECF electronic system on this 3rd day of May, 2024.

s/Daniel Juarez
Assistant Paralegal