UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| MARK ISSAC SNARR, | ) | |
|     Petitioner/Movant, | ) | CASE NO: 1:13-CV-724 |
| | ) | CRIMINAL NO: 1:09-CR-15 |
| | ) | |
| v. | ) | Death Penalty Case |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
|     Respondent. | ) | |

**ORDER**

Before the Court is Movant Snarr's Unopposed Motion to File under Seal the Motion for Discovery (ECF No. ___). This document and its attachments and exhibits contain references to information previously sealed by the Court in Mr. Snarr's Amended Motion for Collateral Relief Pursuant to § 2255 and in his Reply. The motion is reasonable. It is therefore ORDERED that Mr. Snarr's unopposed Motion to Seal the Motion for Discovery and its exhibits and attachments is GRANTED. The Clerk of Court is direct to file and maintain the Motion for Discovery under seal.

1