UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| MARK ISAAC SNARR, | ) | |
| Petitioner/Movant, | ) | CASE NO: 1:13-CV-724 |
| | ) | CRIMINAL NO: 1:09-CR-15 |
| | ) | |
| v. | ) | Death Penalty Case |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

**Motion to Extend Time to File Response to Order**

Mark Isaac Snarr, through counsel, moves for a 90-day extension of time in which to file his response to this Court's Order to determine which, if any, of his § 2255 claims survive the commutation of his death sentence, moving the deadline from January 27, 2025, to April 28, 2025. Counsel for the government does not oppose this request. This is Mr. Snarr's first request for an extension of time on this response.

On January 13, 2022, Mr. Snarr filed an amended motion pursuant to 28 U.S.C. § 2255. (ECF No. 123.) The motion was fully briefed on July 13, 2022. (ECF No. 144.) Mr. Snarr filed a related discovery motion on May 15, 2024. (ECF No. 173.) Both motions are pending before the Court.

On December 23, 2024, President Joseph R. Biden, Jr. commuted the death sentence imposed upon Mr. Snarr in Criminal Action No. 1:09-CR-00015(1) to life imprisonment without the possibility of parole. (ECF No. 176.) Because Mr. Snarr's § 2255 petition is still active, this Court ordered Mr. Snarr to file a response by January 27, 2025, stating

"what specific issues, if any, present a live case or controversy and are not moot under *Surratt*, 855 F.3d 218. If Movant believes that all issues are moot or is content with the result of the commutation of his sentence, he should file a Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)." (ECF No. 177 at 2.)

An extension on this deadline is necessary due to the novel and complex issues presented by this Order and our need to meet with Mr. Snarr in person to discuss them. Guidelines for the Appointment and Performance of Defense Counsel in Death Penalty Cases, ABA Guideline 10.5, cmt. (2003) (counsel has an "obligation … at every stage of the case to keep the client informed of developments and progress in the case, and to consult with the client on strategic and tactical matters. Some decisions require the client's knowledge and agreement; others, which may be made by counsel, should nonetheless be fully discussed with the client beforehand.") Because this Order inquires whether Mr. Snarr might fully abandon the claims raised in his § 2255 petition, even those that may survive the commutation order, counsel must ensure Mr. Snarr understands the consequences of any decision on this matter. Because these proceedings and the issues raised in Mr. Snarr's § 2255 are complex, this will require multiple in-person visits with our client.

The earliest visit counsel could schedule at USP Terre Haute is not until February 24, nearly a month outside the current response deadline. Counsel has also scheduled a second visit for the following week, on March 5 and 6. However, based on conversations with BOP officials, it is counsel's understanding that Mr. Snarr may very well be moved to another BOP facility by the time these visits are scheduled to occur. This will require

2

counsel to obtain security clearance at the new facility and schedule a new set of in-person visits. Depending on the facility, this is a process that can take several weeks to complete.

For the foregoing reasons, Mr. Snarr respectfully requests the Court grant a 90-day extension of time, to and including April 28, 2025. This time is necessary given counsel's difficulty scheduling in person meetings with their client; the unpredictability surrounding his BOP placement; and the need for multiple meetings to discuss the waiver of his rights.

Respectfully Submitted,

John M. Sands
Federal Public Defender
Lindsey Layer (VA No. 79151)
Megan Barnes (SC No. 104368)
Assistant Federal Public Defenders


s/Lindsey Layer
*Counsel for Petitioner/Movant*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing Motion to Extend Time to File Response has been forwarded by the Court's ECF electronic system on this 17th day of January, 2025.


s/Oscar Lopez
Assistant Paralegal