UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

MARK ISAAC SNARR,                      )
    Petitioner/Movant,                 )        CASE NO: 1:13-CV-724
                                       )        CRIMINAL NO: 1:09-CR-15
                                       )
v.                                     )        Death Penalty Case
                                       )
UNITED STATES OF AMERICA,              )
    Respondent.                        )

---

**ORDER**

---

AND NOW, this _____ day of January, 2025, this Court GRANTS Movant's

Motion for Extension of Time to File a Response filed on January 17, 2025.

1.      Upon consideration of motion of Movant, the Court hereby extends by ninety (90) days the time provided for Movant to submit a Response on or before April 28, 2025.

**SO ORDERED.**

1