IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

MARK ISAAC SNARR, #11093-081 §

vs. §  CIVIL ACTION NO. 1:13cv724
         CRIM. NO. 1:09-CR-00015(01)

UNITED STATES OF AMERICA §

O R D E R

Before the court is Movant Snarr's Unopposed Motion to Extend Time to File Response to Order (Doc. #178).   In support of the motion, Snarr acknowledges that the court has directed him to file a response as to what claims, if any, remain in his 28 U.S.C. § 2255 motion after the commutation of his death sentence to life without parole.   Snarr's counsel state that the earliest that they are able to meet with Snarr at the Bureau of Prisons is February 24, 2025.   Counsel express a concern that Snarr will be moved to a new unit of assignment before the meeting can be held; and thus, counsel will have to reschedule the meeting.   Snarr requests an extension of time until April 28, 2025.   While Snarr's motion for extension of time is reasonable, the amount of time requested for an extension is excessive.   It is therefore

**ORDERED** that Movant Snarr's Unopposed Motion to Extend Time to File Response to Order (Doc. #178) is **GRANTED** in part and **DENIED** in part.  Movant Snarr shall file his Response to the court's order on or before March 7, 2025.

**SIGNED this the 23rd day of January, 2025.**

Christine L Stetson
UNITED STATES MAGISTRATE JUDGE