IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| MARK ISAAC SNARR | § | |
| | § | |
| V. | § | Civil No. 1:13-CV-724 |
| | § | Criminal No. 1:09-CR-15(01) |
| UNITED STATES OF AMERICA | § | |

**GOVERNMENT'S REPLY TO SNARR'S RESPONSE TO ORDER
FOR STATEMENT REGARDING VIABILITY OF CLAIMS**

In accordance with the Court's order directing Movant Mark Isaac Snarr to identify any claims in his Section 2255 motion that present a live case or controversy after the commutation of his death sentence, the government files this reply.

On February 20, 2015, Snarr filed a motion for collateral relief pursuant to 28 U.S.C. § 2255. 2255 Doc. 23. The government filed a response, 2255 Doc. 83, and Snarr filed an amended motion, 2255 Doc. 123. The government then filed an amended response. 2255 Doc. 134. Snarr replied in July 2022. 2255 Doc. 144.

On December 23, 2024, President Joseph R. Biden, Jr., commuted Snarr's death sentence to life imprisonment without the possibility of parole. Trl. Doc. 431; 2255 Doc. 176. On December 28, 2024, the Court entered an order directing Snarr to respond within 30 days with a statement identifying any claims in his Section 2255 motion that still present a live case or controversy after the commutation of his sentence or to file a notice of voluntary dismissal under to Fed. R. Civ. P. 41(a) if all claims are moot or if Snarr is content with the result of the commutation. 2255 Doc. 177. The Court further directed the government to submit a reply "stating its agreement or disagreement with

Reply to Response Regarding Moot Claims — Page 1

any issue that Movant claims is not moot" within 21 days after Snarr's filing.  2255 Doc. 177.

Snarr has now responded to the Court's order.  2255 Doc. 180.  He identifies nine claims or subclaims that he believes remain viable in whole or part on the ground that they "relate exclusively or in part to his guilt-phase proceedings and challenge his underlying conviction for first-degree murder."  *Id.* at 3.  After reviewing the response, the government agrees that—to the extent the identified claims challenge Snarr's conviction instead of his sentence—they are not moot.  The government stands on its response to the claims.

<div style="margin-left:50%">

Respectfully submitted,

Abe McGlothin, Jr.
Acting United States Attorney
Eastern District of Texas

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 (fax)
Traci.Kenner@usdoj.gov
Texas Bar No. 11307070

</div>

**Reply to Response Regarding Moot Claims — Page 2**

**CERTIFICATE OF SERVICE**

I certify that on March 27, 2025, this document was served by the Court's ECF system on Lindsey Ann Layer, Megan Elizabeth Barnes, and Kathryn N. Nester, counsel for Snarr.

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney