IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| MARK ISAAC SNARR, #11093-081 | § | |
| vs. | § | CIVIL ACTION NO. 1:13-cv-724<br>CRIM. NO. 1:09-CR-00015(1) |
| UNITED STATES OF AMERICA | § | |

### ORDER LIFTING STAY AND REOPENING CASE

Before the Court is Petitioner Mark Isaac Snarr's Response to Court's December 28, 2024 Order (Doc. #180.) and the Government's Reply to Snarr's Response to Order for Statement Regarding Viability of Claims (Doc. #181.).

On December 23, 2024, President Joseph R. Biden, Jr. commuted the death sentence imposed upon Snarr in Criminal Action No. 1:09-CR-00015(1) to life imprisonment without the possibility of parole. (Doc. #176.). On December 28, 2024, the present case was stayed and administratively closed (Doc. #177.) while the parties explored which claims remained viable after the President's commutation of Snarr's death sentence. Now that the parties have agreed that some claims remain viable after the commutation, the stay should be lifted, and the present case should be returned to the active docket. It is therefore

**ORDERED** that the stay is lifted (Doc. #177), and the case is returned to the active docket.

**SIGNED this the 1st day of May, 2025.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE